# EXHIBIT 1

# Updated PPE Guidance for COVID-19

**PURPOSE:** To supplement the existing policies on PPE in order to protect patients, visitors, and healthcare workers from the transmission of COVID-19

**APPLICABILITY:** All BMC staff, affiliated HCWs, students, volunteers, and contract workers

SPECIFICS

I. Definitions

A. Health Care Personnel (HCP) refers to all paid and unpaid persons serving in healthcare settings who have the potential for direct or indirect exposure to patients or infectious materials including body substances; contaminated medical supplies, devices, and equipment; contaminated environmental surfaces; or contaminated air.

B. Facemasks are defined as surgical or procedure masks supplied by BHS and worn to protect the mouth/nose against infectious materials. Homemade and cloth facemasks are not considered PPE and are not appropriate for use in the healthcare setting.

C. Aerosolizing procedures include but are not limited to:

1. Open Suctioning of Airways
2. Sputum Induction
3. Cardiopulmonary Resuscitation
4. Endotracheal Intubation and Extubation
5. Tracheotomy (e.g. tracheostomy replacement)
6. Non-Invasive Ventilation (e.g., Bipap, CPAP)
7. Bronchoscopy
8. Manual Ventilation
9. Dental Procedures
10. Autopsy, if oscillating bone saws are used
11. Airway Procedures and Surgeries (e.g., ear nose and throat (ENT), thoracic, or transsphenoidal surgeries)
12. Nebulizer administration
13. High flow oxygen delivery

D. Eye Protection is defined as safety googles or a face-shield. A person's prescription eyeglasses are not considered eye protection.

II. Universal use of Facemasks

A. All employees and HCP should don a facemask upon entry to the healthcare facility premises.

B. Length of Use of a Facemask

1. As source control to cover one's mouth and nose to prevent spread of respiratory secretions when they are talking, sneezing, or coughing. When used for this purpose, facemasks may be used for multiple patient encounters under the following conditions:

a. Staff and HCP must take care not to touch their facemask. If they touch or adjust their facemask, they must immediately perform hand hygiene.
b. HCP should leave the clinical care area if they need to remove the facemask. (i.e., outside of the patient room)
c. Facemasks should not be stored or put down on a surface; if they are then they should be discarded, and HCP should don a new facemask.
d. If HCP remove their facemask to eat, drink or during a break they should perform hand hygiene with soap and water or an alcohol-based hand rub before and after touching their mask. Upon returning from a meal break, HCP can don a new facemask.

2. When used as PPE to protect their nose and mouth from exposure to splashes, sprays, splatter, and respiratory secretions (e.g., for patients on Droplet Precautions), facemasks should be removed and discarded after each patient encounter.

III. Aerosolizing procedures

A. An N95 or PAPR should be worn for procedures when:
1. The patient is suspected or confirmed for COVID-19 .
2. The patient has a confirmed exposure to COVID-19.
3. Symptomatic individuals.

B. An N95 or PAPR is not needed for procedures when:
1. The patient is fully vaccinated, asymptomatic, and the COVID-19 status is unknown or negative.
2. The patient is asymptomatic, not fully vaccinated, but a COVID-19 test obtained within the past three days in negative.

IV. Required PPE for Clinical Interactions with Suspected and Confirmed COVID-19 or with confirmed exposures

A. Respirators
1. A fit-tested N95 filtering facepiece respirator or PAPR should be worn.
2. N95 respirators should be discarded after doffing, such as when leaving a patient room, during a break, or when eating or drinking.
3. N95 contaminated with blood, respiratory or nasal secretions, or other bodily fluids must be discarded immediately.
4. N95 masks should only be used in situations that warrant their use. (suspected/confirmed COVID, TB, and other airborne illness as appropriate).
5. Extended use (use for more than one encounter) of an N-95 is no longer necessary due to current supply levels and current ability to replenish supplies.

B. Eye Protection
1. Eye protection should be worn when interacting with patients with confirmed COVID-19.

2. HCP should also wear eye protection when caring for of symptomatic individuals awaiting COVID-19 test results is still recommended.
3. Cleaning
    a. Eye protection should be cleaned with soap and water or a non-bleach disinfectant wipe after each patient encounter.
    b. Eye protection should be removed and cleaned if it becomes visibly soiled or difficult to see through.
4. Special considerations
    a. HCP should not touch their eye protection. If they touch or adjust their eye protection hand hygiene must be performed.
    b. HCP should leave the direct care area (e.g., hospital room or exam room) if they need to remove their eye protection.
    c. Eye protection should be discarded if it becomes damaged (e.g., face shield can no longer fasten securely to the provider, if visibility is obscured and cleaning does not restore visibility).

C. Isolation gown
1. A disposable or reusable isolation gown should be worn when caring for patients suspected or confirmed to be infected with COVID-19 or a confirmed exposure.
2. Disposable gowns should be discarded in a waste receptacle after doffing.
3. Reusable gowns should be placed in a soiled linen container after doffing.

D. Gloves
1. Should be worn for all encounters.
2. Hand hygiene should be performed before donning and after doffing gloves.

E. Donning & Doffing of PPE should be done in accordance with BMC Policies and Procedures

V. Transfer of Patients within the Facility
1. Patients should be masked with a surgical mask prior to leaving their initial location and being transferred to their destination.
2. A handoff report by caregivers to transport must be done and detail isolation precautions that are required.
3. The receiving department should be made aware of any isolation precautions that are required for a patient.

**References**

MA DPH (2021, June 24). Comprehensive Personal Protective Equipment (PPE) Guidance. Retrieved from https://www.mass.gov/doc/updated-comprehensive-personal-protective-equipment-june-24-2021/download

MA DPH (2021, June 14). COVID-19 Guidance for Health Care Providers. Retrieved from https://www.mass.gov/doc/dph-covid-19-guidance-for-all-health-care-organizations-and-providers/download

Help Gregory Bianca

Berkshire Health Systems, Inc.

**Gregory Bianca**

Home
Advanced Search
Browse Manuals
Competencies 0
Favorites
Recent Documents
Subscriptions
Reports

**Policy Management**

Tasks 0
Monitor Processes
Expired Approvals
Document Classifications
Documents Without Process
Edit Manuals
Approval Groups
Approval Templates
Manage Competencies
PDF Exclusions
Policy Library
StayAlert!
Manage Document Templates

**Administration**

Users
User Import
Departments
Backups
Site Design
Site Configuration
Upload Logo
Guest Settings
Import Manuals

Chat

# IC.B.12 Attachment 1 - Inpatient PPE Policy

Manuals / Berkshire Medical Center Policies / Infection Control

Follow | Email | Save To Favorites | Approval Details | Hide Details [-] | Print

**Related Documents:**
IC.B.12 Personal Protective Equipment

| | |
|---|---|
| **Approved On:** | **09/09/2022** |
| **Approved By:** | **Quality Sign Off When Policies are Ready for Activation [Gregory Bianca (Quality Sign Off When Policies are Ready for Activation: gbianca)]** |
| **Approval Expires:** | 10/27/2023 |
| **Approval Type:** | Process |
| **Approval Process Steps:** | |

**1 .) PI Review** — **Completed On: 08/26/2022**
**BMC Infection Control Committee Representative**
**Signatures:**
- Michael Perreault (mperreault) on 08/26/2022

**2 .) Infection Control Review** — **Completed On: 09/02/2022**
**BMC Infection Control Clinician**
**Signatures:**
- Michael Perreault (mperreault) on 09/02/2022

**3 .) VP Quality Approval** — **Completed On: 09/07/2022**
**BMC VP of Quality**
**Signatures:**
- Lisa Khanna (lkhanna) on 09/07/2022

**4 .) CMO Approval** — **Completed On: 09/08/2022**
**Chief Medical Officer**
**Signatures:**
- James Lederer (jlederer) on 09/08/2022

**5 .) Final Approval** — **Completed On: 09/09/2022**
**Quality Sign Off When Policies are Ready for Activation**
**Signatures:**
- Gregory Bianca (gbianca) on 09/09/2022

# EXHIBIT 2

# BERKSHIRE HEALTH SYSTEMS VISITATION POLICY

## EFFECTIVE AUGUST 4, 2021

## Visiting Hours and Guidelines by Department

To maintain a safe environment for our patients, we must keep the number of visitors to a minimum. Video visits are preferred, and our staff can help you set one up. All patients being admitted to an inpatient area will receive a COVID-19 test. Visitors are not allowed in patient care areas until a negative result has been received for the patient.

Exceptions to the general visitation guidelines are noted below:

| General Visitation: Inpatient Areas (Patients Without COVID-19) | | | |
|---|---|---|---|
| **Patient Population** | **Visitors** | **Hours/Duration** | **Notes** |
| Adult Medical and Surgical Inpatient | One healthy visitor | 12 pm - 8 pm Med/Surg/Observation<br>2 pm – 8 pm CCU/PCU | 60 min visit med/surg<br>30 min CCU<br>60 min PCU |
| Pediatric Inpatient | One healthy visitor | All hours | |
| Birth Center (Labor & Delivery/Maternity) | One healthy visitor | All hours-Birth Partner<br>2-8pm - visitors | One visitor in addition to Birth Partner in room for a max of 60 min.<br>Siblings and all other visitors. Siblings may visit with adult supervision |
| Emergency Department (BMC/SEF/FVH) | One healthy screened visitor | All hours | One visitor allowed per patient in the treatment room with the patient |

| General Visitation: Inpatient Areas (Patients With COVID-19) | | | |
|---|---|---|---|
| **Patient Population** | **Visitors** | **Hours/Duration** | **Notes** |
| COVID-19 Adult | Video visits only | All hours | Exceptions made relating to end-of-life discussions and care. |
| COVID-19 Pediatric | One healthy guardian | All hours | |

| General Visitation: Outpatient Area | | | |
|---|---|---|---|
| **Patient Population** | **Visitors** | **Hours/Duration** | **Notes** |
| Ambulatory Clinics/Services | No general visitation | Clinic hours | One healthy, screened caregiver is allowed. |
| Cancer Center/Infusion | No general visitation | Clinic hours | One healthy, screened caregiver is allowed. |
| Outpatient Surgery/Procedures | One healthy adult visitor | While surgery is in progress | Visitors may accompany patient to dept. for drop off. Visitor may wait in surgical waiting room during surgery. |
| Outpatient Services (Laboratory, Radiology, etc.) | One healthy adult visitor | While test is in progress | Visitors may wait in department waiting room. |

### Exceptions for Inpatient, Emergency Department, Birth Center, Surgery and Ambulatory Visiting (Necessary Visitation)

- Visits to patients who are at the end of life (as determined by the attending physician), on comfort care, or are being discharged to hospice as their next level of care. Max of 4 visitors together, at the discretion of the nursing director.
- Visits by anyone who is legally authorized to make decisions for the patient, whether by a durable power of attorney (DPOA), conservatorship, or in the role of a surrogate decision-maker as recognized by the care provider team for patients who lack decisional capacity.
- Care giver for patients with cognitive impairment or other neurological injury (such as stroke) or for patients who have developed hospital delirium or dementia, where the consistent presence of the visitor is necessary to reduce the risk of medical or clinical harm.
- Care giver for patients who require assistance because of developmental disabilities, physical disabilities or limitations, or cognitive impairment.
- Visits by family and legal advisers to update a patient's will or other legal papers.
- Unique visiting situations should be discussed with the on-site nursing director.

#### Additional Exception: Birth Center (Labor & Delivery/Maternity)

- Doulas will be allowed in addition to the birth partner for all Birth Center patients, while patient is in labor (subject to change based on COVID-19 surge status).

#### Additional Exceptions: Inpatient Stay and Come-and-Go Surgeries

- Visits by anyone who is legally authorized to make decisions for the patient, whether by operation of a DPOA or conservatorship, or in the role of a surrogate decision-maker as recognized by the care provider team for patients who lack decisional capacity.
- Care giver for patients with physical or developmental disabilities who require assistance (for example, patients with severe hearing loss, dementia or aphasia and patients who are wheelchair-bound or have a left ventricular assist device).
- Minors (less than 18) are allowed two adult visitor.
- In situations where face-to-face caregiving instructions would benefit the patient, a family member or support person may be present during the discharge instruction. One care partner allowed at discharge to support transportation and post care instructions.
- Surgical patients of the Crane Center, Fairview Hospital Same Day Surgery or North Adams Same Day Surgery may be accompanied by a caregiver or support person who is their source of transportation.

#### Additional Exceptions: Ambulatory Clinic Appointments

- All patients with an appointment in clinic may be accompanied to pre-operative services by a caregiver. (This is not limited to patients under age 18, because older patients may have developmental issues that require a caregiver.)

**Cancer Center Visiting (Necessary Visitation)**

- Caregivers are allowed *only* if screened negative for symptoms of illness, due to the risk of exposure for patients, medical providers, and staff.
- We recognize how challenging it is to receive medical care for cancer and that sometimes it's essential for a caregiver to accompany you to an appointment. Please contact your care navigator to discuss your request, so we can work with you.

**Information for Families of All Patients in Our Hospitals**

- Patients and loved ones must designate a single individual to be the point of contact for all information and conversations with the health care team.
- The designated point of contact will be responsible for sharing information with family members or loved ones who should have this information.
- The designated point of contact will hear from the care team should the patient's condition or treatment change significantly.

**Virtual Visit Assistance**

We encourage virtual visits through video applications such as Zoom and FaceTime on your computer or portable device. If assistance is needed, a representative from our Patient Experience Department or Nursing will work with you and your loved one to facilitate a virtual visit.

**For more information**

**Berkshire Medical Center**

**Contact the BMC Patient Experience Department:**
Monday – Friday: 8:00 am – 4:00 pm
*Please contact the Nursing House Supervisor for assistance during other hours.

Phone: (413) 447-2466
Email: BMCPatientExperience@bhs1.org

**Fairview Hospital**

Call Fairview Hospital (413) 528-0790 and ask for the nursing unit where the patient is located to arrange for Virtual Visit Assistance.

# EXHIBIT 3

Centers for Disease Control and Prevention

# Largest CDC COVID-19 Vaccine Effectiveness Study in Health Workers Shows mRNA Vaccines 94% Effective

Geographically diverse population included across 33 sites in 25 U.S. states

## Press Release

Embargoed Until: Friday, May 14, 2021, 1:00 p.m. ET
**Contact:** Media Relations
(404) 639-3286

A new CDC study adds to the growing body of real-world evidence (outside of a clinical trial setting) showing that COVID-19 mRNA vaccines authorized by the Food and Drug Administration (FDA) protect health care personnel (HCP) against COVID-19. mRNA vaccines (Pfizer-BioNTech and Moderna) reduced the risk of getting sick with COVID-19 by 94% among HCP who were fully vaccinated. This assessment, conducted in a different study network with a larger sample size from across a broader geographic area than in the clinical trials, independently confirms U.S. vaccine effectiveness findings among health care workers that were first reported March 29.

"This report provided the most compelling information to date that COVID-19 vaccines were performing as expected in the real world," said CDC Director Rochelle P. Walensky, MD, MPH. "This study, added to the many studies that preceded it, was pivotal to CDC changing its recommendations for those who are fully vaccinated against COVID-19."

Data for this assessment come from a network covering 500,000 HCP across 33 sites in 25 U.S. states, providing additional robust evidence that mRNA vaccines are effective against symptomatic illness in real-world conditions.

The assessment compared vaccination status of participants who tested positive for SARS-CoV-2, the virus that causes COVID-19 (cases) with vaccination status of those who tested negative (controls). Among the 1,843 participants, there were 623 cases and 1,220 controls. Vaccine effectiveness estimates were calculated by comparing the odds of COVID-19 vaccination in cases and controls. The large sample size in this study allowed for a precise vaccine effectiveness estimate with narrower confidence intervals than earlier CDC findings published March 29.

Understanding vaccine effectiveness among HCP is important because they are at higher risk for exposure to SARS-CoV-2 through patient interactions. Vaccination of HCP protects them and their patients against COVID-19 and ensures continuation of critical health care services.

The assessment found that COVID-19 symptomatic illness was reduced by 94% among HCP who were fully vaccinated, defined in this study as seven or more days after receipt of a second vaccine dose, and by 82% among those who were partially vaccinated, defined in this study as 14 days after receipt of dose one through six days after dose two. These findings support CDC's recommendation that everyone should get both doses of an mRNA COVID-19 vaccine to get the most protection.

This assessment is part of CDC's comprehensive strategy of using complementary methods to understand how COVID-19 vaccines are working in different populations and real-world settings. On May 12, CDC expanded COVID-19 vaccination recommendations to include adolescents 12 years through 15 years of age under the U.S. Food and Drug Administration's Emergency Use Authorization. These adolescents are now authorized to receive the Pfizer-BioNTech COVID-19 vaccine. CDC has several surveillance networks that will continue to assess how well FDA-authorized COVID-19 vaccines are working in real-world conditions in people of different age groups, including children and adolescents.

###

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

# EXHIBIT 4

CDC Centers for Disease Control and Prevention
CDC 24/7: Saving Lives, Protecting People™

COVID-19

# Interim Public Health Recommendations for Fully Vaccinated People

Updated July 21, 2021 Print

## Summary of Recent Changes

### Updates as of July 16, 2021

Updated considerations for people who are immunocompromised






**INFOGRAPHIC**

If you are fully vaccinated, you can start doing many things that you had stopped doing because of the pandemic.

Text Version

# Key Points

The following recommendations apply to non-healthcare settings. For related information for healthcare settings, visit Updated Healthcare Infection Prevention and Control Recommendations in Response to COVID-19 Vaccination.

Fully vaccinated people can:

- Resume activities without wearing masks or physically distancing, except where required by federal, state, local, tribal, or territorial laws, rules and regulations, including local business and workplace guidance
- Resume domestic travel and refrain from testing before or after travel and from self-quarantine after travel
- Refrain from testing before leaving the United States for international travel (unless required by the destination) and refrain from self-quarantine after arriving back in the United States
- Refrain from testing following a known exposure, if asymptomatic, with some exceptions for specific settings

- Refrain from quarantine following a known exposure if asymptomatic
- Refrain from routine screening testing if feasible

For now, fully vaccinated people should continue to:

- Get tested if experiencing COVID-19 symptoms
- Follow CDC and health department travel requirements and recommendations

People who are immunocompromised should be counseled about the potential for reduced immune responses to COVID-19 vaccines and to follow current prevention measures (including wearing a mask, staying 6 feet apart from others they don't live with, and avoiding crowds and poorly ventilated indoor spaces) to protect themselves against COVID-19 until advised otherwise by their healthcare provider.

# Overview

Currently authorized vaccines in the United States are highly effective at protecting vaccinated people against symptomatic and severe COVID-19. Additionally, a growing body of evidence suggests that fully vaccinated people are less likely to have asymptomatic infection or transmit SARS-CoV-2 to others. How long vaccine protection lasts and how much vaccines protect against emerging SARS-CoV-2 variants are still under investigation.

For the purposes of this guidance, people are considered fully vaccinated for COVID-19 ≥2 weeks after they have received the second dose in a 2-dose series (Pfizer-BioNTech or Moderna), or ≥2 weeks after they have received a single-dose vaccine (Johnson & Johnson [J&J]/Janssen)‡; there is currently no post-vaccination time limit on fully vaccinated status. Unvaccinated people refers to individuals of all ages, including children, that have not completed a vaccination series or received a single-dose vaccine.

Data suggest immune response to COVID-19 vaccination might be reduced in some immunocompromised people including, but not limited to, people receiving chemotherapy for cancer, people with hematologic cancers such as chronic lymphocytic leukemia, people receiving stem cells or organ transplants, people receiving hemodialysis, and people using certain medications that might blunt the immune response to vaccination (e.g., mycophenolate, rituximab, azathioprine, anti-CD20 monoclonal antibodies, Bruton tyrosine kinase inhibitors).

People who are immunocompromised should be counseled about the potential for reduced immune responses to COVID-19 vaccines and the need to continue to follow current prevention measures (including wearing a mask, staying 6 feet apart from others they don't live with, and avoiding crowds and poorly ventilated indoor spaces) to protect themselves against COVID-19 until advised otherwise by their healthcare provider. Close contacts of immunocompromised people should also be encouraged to be vaccinated against COVID-19 to help protect these people.

This guidance provides recommendations for fully vaccinated people, including:

- How fully vaccinated people can safely resume activities
- How fully vaccinated people should approach domestic and international travel
- How fully vaccinated people should approach isolation, quarantine, and testing

CDC will continue to evaluate and update public health recommendations for fully vaccinated people as more information, including on new variants, becomes available. Further information on evidence and considerations related to these recommendations is available in the Science Brief.

# Guiding Principles for Fully Vaccinated People

- Indoor and outdoor activities pose minimal risk to fully vaccinated people.
- Fully vaccinated people have a reduced risk of transmitting SARS-CoV-2 to unvaccinated people.
- Fully vaccinated people should still get tested if experiencing COVID-19 symptoms.
- Fully vaccinated people should not visit private or public settings if they have tested positive for COVID-19 in the prior 10 days or are experiencing COVID-19 symptoms.
- Fully vaccinated people should continue to follow any applicable federal, state, local, tribal, or territorial laws, rules, and regulations.

# Recommendations for Indoor and Outdoor Settings

Risk of SARS-CoV-2 infection is minimal for fully vaccinated people. The risk of SARS-CoV-2 transmission from fully vaccinated people to unvaccinated people is also reduced. Therefore, fully vaccinated people can resume activities without wearing a mask or physically distancing, except where required by federal, state, local, tribal, or territorial laws, rules, and regulations, including local business and workplace guidance. Fully vaccinated people should also continue to wear a well-fitted mask in correctional facilities and homeless shelters. Prevention measures are still recommended for unvaccinated people.

# Travel

Fully vaccinated travelers are less likely to get and spread SARS-CoV-2 and can now travel at low risk to themselves within the United States. International travelers need to pay close attention to the situation at their international destinations before traveling due to the spread of new variants and because the burden of COVID-19 varies globally.

Wearing a mask over your nose and mouth is required on planes, buses, trains, and other forms of public transportation traveling into, within, or out of the United States and while indoors at U.S. transportation hubs such as airports and stations. Travelers are not required to wear a mask in outdoor areas of a conveyance (like on open deck areas of a ferry or the uncovered top deck of a bus).

## Domestic travel (within the United States or to a U.S. territory)

- Fully vaccinated travelers do not need to get a SARS-CoV-2 viral test before or after domestic travel, unless testing is required by local, state, or territorial health authorities.
- Fully vaccinated travelers do not need to self-quarantine following domestic travel.
- For more information, see Domestic Travel During COVID-19.

## International travel

- Fully vaccinated travelers do not need to get tested before leaving the United States unless required by their destination.
- Fully vaccinated air travelers coming to the United States from abroad, including U.S. citizens, are still required to have a negative SARS-CoV-2 viral test result or documentation of recovery from COVID-19 before they board a flight to the United States.
- International travelers arriving in the United States are still recommended to get a SARS-CoV-2 viral test 3-5 days after travel regardless of vaccination status.
- Fully vaccinated travelers do not need to self-quarantine in the United States following international travel.
- For more information, see International Travel During COVID-19.

# Recommendations for Isolation, Quarantine and Testing

The following recommendations apply to non-healthcare settings. Guidance for residents and staff of healthcare settings can be found in the Updated Healthcare Infection Prevention Control Recommendations in Response to COVID-19 Vaccination.

## Fully vaccinated people with COVID-19 symptoms

Although the risk that fully vaccinated people could become infected with COVID-19 is low, any fully vaccinated person who experiences symptoms consistent with COVID-19 should isolate themselves from others, be clinically evaluated for COVID-19, and tested for SARS-CoV-2 if indicated. The symptomatic fully vaccinated person should inform their healthcare provider of their vaccination status at the time of presentation to care.

## Fully vaccinated people with no COVID-like symptoms following an exposure to someone with suspected or confirmed COVID-19

Most fully vaccinated people with no COVID-like symptoms do not need to quarantine, be restricted from work, or be tested following an exposure to someone with suspected or confirmed COVID-19, as their risk of infection is low.

However, they should still monitor for symptoms of COVID-19 for 14 days following an exposure.

Exceptions where testing (but not quarantine) is still recommended following an exposure to someone with suspected or confirmed COVID-19 include:

- Fully vaccinated residents and employees of correctional and detention facilities and homeless shelters.

## Fully vaccinated people with no COVID-19-like symptoms and no known exposure to someone with suspected or confirmed COVID-19

It is recommended that fully vaccinated people with no COVID-19-like symptoms and no known exposure should be exempted from routine screening testing programs, if feasible.

For Healthcare Professionals

COVID-19 Clinical Resources

†This guidance applies to COVID-19 vaccines currently authorized for emergency use by the U.S. Food and Drug Administration: Pfizer-BioNTech, Moderna, and Johnson & Johnson (J&J)/Janssen COVID-19 vaccines. This guidance can also be applied to COVID-19 vaccines that have been authorized for emergency use by the World Health Organization (e.g. AstraZeneca/Oxford).

# Previous Updates

## Updates from Previous Content

**As of July 12, 2021**

- Updated Choosing Safer Activities infographic with new considerations for the example activity for outdoor gatherings with fully vaccinated and unvaccinated people.

**As of May 13, 2021**

- Update that fully vaccinated people no longer need to wear a mask or physically distance in any setting, except where required by federal, state, local, tribal, or territorial laws, rules, and regulations, including local business and workplace guidance
- Update that fully vaccinated people can refrain from testing following a known exposure unless they are residents or employees of a correctional or detention facility or a homeless shelter

Last Updated July 21, 2021
Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

# EXHIBIT 5

The Wayback Machine - https://web.archive.org/web/20210829150644/https://www.cdc.gov/coronavirus/2019-ncov/science/scie...

CDC Centers for Disease Control and Prevention

COVID-19

# Science Brief: COVID-19 Vaccines and Vaccination

Updated July 27, 2021

## Summary of Recent Changes

Last updated July 27, 2021

- Data were added from studies published since the last update that demonstrate currently authorized mRNA vaccines provide protection against variants of concern, including the Delta strain that is now predominant in the United States. Vaccine effectiveness against hospitalization and death is high for all current SARS-CoV-2 variants; emerging data suggest lower effectiveness against confirmed infection and symptomatic disease caused by the Beta, Gamma, and Delta variants compared with the ancestral strain and the Alpha variant.

## Key Points

- All COVID-19 vaccines currently authorized in the United States are effective against COVID-19, including serious outcomes of severe disease, hospitalization, and death.
- Available evidence suggests the currently authorized mRNA COVID-19 vaccines (Pfizer-BioNTech and Moderna) are highly effective against hospitalization and death for a variety of strains, including Alpha (B.1.1.7), Beta (B.1.351), Gamma (P.1), and Delta (B.1.617.2); data suggest lower effectiveness against confirmed infection and symptomatic disease caused by the Beta, Gamma, and Delta variants compared with the ancestral strain and Alpha variant. Ongoing monitoring of vaccine effectiveness against variants is needed.
- A growing body of evidence indicates that people fully vaccinated with an mRNA vaccine (Pfizer-BioNTech or Moderna) are less likely than unvaccinated persons to acquire SARS-CoV-2 or to transmit it to others. However, the risk for SARS-CoV-2 breakthrough infection in fully vaccinated people cannot be completely eliminated as long as there is continued community transmission of the virus.
- Studies are underway to learn more about the effectiveness of Johnson & Johnson/Janssen vaccine.
- At this time, there are limited data on vaccine effectiveness in people who are immunocompromised. People with immunocompromising conditions, including those taking immunosuppressive medications, should discuss the need for personal protective measures after vaccination with their healthcare provider.
- This updated science brief synthesizes the scientific evidence supporting CDC's guidance for fully vaccinated people and will continue to be updated as more information becomes available.

## Background

COVID-19 vaccination is a critical prevention measure to help end the COVID-19 pandemic. COVID-19 vaccines are now widely available in the United States, and CDC recommends all people 12 years and older be vaccinated against COVID-19. Three COVID-19 vaccines are currently authorized by the U.S. Food and Drug Administration (FDA) for emergency use: two mRNA

vaccines (Pfizer-BioNTech, Moderna) and one adenoviral vector vaccine (Johnson & Johnson/Janssen vaccine). People are considered fully vaccinated if they are ≥2 weeks following receipt of the second dose in a 2-dose series (mRNA vaccines), or ≥2 weeks following receipt of a single-dose vaccine (Johnson & Johnson/Janssen).*

Public health recommendations for people fully vaccinated with authorized COVID-19 vaccines must consider evidence of vaccine effectiveness against symptomatic and asymptomatic COVID-19, as well as vaccine impact on SARS-CoV-2 transmission. Other individual and societal factors are also important when evaluating the benefits and potential harms of additional prevention measures among vaccinated individuals. The Advisory Committee on Immunization Practices and CDC routinely consider factors such as population values, acceptability, and feasibility of implementation when making vaccine recommendations.[1] These factors were also considered when developing CDC's interim public health recommendations for fully vaccinated people.

In this scientific brief, we summarize evidence available through July 24, 2021, for the currently authorized COVID-19 vaccines (administered according to the recommended schedules) and additional considerations used to inform public health recommendations for fully vaccinated people, including:

- Vaccine efficacy and effectiveness against SARS-CoV-2 infection
- Vaccine performance against emerging SARS-CoV-2 variant viruses
- Impact of other prevention measures in the context of vaccination

Accumulating evidence indicates that fully vaccinated people without immunocompromising conditions are able to engage in most activities with low risk of acquiring or transmitting SARS-CoV-2. The benefits of avoiding disruptions such as unnecessary quarantine and social isolation might outweigh the low residual risk of becoming ill with COVID-19, generally with mild disease.

# COVID-19 vaccine efficacy and effectiveness

Vaccine efficacy refers to how well a vaccine performs in a carefully controlled clinical trial, whereas effectiveness describes its performance in real-world observational studies. Evidence demonstrates that the authorized COVID-19 vaccines are both efficacious and effective against symptomatic, laboratory-confirmed COVID-19, including severe forms of the disease. In addition, a growing body of evidence suggests that mRNA COVID-19 vaccines also reduce asymptomatic infection and transmission. Substantial reductions in SARS-CoV-2 infections (both symptomatic and asymptomatic) will reduce overall levels of disease, and therefore, viral transmission in the United States. However, investigations are ongoing to assess further the risk of transmission from fully vaccinated persons with breakthrough infections.

### Animal challenge studies

Rhesus macaque challenge studies provided the first evidence of the potential protective effects of Pfizer-BioNTech, Moderna, and Johnson & Johnson/Janssen COVID-19 vaccines against SARS-CoV-2 infection, including both symptomatic and asymptomatic infection. Vaccinated macaques developed neutralizing antibodies that exceeded those in human convalescent sera and showed no or minimal signs of clinical disease after SARS-CoV-2 challenge.[(2-4)] In addition, COVID-19 vaccination prevented or limited viral replication in the upper and lower respiratory tracts, which may have implications for transmission of the virus among humans.[(2-4)]

### Vaccine efficacy from human clinical trials

Clinical trials subsequently demonstrated the authorized COVID-19 vaccines to be efficacious against laboratory-confirmed, symptomatic COVID-19 in adults, including severe forms of the disease, with evidence for protection against both symptomatic and asymptomatic SARS-CoV-2 infection [(5-11)] **(Box)**. Recent trial data demonstrated 100% efficacy of the Pfizer-BioNTech vaccine against laboratory-confirmed, symptomatic COVID-19 in adolescents 12–15 years old, although this estimate was based on small numbers of cases.[(12)]

**Box 1. Summary of vaccine efficacy estimates for authorized COVID-19 vaccines**

All authorized COVID-19 vaccines demonstrated efficacy (range 65% to 95%) against symptomatic, laboratory-confirmed COVID-19 in adults ≥18 years.

- For each authorized COVID-19 vaccine, efficacy was demonstrated across different populations, including elderly and younger adults, in people with and without underlying health conditions, and in people representing different races and ethnicities.
- The Pfizer-BioNTech COVID-19 vaccine also demonstrated high efficacy against symptomatic, laboratory-confirmed COVID-19 in adolescents aged 12-17 years.

All authorized COVID-19 vaccines demonstrated high efficacy (≥89%) against COVID-19 severe enough to require hospitalization.

All authorized COVID-19 vaccines demonstrated high efficacy against COVID-19-associated death.

- In the clinical trials, no participants who received a COVID-19 vaccine died from COVID-19; the Moderna and Johnson & Johnson/Janssen trials among adults ≥18 years each had COVID-19 deaths in the unvaccinated placebo arm.

Preliminary data from the clinical trials among adults ≥18 years old suggest COVID-19 vaccination protects against symptomatic infection and may also protect against asymptomatic infection.

- In the Moderna trial, among people who had received a first dose, the number of asymptomatic people who tested positive for SARS-CoV-2 at their second-dose appointment was approximately 67% lower among vaccinees than among placebo recipients (0.1% and 0.3%, respectively)
- Efficacy of Johnson & Johnson/Janssen COVID-19 vaccine against asymptomatic infection was 74% in a subset of trial participants.

No trials have compared efficacy between any of the authorized vaccines in the same study population at the same time, making comparisons of efficacy difficult.

- All Phase 3 trials differed by calendar time and geography.
- Vaccines were tested in settings with different background COVID-19 incidence and circulating variants.

### Real-world vaccine effectiveness

Multiple studies from the United States and other countries have demonstrated that a two-dose COVID-19 mRNA vaccination series is highly effective against SARS-CoV-2 infection (including both symptomatic and asymptomatic infections) caused by ancestral and variant strains and sequelae including severe disease, hospitalization, and death. Early evidence for the Johnson & Johnson/Janssen vaccine also demonstrates effectiveness against COVID-19 in real-world conditions.

**Table 1a. Effectiveness of COVID-19 Vaccination Against SARS-CoV-2 Infection and Symptomatic Disease**

| Country | Population | Vaccine | Outcome | Vaccine Effectiveness* |
|---|---|---|---|---|
| United States[13] | General adult population | Pfizer-BioNTech or Moderna | SARS-CoV-2 infection | 89%*1 |
| United States[14] | General adult population | Pfizer-BioNTech or Moderna | SARS-CoV-2 infection | 86%*2 |
| United States[15] | General adult population | Pfizer-BioNTech or Moderna | Hospitalization | 96%*1 |
| United States[16] | Healthcare workers | Pfizer-BioNTech | SARS-CoV-2 infection | 97%*2 |
| | | Moderna | SARS-CoV-2 infection | 99%*2 |

| | | | | |
|---|---|---|---|---|
| United States[17] | Healthcare workers, first responders, and other essential and frontline workers | Pfizer-BioNTech or Moderna | SARS-CoV-2 infection | 90%*2 |
| United States[18] | Healthcare workers | Pfizer-BioNTech | SARS-CoV-2 infection | 96%*1 |
| United States[19] | Healthcare workers | Pfizer-BioNTech or Moderna | Symptomatic disease | 94%*1 |
| United States[20] | Healthcare workers and residents in a skilled nursing facility | Pfizer-BioNTech | Residents: symptomatic disease | 87%*2 |
| | | | Residents: hospitalization | 94%*2 |
| | | | Healthcare workers: symptomatic disease | 87%*2 |
| United States[21] | Hospitalized adults ≥65 years old | Pfizer-BioNTech or Moderna | Hospitalization | 94%*2 |
| United States[22] | Health system members ≥18 years old | Johnson & Johnson/Janssen | SARS-CoV-2 infection | 77%*2 |
| United Kingdom[23] | Healthcare workers | Pfizer-BioNTech or AstraZeneca | SARS-CoV-2 infection | 90%*2 |
| United Kingdom[24] | Healthcare workers | Pfizer-BioNTech | SARS-CoV-2 infection | 86%*1 |
| United Kingdom (Scotland)[25] | Healthcare workers | Pfizer-BioNTech or AstraZeneca | SARS-CoV-2 infection | 92%*2 |
| United Kingdom[26] | Adults aged ≥ 80 years, including those with multiple underlying conditions | Pfizer-BioNTech | Symptomatic disease | 85%*2 |
| Israel[27] | HMO members >16 years old | Pfizer-BioNTech | SARS-CoV-2 infection | 89%*1 |
| Israel[28] | Health system members | Pfizer-BioNTech | <60 years old: SARS-CoV-2 infection | 93%*2 |
| | | | ≥60 years old: SARS-CoV-2 infection | 92%*2 |
| Israel[29] | General adult population | Pfizer-BioNTech | SARS-CoV-2 infection | 92%*1 |
| | | | Symptomatic disease | 94%*1 |
| | | | Hospitalization | 87%*1 |
| | | | Severe disease | 92%*1 |
| Israel[30] | General population ≥16 years | Pfizer-BioNTech | SARS-CoV-2 infection | 93%*1 |

| | | | | |
|---|---|---|---|---|
| | | | Hospitalization | 94%*1 |
| | | | Severe disease | 94%*1 |
| Israel[31] | General population ≥16 years | Pfizer-BioNTech | Symptomatic disease | 97%*1 |
| | | | Severe/critical disease | 98% |
| | | | Hospitalization | 97% |
| | | | Death | 97% |
| Israel[32] | Healthcare workers | Pfizer-BioNTech | Symptomatic disease | 97%*1 |
| Israel[33] | Healthcare workers | Pfizer-BioNTech | Symptomatic disease | 90%*3 |
| Italy[34] | Healthcare workers | Pfizer-BioNTech | Symptomatic disease | 95%*1 |
| Denmark[35] | Long term care facility residents | Pfizer-BioNTech | SARS-CoV-2 infection | 64%*1 |
| | Long term care facility staff | Pfizer-BioNTech | SARS-CoV-2 infection | 90%*1 |
| Sweden[36] | General adult population | Pfizer-BioNTech | SARS-CoV-2 infection | 86%*1 |

*Only studies including estimates of vaccine effectiveness ≥7 days following a completed vaccination series are included here. Studies examining multiple vaccines for which a single estimate of vaccine effectiveness is reported did not assess vaccine effectiveness by product type.

[1]≥7 days after second dose

[2]≥14 days after second dose

[3]≥11 days after second dose

In addition to the studies listed in Table 1a, further evidence of the impact of vaccination with Pfizer-BioNTech and Moderna COVID-19 vaccine has been demonstrated among healthcare workers, with major reductions in SARS-CoV-2 infections among those receiving two doses of COVID-19 vaccine even when community transmission was increasing. [(37-39)]

**Table 1b. Effectiveness of COVID-19 Vaccination Against Asymptomatic SARS-CoV-2 Infection**

| Country | Population | Vaccine | Outcome | Vaccine effectiveness |
|---|---|---|---|---|
| United States[40] | General adult population | Pfizer-BioNTech or Moderna | Asymptomatic infection | 80%*1 |
| United States[18] | Healthcare workers | Pfizer-BioNTech | Asymptomatic infection | 90%*2 |
| Israel[31] | General adult population | Pfizer-BioNTech | Asymptomatic infection | 92%*2 |
| Israel[32] | Healthcare workers | Pfizer-BioNTech or AstraZeneca | Asymptomatic infection | 86%*2 |

| | | | | |
|---|---|---|---|---|
| Israel[33] | Healthcare workers | Pfizer-BioNTech | Asymptomatic infection | 65%*3 |

[1]≥0 days after second dose
[2]≥7 days after second dose
[3]≥11 days after second dose

Data from multiple studies in different countries suggest that people vaccinated with Pfizer-BioNTech COVID-19 vaccine who develop COVID-19 have a lower viral load than unvaccinated people.(41-44) This observation may indicate reduced transmissibility, as viral load has been identified as a key driver of transmission.(45) Two studies from the United Kingdom found significantly reduced likelihood of transmission to household contacts from people infected with SARS-CoV-2 who were previously vaccinated for COVID-19.(25, 46)

### Vaccine effectiveness in immunosuppressed people

Evidence of reduced antibody response to or reduced immunogenicity of COVID-19 mRNA vaccination has been observed in the following groups: people taking certain immunosuppressive medications like rituximab (47-50) or mycophenolate (50-53), people with hematologic cancers (54, 55), and hemodialysis patients (56). At this time, data on vaccine protection in people who are immunocompromised are limited; in addition, the impact of immune suppression on COVID-19 vaccine effectiveness may vary by condition.(55, 57) Complete data on which immunocompromising conditions might affect response to COVID-19 vaccination are not available; in addition, there is no established immune correlate of protection against SARS-CoV-2 so the risk of infection in people who respond incompletely to COVID-19 vaccination cannot be quantified using immunogenicity data. People with immunocompromising conditions, including those taking immunosuppressive medications, should discuss the need for personal protective measures after vaccination with their healthcare provider.

## Emerging SARS-CoV-2 viral variants and vaccine performance

SARS-CoV-2 variants of concern (VOCs: Alpha (B.1.1.7), first detected in the United Kingdom; Beta (B.1.351), first detected in South Africa; Gamma (P.1), first detected in Japan/Brazil; and Delta (B.1.617.2), first detected in India) have emerged with mutations that alter the receptor binding domain of the spike protein and have a negative impact on vaccine effectiveness (notably the N501Y mutation occurring in Alpha, Beta and Gamma variants, the E484K and E417T/N mutations in Beta and Gamma, and the L452R mutation in Delta).(58)

Similar mutations also occur in SARS-CoV-2 variants of interest (VOIs: Epsilon (B.1.427/B.1.429), first detected in the United States-California; Iota (B.1.526), first detected in the United States-New York; Eta (B.1.525), first detected in the United Kingdom/Nigeria; and Kappa (B.1.617.1) and B.1.617.3, first detected in India)(58), but these variants currently have limited prevalence or expansion in the United States or other countries and still lack clear evidence of increased transmission, disease severity, or impact on available vaccines, therapeutics, or diagnostic tests.(58) Vaccine performance against emerging SARS-CoV-2 variants is an important consideration when evaluating the need for prevention measures in vaccinated people and will require continued monitoring. When evaluating risk, considering regional and local circulation of SARS-CoV-2 variants is also relevant; current data can be found on CDC's website.

### Vaccine-induced neutralizing antibody activity

Sera from mRNA COVID-19 vaccine (both Pfizer-BioNTech and Moderna) recipients have demonstrated minimal to large reductions in antibody neutralization activity against a variety of mutations (59-126); one related meta-analysis has been published (69). Across studies of VOCs, the greatest reductions were observed for Beta, followed by Gamma and Delta; reductions for Alpha were minimal. A limited number of studies were available for some VOI that demonstrated greater reductions for Eta and Kappa, and minimal reductions for Epsilon and Iota. The E484K/Q and L452R mutations alone or in combination with other mutations in the receptor binding domain have been shown to account for the majority of reduction in vaccine-induced neutralizing antibody activity for the Beta, Gamma, and Delta variants.(71, 77, 91, 109, 112, 127, 128) Alpha and Iota variants with E484K mutations, which have been detected in the United Kingdom, United States, and other countries, have shown further reductions in neutralization above Alpha and Iota alone, respectively.(62, 68, 70, 71, 90, 114, 115, 118) For two-dose COVID-19 vaccines, multiple studies have shown greater neutralization against variants after the second dose (i.e. among fully vaccinated people) compared with the first dose (partially vaccinated).(59, 71, 72, 77, 78, 86, 99, 103, 105-107, 119, 129)

Two studies have shown that six months after receiving the Moderna vaccine, higher proportions of people had undetectable neutralization activity against Beta and Gamma compared with the ancestral strain.(130, 131) However, a recent study showed that people who received the Johnson & Johnson/Janssen vaccine had minimal decline in neutralizing titers against Beta, Gamma, and Delta at 8 months post-vaccination and that there was evidence of expanded breadth of neutralizing antibody response against variants over this time period, likely through B cell maturation.(64) Another study comparing antibody responses to different vaccines at 2.5–3 months post-vaccination showed comparatively lower neutralizing titers against Beta and Delta for Johnson & Johnson/Janssen (an adenovirus vector vaccine) compared with the mRNA vaccines.(132) More evidence is still needed in this area, including understanding potential differences in the kinetics of immune response related to different vaccine platforms.

Robust correlation has been demonstrated between vaccine efficacy and neutralizing antibody levels induced by different vaccines.(133, 134) Based on evidence from clinical trials, the correlate of protection, or antibody threshold providing protection against severe disease, has been estimated to be much lower and less likely to be affected by differences in initial vaccine efficacy than that required for protection against confirmed infection.(134) However, in the absence of an accepted biological correlate of protection, it is difficult to fully predict how reduced neutralizing activity may affect COVID-19 vaccine effectiveness. Across studies, antibody neutralizing activity of sera from vaccinated people was generally higher than that observed for convalescent sera from people who have recovered from COVID-19.(71, 75, 80, 83, 101-103, 105, 107, 112, 118, 127, 128) However, some variants may reduce neutralizing antibody titers to near or below the protective threshold, resulting in lowered vaccine efficacy, increased breakthrough infections (i.e., infections in vaccinated persons), and shortened duration of immunity. For example, a modeling study estimated that a 5-fold lower neutralizing titer against a particular variant was predicted to reduce efficacy from 95% to 77% in a high efficacy vaccine, or from 70% to 32% for a lower efficacy vaccine (134); however, this assumes that antibody neutralization is the only major mechanism of protection, and this reduction may be mitigated where neutralization and cellular immunity both play a role in protection.

### Vaccine-induced cellular immunity

Several studies have assessed CD4+ and CD8+ T cell responses from Moderna or Pfizer vaccine recipients to the ancestral SARS-CoV-2 strain compared with the Alpha, Beta, Gamma, and Epsilon variants; these studies observed modest or no defects in cellular immune recognition of the variants.(78, 85, 105, 135-139) Thus, cellular immunity may help limit disease severity in infections caused by variants that partially escape neutralizing antibodies. Polymorphisms in human leukocyte antigen alleles have been observed to result in variation of the T cell response to specific variants, which may impact different subpopulations differently based on higher genetic prevalence.(140-145)

### Efficacy and effectiveness

A growing number of studies in Israel, Europe, and the United Kingdom have demonstrated high real-world effectiveness (>85%) of two doses of Pfizer-BioNTech COVID-19 vaccine while Alpha was prevalent.(24, 29-31, 33, 36, 146-148) Studies from Qatar have demonstrated high effectiveness against documented infection with Alpha and Beta ≥14 days after receiving the Pfizer-BioNTech vaccine (90% and 75%, respectively) and the Moderna vaccine (100% and 96%, respectively); importantly, both vaccines were 96%–100% effective against severe, critical, or fatal disease, regardless of strain.(149, 150) Clinical trial data suggest that the Johnson & Johnson/Janssen COVID-19 vaccine may have reduced overall efficacy against the Beta variant. Although sero-response rates were similar between U.S. clinical trial participants and those from Brazil and South Africa, vaccine efficacy after ≥14 days was 74% in the United States, 66% in Brazil (where ~69% of infections were due to Zeta [P.2]), and 52% in South Africa (~where 95% of infections were due to Beta). (151) Notably, Johnson & Johnson/Janssen vaccine showed good efficacy against severe or critical disease (73%–82%) across all sites. In three studies from Canada, one demonstrated 79% effectiveness for mRNA vaccines against confirmed infection during a time when Alpha and Gamma represented most infections, while another two demonstrated 84% and 88% effectiveness, respectively, against symptomatic infection caused by Gamma/Beta.(152-154)

For the Delta variant, recent studies from England and Scotland have noted reduced effectiveness of the Pfizer-BioNTech vaccine against confirmed infection (79%) and symptomatic infection (88%), compared with Alpha (92% and 93%, respectively).(146, 147) During two recent rounds of a national population survey in England when Delta was the dominant stain, 2-dose vaccine effectiveness against PCR-confirmed infection was 72% and 73%, respectively.(155) A study from Canada demonstrated 87% effectiveness against symptomatic illness ≥7 days after receipt of the Pfizer-BioNTech vaccine. (153) Press releases from Israel have noted further decreased effectiveness of vaccines against infection and illness caused by Delta; these differences may in part reflect differences in study methodology, but more technical information is needed to allow full interpretation. Notably, in the United Kingdom, Canada, and Israel, vaccine effectiveness against hospitalization related to Delta was 93%–

100% and comparable to that observed with Alpha.[148, 153] Data from the United Kingdom observed that the recent resurgence in COVID-19 cases is being driven by replacement of Alpha with the Delta variant and infections occurring in unvaccinated children and young adults.[155]

**Breakthrough infections**

Despite high efficacy, vaccine breakthrough cases are rare but inevitable, including infections caused by circulating variants. From January through May 2021, COVID-NET data from laboratory-confirmed COVID-19-associated hospitalizations in adults ≥18 years of age, for whom vaccination status is known, showed <3% of hospitalizations occurred in fully vaccinated persons. CDC conducts nationwide monitoring of vaccine breakthrough cases resulting in hospitalization or death. In general, symptoms and duration of illness in vaccine breakthrough infections have been attenuated compared with cases among unvaccinated people.[156] Among hospitalized or fatal breakthrough cases reported to CDC as of July 19, 2021, 74% were aged 65 years or older. One U.S. study observed that 44% of breakthrough infections were among people who were immunocompromised, similar to results reported from Israel.[157, 158] Breakthrough infections may boost immunity; four weeks after an outbreak in a long-term care facility, fully vaccinated residents who experienced breakthrough infections were found to have significantly higher antibody levels than vaccinated individuals who did not experience breakthrough infections.[159]

The proportions of VOCs observed among breakthrough cases has been similar to that observed in CDC's national genomic surveillance,[160] but interpretation of these data is challenging because of local variation and changes in variant proportions over time. An Israeli study of VOC infections in adults fully vaccinated with Pfizer-BioNTech compared with unvaccinated matched controls, during a time when Alpha was the dominant strain and Beta was detected in <1% of all specimens, found a higher proportion of Beta in fully vaccinated cases (matched odds ratio = 8.0) and a higher proportion of Alpha in partially vaccinated cases (matched odds ratio = 2.6), though small sample sizes, especially for Beta, were noted as a limitation.[161] A study from Houston, Texas observed that Delta caused a significantly higher rate of breakthrough infections in fully vaccinated people compared with infections from other variants, but noted that only 6.5% of all COVID-19 cases occurred in fully vaccinated individuals.[162] Studies from India with vaccines not authorized for use in the United States have noted relatively high viral loads and larger cluster sizes associated with infections with Delta, regardless of vaccination status.[96] These early data suggest that breakthrough Delta infections are transmissible. Unpublished data are consistent with this, and additional data collection and studies are underway to understand the level and duration of transmissibility from Delta vaccine breakthrough infections in the United States and other settings.

# Impact of prevention measures in the context of vaccination

Individual and community-level prevention measures in addition to vaccination have been shown to help reduce the spread of SARS-CoV-2.[163-167] However, there can be individual and societal costs related to physical distancing, quarantine, school and business closures, and other prevention measures.[168-175]

Modeling studies suggest that adherence to other prevention measures, such as wearing masks and physical distancing, continues to be important in the context of vaccine implementation.[176-184] In one study, complete relaxation of prevention measures for the entire population prior to adequate vaccination coverage (60-80% depending on the population considered) resulted in essentially no reductions in SARS-CoV-2 infections.[178] However, in the context of rapid vaccine implementation, the benefit of non-pharmaceutical interventions decreases: preliminary data from one study found prevention measures in the United States could begin to be relaxed 2-3 months after vaccination began if a rate of 3 million doses administered daily were attained[185]. Correspondingly, preliminary data suggest that increasing vaccination rates may allow for the phasing out of some prevention measures as coverage increases.[184] With high vaccine effectiveness and increasing vaccination coverage, preliminary modeling studies conducted prior to emergence of the Delta variant predicted that vaccinated people returning to normal activities will have minimal impact on the course of the pandemic.[185, 186]

# Conclusions

COVID-19 vaccines currently authorized in the United States have been shown to be effective against SARS-CoV-2 infections, including asymptomatic and symptomatic infection, severe disease, and death. These findings, along with the early evidence for reduced viral load in vaccinated people who develop COVID-19, suggest that any associated transmission risk is likely to be substantially reduced in vaccinated people. While vaccine effectiveness against emerging SARS-CoV-2 variants remains under investigation, available evidence suggests that the COVID-19 vaccines presently authorized in the United States offer

protection against known emerging variants, including the Delta variant, particularly against hospitalization and death. Data suggest lower vaccine effectiveness against confirmed illness and symptomatic disease caused by the Beta, Gamma, and Delta variants compared with the ancestral strain and Alpha variant.

Evidence suggests the U.S. COVID-19 vaccination program has the potential to substantially reduce the burden of disease in the United States by preventing serious illness in fully vaccinated people and interrupting chains of transmission. The risks of SARS-CoV-2 infection in fully vaccinated people cannot be completely eliminated where community transmission of the virus is widespread. Vaccinated people can still become infected and spread the virus to others. Current efforts to maximize the proportion of the U.S. population that is fully vaccinated against COVID-19 remain critical to ending the COVID-19 pandemic.

*Note: CDC guidance for fully vaccinated people can also be applied to COVID-19 vaccines that have been listed for emergency use by the World Health Organization (e.g. AstraZeneca/Oxford). This brief summarizes evidence related to vaccines authorized for emergency use in the United States.

## References

**Note: Preprints have not been peer-reviewed. They should not be regarded as conclusive, guide clinical practice/health-related behavior, or be reported in news media as established information.**


1. Lee G, Carr W, Group AE-BRW, Group AEBRW. Updated Framework for Development of Evidence-Based Recommendations by the Advisory Committee on Immunization Practices. MMWR Morb Mortal Wkly Rep. 2018;67(45):1271-2.
2. Corbett KS, Flynn B, Foulds KE, Francica JR, Boyoglu-Barnum S, Werner AP, et al. Evaluation of the mRNA-1273 Vaccine against SARS-CoV-2 in Nonhuman Primates. N Engl J Med. 2020;383(16):1544-55.
3. Mercado NB, Zahn R, Wegmann F, Loos C, Chandrashekar A, Yu J, et al. Single-shot Ad26 vaccine protects against SARS-CoV-2 in rhesus macaques. Nature. 2020;586(7830):583-8.
4. Vogel AB, Kanevsky I, Che Y, Swanson KA, Muik A, Vormehr M, et al. BNT162b vaccines protect rhesus macaques from SARS-CoV-2. Nature. 2021.
5. Baden LR, El Sahly HM, Essink B, Kotloff K, Frey S, Novak R, et al. Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine. N Engl J Med. 2021;384(5):403-16.
6. Food and Drug Administration. Pfizer-BioNTech COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee Briefing Document – Sponsor. https://www.fda.gov/media/144246/download .
7. Food and Drug Administration. Moderna COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee December 17, 2020 Meeting Briefing Document- Sponsor. https://www.fda.gov/media/144452/download .
8. Food and Drug Administration. Moderna COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee December 17, 2020 Meeting Briefing Document Addendum- Sponsor. https://www.fda.gov/media/144453/download .
9. Food and Drug Administration. Janssen COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee February 26, 2021 Meeting Briefing Document – Sponsor. https://www.fda.gov/media/146219/download .
10. Food and Drug Administration. Janssen COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee February 26, 2021 Meeting Briefing Document Addendum – Sponsor. https://www.fda.gov/media/146218/download .
11. Polack FP, Thomas SJ, Kitchin N, Absalon J, Gurtman A, Lockhart S, et al. Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine. N Engl J Med. 2020;383(27):2603-15.
12. Food and Drug Administration. Emergency Use Authorization (EUA) Amendment for an Unapproved Product Review Memorandum. https://www.fda.gov/media/148542/download .
13. Pawlowski C LP, Puranik A, et. al. FDA-authorized COVID-19 vaccines are effective per real-world evidence synthesized across a multi-state health system. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.02.15.21251623v1.full.pdf .
14. Andrejko K. PJ, Myers JF., et al. Early evidence of COVID-19 vaccine effectiveness within the general population of California. MedRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.08.21255135v1 .

15. Vahidy FS. PL, Tano ME., et al. Real World Effectiveness of COVID-19 mRNA Vaccines against Hospitalizations and Deaths in the United States. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.21.21255873v1 .

16. Swift MD, Breeher LE, Tande AJ, Tommaso CP, Hainy CM, Chu H, et al. Effectiveness of mRNA COVID-19 vaccines against SARS-CoV-2 infection in a cohort of healthcare personnel. Clin Infect Dis. 2021.

17. Thompson MG BJ, Naleway AL, et al. Interim Estimates of Vaccine Effectiveness of BNT162b2 and mRNA-1273 COVID-19 Vaccines in Preventing SARS-CoV-2 Infection Among Health Care Personnel, First Responders, and Other Essential and Frontline Workers — Eight U.S. Locations, December 2020–March 2021. MMWR Morb Mortal Wkly Rep. 2021;ePub: 29 March 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7013e3 .

18. Tang L, Hijano DR, Gaur AH, Geiger TL, Neufeld EJ, Hoffman JM, et al. Asymptomatic and Symptomatic SARS-CoV-2 Infections After BNT162b2 Vaccination in a Routinely Screened Workforce. JAMA. 2021.

19. Pilishvili T. F-DK, Farrar JL., et al. Interim Estimates of Vaccine Effectiveness of Pfizer-BioNTech and Moderna COVID-19 Vaccines Among Health Care Personnel — 33 U.S. Sites, January–March 2021. MMWR Morb Mortal Wkly Rep. 2021;https://www.cdc.gov/mmwr/volumes/70/wr/mm7020e2.htm.

20. Cavanaugh AM, Fortier S, Lewis P, Arora V, Johnson M, George K, et al. COVID-19 Outbreak Associated with a SARS-CoV-2 R.1 Lineage Variant in a Skilled Nursing Facility After Vaccination Program – Kentucky, March 2021. MMWR Morb Mortal Wkly Rep. 2021;70(17):639-43.

21. Tenforde MW, Olson SM, Self WH, Talbot HK, Lindsell CJ, Steingrub JS, et al. Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against COVID-19 Among Hospitalized Adults Aged >/=65 Years – United States, January-March 2021. MMWR Morb Mortal Wkly Rep. 2021;70(18):674-9.

22. Corchado-Garcia J. P-ZD, Hughes T., et al. Real-world effectiveness of Ad26.COV2.S adenoviral vector vaccine for COVID-19. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.27.21256193v1 .

23. Lumley SF RG, Costantindes B., et al. An observational cohort study on the incidence of SARS-CoV-2 infection and B.1.1.7 variant infection in healthcare workers by antibody and vaccination status medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.09.21253218v1.full.pdf .

24. Hall VJ, Foulkes S, Saei A, Andrews N, Oguti B, Charlett A, et al. COVID-19 vaccine coverage in health-care workers in England and effectiveness of BNT162b2 mRNA vaccine against infection (SIREN): a prospective, multicentre, cohort study. Lancet. 2021;397(10286):1725-35.

25. Shah A GC, Bishop J, et al. Effect of vaccination on transmission of COVID-19: an observational study in healthcare workers and their households. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.11.21253275v1 .

26. Lopez Bernal J, Andrews N, Gower C, Robertson C, Stowe J, Tessier E, et al. Effectiveness of the Pfizer-BioNTech and Oxford-AstraZeneca vaccines on covid-19 related symptoms, hospital admissions, and mortality in older adults in England: test negative case-control study. BMJ. 2021;373:n1088.

27. Heymann AD. ZG, Shasha D., et. al. BNT162b2 Vaccine Effectiveness in Preventing Asymptomatic Infection with SARS-CoV-2 Virus: A Nationwide Historical Cohort Study. Lancet (preprint). 2021;https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3796868 .

28. Aran D. Estimating real-world COVID-19 vaccine effectiveness in Israel using aggregated counts. Github. 2021;https://github.com/dviraran/covid_analyses/blob/master/Aran_letter.pdf .

29. Dagan N, Barda N, Kepten E, Miron O, Perchik S, Katz MA, et al. BNT162b2 mRNA Covid-19 Vaccine in a Nationwide Mass Vaccination Setting. N Engl J Med. 2021.

30. Goldberg Y MM, Woodbridge Y, et al. Protection of previous SARS-CoV-2 infection is similar to that of BNT162b2 vaccine protection: A three-month nationwide experience from Israel. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.20.21255670v1 .

31. Haas EJ, Angulo FJ, McLaughlin JM, Anis E, Singer SR, Khan F, et al. Impact and effectiveness of mRNA BNT162b2 vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalisations, and deaths following a nationwide vaccination campaign in Israel: an observational study using national surveillance data. Lancet. 2021.

32. Angel Y. SA, Henig O., et al. Association Between Vaccination With BNT162b2 and Incidence of Symptomatic and Asymptomatic SARS-CoV-2 Infections Among Health Care Workers. JAMA (preprint). 2021;https://pubmed.ncbi.nlm.nih.gov/33956048/ .

33. Regev-Yochay G AS, Bergwerk M, et al. Decreased Infectivity Following BNT162b2 Vaccination. Lancet (preprint). 2021;https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3815668 .

34. Fabiani M, Ramigni M, Gobbetto V, Mateo-Urdiales A, Pezzotti P, Piovesan C. Effectiveness of the Comirnaty (BNT162b2, BioNTech/Pfizer) vaccine in preventing SARS-CoV-2 infection among healthcare workers, Treviso province, Veneto region, Italy, 27 December 2020 to 24 March 2021. Euro Surveill. 2021;26(17).

35. Moustsen-Helms I EH, Nielsen J, et. al. Vaccine effectiveness after 1st and 2nd dose of the BNT162b2 mRNA Covid-19 Vaccine in long-term care facility residents and healthcare workers – a Danish cohort study medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.08.21252200v1.full.pdf(March 24, 2021).

36. Björk J. IM, Moghaddassi M., et al. Effectiveness of the BNT162b2 vaccine in preventing COVID-19 in the working age population – first results from a cohort study in Southern Sweden. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.20.21254636v1 .

37. Benenson S, Oster Y, Cohen MJ, Nir-Paz R. BNT162b2 mRNA Covid-19 Vaccine Effectiveness among Health Care Workers. N Engl J Med. 2021.

38. Daniel W, Nivet M, Warner J, Podolsky DK. Early Evidence of the Effect of SARS-CoV-2 Vaccine at One Medical Center. N Engl J Med. 2021.

39. Keehner J, Horton LE, Pfeffer MA, Longhurst CA, Schooley RT, Currier JS, et al. SARS-CoV-2 Infection after Vaccination in Health Care Workers in California. N Engl J Med. 2021.

40. Tande AJ, Pollock BD, Shah ND, Farrugia G, Virk A, Swift M, et al. Impact of the COVID-19 Vaccine on Asymptomatic Infection Among Patients Undergoing Pre-Procedural COVID-19 Molecular Screening. Clin Infect Dis. 2021.

41. Jones NK, Rivett L, Seaman S, Samworth RJ, Warne B, Workman C, et al. Single-dose BNT162b2 vaccine protects against asymptomatic SARS-CoV-2 infection. Elife. 2021;10.

42. Levine-Tiefenbrun M, Yelin I, Katz R, Herzel E, Golan Z, Schreiber L, et al. Initial report of decreased SARS-CoV-2 viral load after inoculation with the BNT162b2 vaccine. Nat Med. 2021;27(5):790-2.

43. McEllistrem MC, Clancy CJ, Buehrle DJ, Lucas A, Decker BK. Single dose of a mRNA SARS-CoV-2 vaccine is associated with lower nasopharyngeal viral load among nursing home residents with asymptomatic COVID-19. Clin Infect Dis. 2021.

44. Petter E MO, Zuckerman N, et al. Initial real world evidence for lower viral load of individuals who have been vaccinated by BNT162b2. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.02.08.21251329v1 .

45. Marks M, Millat-Martinez P, Ouchi D, Roberts CH, Alemany A, Corbacho-Monne M, et al. Transmission of COVID-19 in 282 clusters in Catalonia, Spain: a cohort study. Lancet Infect Dis. 2021.

46. Harris RJ HJ, Zaidi A, et al. Impact of vaccination on household transmission of SARS-COV-2 in England. khubnet. 2021;https://khub.net/documents/135939561/390853656/Impact+of+vaccination+on+household+transmission+of+SARS-COV-2+in+England.pdf/35bf4bb1-6ade-d3eb-a39e-9c9b25a8122a .

47. Boyarsky BJ, Ruddy JA, Connolly CM, Ou MT, Werbel WA, Garonzik-Wang JM, et al. Antibody response to a single dose of SARS-CoV-2 mRNA vaccine in patients with rheumatic and musculoskeletal diseases. Ann Rheum Dis. 2021.

48. Boyarsky BJ, Werbel WA, Avery RK, Tobian AAR, Massie AB, Segev DL, et al. Antibody Response to 2-Dose SARS-CoV-2 mRNA Vaccine Series in Solid Organ Transplant Recipients. JAMA. 2021.

49. Chavarot N. OA, Olivier M, et.al. Poor Anti-SARS-CoV-2 Humoral and T-cell Responses After 2 Injections of mRNA Vaccine in Kidney Transplant Recipients Treated with Belatacept. Transplantation. 2021;https://journals.lww.com/transplantjournal/Citation/9000/Poor_Anti_SARS_CoV_2_Humoral_and_T_cell_Responses.95281.aspx .

50. Rozen-Zvi B, Yahav D, Agur T, Zingerman B, Ben-Zvi H, Atamna A, et al. Antibody response to mRNA SARS-CoV-2 vaccine among kidney transplant recipients – Prospective cohort study. Clin Microbiol Infect. 2021.

51. Grupper A, Rabinowich L, Schwartz D, Schwartz IF, Ben-Yehoyada M, Shashar M, et al. Reduced humoral response to mRNA SARS-CoV-2 BNT162b2 vaccine in kidney transplant recipients without prior exposure to the virus. Am J Transplant. 2021.

52. Itzhaki Ben Zadok O, Shaul AA, Ben-Avraham B, Yaari V, Ben Zvi H, Shostak Y, et al. Immunogenicity of the BNT162b2 mRNA vaccine in heart transplant recipients – a prospective cohort study. Eur J Heart Fail. 2021.

53. Rabinowich L GA, Baruch R, et al. Low immunogenicity to SARS-CoV-2 vaccination among liver transplant recipients. J Hepatol (online ahead of print). 2021;https://pubmed.ncbi.nlm.nih.gov/33892006/ .

54. Herishanu Y, Avivi I, Aharon A, Shefer G, Levi S, Bronstein Y, et al. Efficacy of the BNT162b2 mRNA COVID-19 Vaccine in Patients with Chronic Lymphocytic Leukemia. Blood. 2021.

55. Monin L, Laing AG, Munoz-Ruiz M, McKenzie DR, Del Molino Del Barrio I, Alaguthurai T, et al. Safety and immunogenicity of one versus two doses of the COVID-19 vaccine BNT162b2 for patients with cancer: interim

analysis of a prospective observational study. Lancet Oncol. 2021.

56. Simon B RH, Treipl A, et al. Hemodialysis Patients Show a Highly Diminished Antibody Response after COVID-19 mRNA Vaccination Compared to Healthy Controls. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.26.21254259v1 .
57. Yelin I KR, Herzel E, et al. Associations of the BNT162b2 COVID-19 vaccine effectiveness with patient age and comorbidities. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.16.21253686v1 .
58. Centers for Disease Control and Prevention. SARS-CoV-2 Variant Classifications and Definitions [Available from: https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/variant-surveillance/variant-info.html
59. Alenquer M FF, Lousa D, et al. Amino acids 484 and 494 of SARS-CoV-2 spike are hotspots of immune evasion affecting antibody but not ACE2 binding. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.04.22.441007v2 .
60. Alter G, Yu J, Liu J, Chandrashekar A, Borducchi EN, Tostanoski LH, et al. Immunogenicity of Ad26.COV2.S vaccine against SARS-CoV-2 variants in humans. Nature. 2021.
61. Anichini G, Terrosi C, Gori Savellini G, Gandolfo C, Franchi F, Cusi MG. Neutralizing Antibody Response of Vaccinees to SARS-CoV-2 Variants. Vaccines (Basel). 2021;9(5).
62. Annavajhala MK, Mohri H, Zucker JE, Sheng Z, Wang P, Gomez-Simmonds A, et al. A Novel SARS-CoV-2 Variant of Concern, B.1.526, Identified in New York. medRxiv. 2021;https://www.ncbi.nlm.nih.gov/pubmed/33655278 .
63. Arora P KA, Nehlmier I, et. al. Increased lung cell entry of B.1.617.2 and evasion of antibodies induced by infection and BNT162b2 vaccination. BioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.06.23.449568v1 .
64. Barouch DH SK, Sadoff J, et al. Durable Humoral and Cellular Immune Responses Following Ad26.COV2.S Vaccination for COVID-19. MedRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.05.21259918v1 .
65. Bates T LH, Lyski ZL, et al. Neutralization of SARS-CoV-2 variants by convalescent and vaccinated serum. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.04.21254881v1 .
66. Becker M DA, Junker D, et al. Immune response to SARS-CoV-2 variants of concern in vaccinated individuals. medRxiv. 2021;https://doi.org/10.1101/2021.03.08.21252958 .
67. Caniels TG BI, van der Straten K, et al. Emerging SARS-CoV-2 variants of concern evade humoral immune responses from infection and vaccination. MedRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.26.21257441v1 .
68. Carreno JM AH, Singh G, et al. Reduced neutralizing activity of post-SARS-CoV-2 vaccination serum against variants B.1.617.2, B.1.351, B.1.1.7+E484K and a sub-variant of C.37. medRxiv. 2021;https://doi.org/10.1101/2021.07.21.21260961
69. Chen X CZ, Azman AS, et al. Comprehensive mapping of neutralizing antibodies against SARS-CoV-2 variants induced by natural infection or vaccination. medRxiv. 2021;https://doi.org/10.1101/2021.05.03.21256506 .
70. Choi A KM, Wu K, et al. Serum Neutralizing Activity of mRNA-1273 against SARS-CoV-2 Variants. MedRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.06.28.449914v1 .
71. Collier DA, De Marco A, Ferreira I, Meng B, Datir R, Walls AC, et al. Sensitivity of SARS-CoV-2 B.1.1.7 to mRNA vaccine-elicited antibodies. Nature. 2021.
72. Davis C LN, Tyson G, et al. Reduced neutralisation of the Delta (B.1.617.2) SARS-CoV-2 variant of concern following vaccination. MedRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.06.23.21259327v1 .
73. Dejnirattisai W, Zhou D, Supasa P, Liu C, Mentzer AJ, Ginn HM, et al. Antibody evasion by the P.1 strain of SARS-CoV-2. Cell. 2021.
74. Deng X, Garcia-Knight MA, Khalid MM, Servellita V, Wang C, Morris MK, et al. Transmission, infectivity, and neutralization of a spike L452R SARS-CoV-2 variant. Cell. 2021.
75. Edara VV, Hudson WH, Xie X, Ahmed R, Suthar MS. Neutralizing Antibodies Against SARS-CoV-2 Variants After Infection and Vaccination. JAMA. 2021.
76. Emary KRW, Golubchik T, Aley PK, Ariani CV, Angus B, Bibi S, et al. Efficacy of ChAdOx1 nCoV-19 (AZD1222) vaccine against SARS-CoV-2 variant of concern 202012/01 (B.1.1.7): an exploratory analysis of a randomised controlled trial. Lancet. 2021;397(10282):1351-62.
77. Garcia-Beltran WF, Lam EC, St Denis K, Nitido AD, Garcia ZH, Hauser BM, et al. Multiple SARS-CoV-2 variants escape neutralization by vaccine-induced humoral immunity. Cell. 2021.
78. Geers D, Shamier MC, Bogers S, den Hartog G, Gommers L, Nieuwkoop NN, et al. SARS-CoV-2 variants of concern partially escape humoral but not T-cell responses in COVID-19 convalescent donors and vaccinees. Sci Immunol.

2021;6(59).

79. Gonzalez C. Saade C BA, et al. Live virus neutralisation testing in convalescent patients and subjects vaccinated against 19A, 20B, 20I/501Y.V1 and 20H/501Y.V2 isolates of SARS-CoV-2. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.11.21256578v1.full.pdf .
80. Hoffmann M, Arora P, Gross R, Seidel A, Hornich BF, Hahn AS, et al. SARS-CoV-2 variants B.1.351 and P.1 escape from neutralizing antibodies. Cell. 2021;184(9):2384-93 e12.
81. Hoffmann M H-WH, Kruger N, et al. SARS-CoV-2 variant B.1.617 is resistant to Bamlanivimab and evades antibodies induced by infection and vaccination. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.04.442663v1 .
82. Jongeneelen M KK, Veldman D, et al. Ad26.COV2.S elicited neutralizing activity against Delta and other SARS-CoV-2 variants of concern. BioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.07.01.450707v1 .
83. Kuzmina A KY, Voloshin O, et al. SARS CoV-2 Escape Variants Exhibit Differential Infectivity and Neutralization Sensitivity to Convalescent or Post-Vaccination Sera. Cell Host & Microbe. 2021.
84. Leier HC BT, Lyski ZL, et al. Previously infected vaccinees broadly neutralize SARS-CoV-2 variants. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.25.21256049v1 .
85. Lilleri D VI, Bergami F, et al. SARS-CoV-2 mRNA vaccine BNT162b2 elicited a robust humoral and cellular response against SARS-CoV-2 variants. Research Square. 2021;https://www.researchsquare.com/article/rs-396284/v1 .
86. Liu C, Ginn HM, Dejnirattisai W, Supasa P, Wang B, Tuekprakhon A, et al. Reduced neutralization of SARS-CoV-2 B.1.617 by vaccine and convalescent serum. Cell. 2021.
87. Liu J, Liu Y, Xia H, Zou J, Weaver SC, Swanson KA, et al. BNT162b2-elicited neutralization of B.1.617 and other SARS-CoV-2 variants. Nature. 2021.
88. Liu J BB, Wang X, et al. Correlation of vaccine-elicited antibody levels and neutralizing activities against SARS-CoV-2 and its variants. BioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.31.445871v1 .
89. Liu Y, Liu J, Xia H, Zhang X, Fontes-Garfias CR, Swanson KA, et al. Neutralizing Activity of BNT162b2-Elicited Serum. N Engl J Med. 2021.
90. Liu Y, Liu J, Xia H, Zhang X, Zou J, Fontes-Garfias CR, et al. BNT162b2-Elicited Neutralization against New SARS-CoV-2 Spike Variants. N Engl J Med. 2021.
91. Lucas C VC, Yildirim I, et al. Impact of circulating SARS-CoV-2 variants on mRNA vaccine-induced immunity in uninfected and previously infected individuals. medRxiv. 2021;https://doi.org/10.1101/2021.07.14.21260307
92. Lustig Y, Zuckerman N, Nemet I, Atari N, Kliker L, Regev-Yochay G, et al. Neutralising capacity against Delta (B.1.617.2) and other variants of concern following Comirnaty (BNT162b2, BioNTech/Pfizer) vaccination in health care workers, Israel. Euro Surveill. 2021;26(26).
93. Madhi SA, Baillie V, Cutland CL, Voysey M, Koen AL, Fairlie L, et al. Efficacy of the ChAdOx1 nCoV-19 Covid-19 Vaccine against the B.1.351 Variant. N Engl J Med. 2021.
94. McCallum M BJ, De Marco A, et al. SARS-CoV-2 immune evasion by variant B.1.427/B.1.429. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.03.31.437925v1 .
95. Miyakawa K JS, Kato H, et al. Rapid detection of neutralizing antibodies to SARS-CoV-2 variants in post-vaccination sera. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.06.21256788v1 .
96. Mlcochova P KS, Dhar MS, et al. . SARS-CoV-2 B.1.617.2 Delta variant emergence and vaccine breakthrough. Research Square. 2021 https://www.researchsquare.com/article/rs-637724/v1 .
97. Moore PL M-GT, Hermanus T, et al. Neutralizing antibodies elicited by the Ad26.COV2.S COVID-19 vaccine show reduced activity against 501Y.V2 (B.1.351), despite protection against severe disease by this variant. BioRxiv. 2021 https://www.biorxiv.org/content/10.1101/2021.06.09.447722v2 .
98. Muik A, Wallisch AK, Sanger B, Swanson KA, Muhl J, Chen W, et al. Neutralization of SARS-CoV-2 lineage B.1.1.7 pseudovirus by BNT162b2 vaccine-elicited human sera. Science. 2021;371(6534):1152-3.
99. Planas D, Bruel T, Grzelak L, Guivel-Benhassine F, Staropoli I, Porrot F, et al. Sensitivity of infectious SARS-CoV-2 B.1.1.7 and B.1.351 variants to neutralizing antibodies. Nat Med. 2021;27(5):917-24.
100. Planas D VD, Baidaliuk A, et al. Reduced sensitivity of infectious SARS-CoV-2 variant B.1.617.2 to monoclonal antibodies and sera from convalescent and vaccinated individuals. BioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.26.445838v1 .
101. Rathnasinghe R, Jangra S, Cupic A, Martinez-Romero C, Mulder LCF, Kehrer T, et al. The N501Y mutation in SARS-CoV-2 spike leads to morbidity in obese and aged mice and is neutralized by convalescent and post-vaccination

human sera. medRxiv. 2021;https://www.ncbi.nlm.nih.gov/pubmed/33501468 .

102. Sahin U MA, Vogler I, et al. BNT162b2 induces SARS-CoV-2-neutralising antibodies and T cells in humans. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2020.12.09.20245175v1 .
103. Shen X, Tang H, McDanal C, Wagh K, Fischer W, Theiler J, et al. SARS-CoV-2 variant B.1.1.7 is susceptible to neutralizing antibodies elicited by ancestral spike vaccines. Cell Host Microbe. 2021.
104. Shen X, Tang H, Pajon R, Smith G, Glenn GM, Shi W, et al. Neutralization of SARS-CoV-2 Variants B.1.429 and B.1.351. N Engl J Med. 2021.
105. Skelly D HA, Gilbert-Jaramillo J, et al. Vaccine-induced immunity provides more robust heterotypic immunity than natural infection to emerging SARS-CoV-2 variants of concern. Research Square. 2021;https://www.researchsquare.com/article/rs-226857/v1 .
106. Stamatatos L, Czartoski J, Wan YH, Homad LJ, Rubin V, Glantz H, et al. mRNA vaccination boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection. Science. 2021.
107. Supasa P, Zhou D, Dejnirattisai W, Liu C, Mentzer AJ, Ginn HM, et al. Reduced neutralization of SARS-CoV-2 B.1.1.7 variant by convalescent and vaccine sera. Cell. 2021.
108. Tada T ZH, Dcosta BM, et al. The Spike Proteins of SARS-CoV-2 B.1.617 and B.1.618 Variants Identified in India Provide Partial Resistance to Vaccine-elicited and Therapeutic Monoclonal Antibodies. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.14.444076v1 .
109. Tada T ZH, Dcosta BM, et al. SARS-CoV-2 Lambda Variant Remains Susceptible to Neutralization by mRNA Vaccine-elicited Antibodies and Convalescent Serum. BioRxiv. 2021;https://doi.org/10.1101/2021.07.02.450959 .
110. Wall EC, Wu M, Harvey R, Kelly G, Warchal S, Sawyer C, et al. Neutralising antibody activity against SARS-CoV-2 VOCs B.1.617.2 and B.1.351 by BNT162b2 vaccination. Lancet. 2021;397(10292):2331-3.
111. Wang P, Casner RG, Nair MS, Wang M, Yu J, Cerutti G, et al. Increased resistance of SARS-CoV-2 variant P.1 to antibody neutralization. Cell Host Microbe. 2021;29(5):747-51 e4.
112. Wang P, Nair MS, Liu L, Iketani S, Luo Y, Guo Y, et al. Antibody Resistance of SARS-CoV-2 Variants B.1.351 and B.1.1.7. Nature. 2021.
113. Wang Z, Schmidt F, Weisblum Y, Muecksch F, Barnes CO, Finkin S, et al. mRNA vaccine-elicited antibodies to SARS-CoV-2 and circulating variants. Nature. 2021.
114. West AP WJ, Wang JC, et al. Detection and characterization of the SARS-CoV-2 lineage B.1.526 in New York. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.02.14.431043v3 .
115. Wu K, Werner AP, Koch M, Choi A, Narayanan E, Stewart-Jones GBE, et al. Serum Neutralizing Activity Elicited by mRNA-1273 Vaccine. N Engl J Med. 2021.
116. Xie X, Liu Y, Liu J, Zhang X, Zou J, Fontes-Garfias CR, et al. Neutralization of SARS-CoV-2 spike 69/70 deletion, E484K and N501Y variants by BNT162b2 vaccine-elicited sera. Nat Med. 2021.
117. Zhou D, Dejnirattisai W, Supasa P, Liu C, Mentzer AJ, Ginn HM, et al. Evidence of escape of SARS-CoV-2 variant B.1.351 from natural and vaccine-induced sera. Cell. 2021.
118. Zhou H DB, Samanovic M, et al. . B.1.526 SARS-CoV-2 variants identified in New York City are neutralized by vaccine-elicited and therapeutic monoclonal antibodies. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.03.24.436620v1.full.pdf .
119. Becker M, Dulovic A, Junker D, Ruetalo N, Kaiser PD, Pinilla YT, et al. Immune response to SARS-CoV-2 variants of concern in vaccinated individuals. Nat Commun. 2021;12(1):3109.
120. Edara VV, Pinsky BA, Suthar MS, Lai L, Davis-Gardner ME, Floyd K, et al. Infection and Vaccine-Induced Neutralizing-Antibody Responses to the SARS-CoV-2 B.1.617 Variants. N Engl J Med. 2021.
121. Ferreira I, Kemp S, Datir R, Saito A, Meng B, Rakshit P, et al. SARS-CoV-2 B.1.617 mutations L452 and E484Q are not synergistic for antibody evasion. J Infect Dis. 2021.
122. Tada T, Dcosta BM, Samanovic MI, Herati RS, Cornelius A, Zhou H, et al. Convalescent-Phase Sera and Vaccine-Elicited Antibodies Largely Maintain Neutralizing Titer against Global SARS-CoV-2 Variant Spikes. mBio. 2021;12(3):e0069621.
123. Trinite B, Pradenas E, Marfil S, Rovirosa C, Urrea V, Tarres-Freixas F, et al. Previous SARS-CoV-2 Infection Increases B.1.1.7 Cross-Neutralization by Vaccinated Individuals. Viruses. 2021;13(6).
124. Marot S, Malet I, Leducq V, Abdi B, Teyssou E, Soulie C, et al. Neutralization heterogeneity of United Kingdom and South-African SARS-CoV-2 variants in BNT162b2-vaccinated or convalescent COVID-19 healthcare workers. Clin Infect Dis. 2021.

125. Edara VV, Norwood C, Floyd K, Lai L, Davis-Gardner ME, Hudson WH, et al. Infection- and vaccine-induced antibody binding and neutralization of the B.1.351 SARS-CoV-2 variant. Cell Host Microbe. 2021;29(4):516-21 e3.

126. Stankov MV, Cossmann A, Bonifacius A, Dopfer-Jablonka A, Ramos GM, Godecke N, et al. Humoral and cellular immune responses against SARS-CoV-2 variants and human coronaviruses after single BNT162b2 vaccination. Clin Infect Dis. 2021.

127. Jangra S, Ye C, Rathnasinghe R, Stadlbauer D, Personalized Virology Initiative study g, Krammer F, et al. SARS-CoV-2 spike E484K mutation reduces antibody neutralisation. Lancet Microbe. 2021.

128. Tada T, Dcosta BM, Samanovic-Golden M, Herati RS, Cornelius A, Mulligan MJ, et al. Neutralization of viruses with European, South African, and United States SARS-CoV-2 variant spike proteins by convalescent sera and BNT162b2 mRNA vaccine-elicited antibodies. bioRxiv. 2021;https://www.ncbi.nlm.nih.gov/pubmed/33564768 .

129. Marot S MI, Jary A, et al. Neutralization heterogeneity of United Kingdom and South-African SARS-CoV-2 variants in BNT162b2-vaccinated or convalescent COVID-19 healthcare workers. bioRxiv. 2021;https://doi.org/10.1101/2021.03.05.434089 .

130. Pegu A OCS, Schmidt SD, et al. Durability of mRNA-1273-induced antibodies against SARS-CoV-2 variants. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.13.444010v1 .

131. Wu K, Choi A, Koch M, et al. Preliminary Analysis of Safety and Immunogenicity of a SARS-CoV-2 Variant Vaccine Booster. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.05.21256716v1 .

132. Tada T ZH, Samanovic MI, et al. Comparison of Neutralizing Antibody Titers Elicited by mRNA and Adenoviral Vector Vaccine against SARS-CoV-2 Variants. BioRxiv. 2021;https://doi.org/10.1101/2021.07.19.452771

133. Earle KA, Ambrosino DM, Fiore-Gartland A, Goldblatt D, Gilbert PB, Siber GR, et al. Evidence for antibody as a protective correlate for COVID-19 vaccines. Vaccine. 2021;39(32):4423-8.

134. Khoury DS, Cromer D, Reynaldi A, Schlub TE, Wheatley AK, Juno JA, et al. Neutralizing antibody levels are highly predictive of immune protection from symptomatic SARS-CoV-2 infection. Nat Med. 2021;27(7):1205-11.

135. Gallagher KME, Leick MB, Larson RC, Berger TR, Katsis K, Yam JY, et al. SARS -CoV-2 T-cell immunity to variants of concern following vaccination. bioRxiv. 2021.

136. Neidleman J LX, McGregor M, et al. mRNA vaccine-induced SARS-CoV-2-specific T cells recognize B.1.1.7 and B.1.351 variants but differ in longevity and homing properties depending on prior infection status. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.12.443888v1 .

137. Stankov MV CA, Bonifacius A, et al. Humoral and cellular immune responses against SARS-CoV-2 variants and human coronaviruses after single BNT162b2 vaccination. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.16.21255412v1 .

138. Tarke A SJ, Methot N, et al. Negligible impact of SARS-CoV-2 variants on CD4+ and CD8+ T cell reactivity in COVID-19 exposed donors and vaccinees. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.02.27.433180v1 .

139. Woldemeskel BA, Garliss CC, Blankson JN. SARS-CoV-2 mRNA vaccines induce broad CD4+ T cell responses that recognize SARS-CoV-2 variants and HCoV-NL63. J Clin Invest. 2021;131(10).

140. Motozono C TM, Zahradnik J, et al. An emerging SARS-CoV-2 mutant evading cellular immunity and increasing viral infectivity. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.04.02.438288v1 .

141. Pretti MAM GR, Farias AS, et al. New SARS-CoV-2 lineages could evade CD8+ T-cells response. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.03.09.434584v2 .

142. Reynolds CJ, Pade C, Gibbons JM, Butler DK, Otter AD, Menacho K, et al. Prior SARS-CoV-2 infection rescues B and T cell responses to variants after first vaccine dose. Science. 2021.

143. Dolton G RC, Hasan MS, et al. Emergence of immune escape at dominant SARS-CoV-2 killer T-cell epitope. MedRxiv. 2021;https://doi.org/10.1101/2021.06.21.21259010

144. Agerer B, Koblischke M, Gudipati V, Montano-Gutierrez LF, Smyth M, Popa A, et al. SARS-CoV-2 mutations in MHC-I-restricted epitopes evade CD8(+) T cell responses. Sci Immunol. 2021;6(57).

145. Buckley PR LC, Pinho MP, et al. HLA-dependent variation in SARS-CoV-2 CD8+ T cell cross-reactivity with human coronaviruses. bioRxiv. 2021;https://doi.org/10.1101/2021.07.17.452778

146. Lopez Bernal J, Andrews N, Gower C, Gallagher E, Simmons R, Thelwall S, et al. Effectiveness of Covid-19 Vaccines against the B.1.617.2 (Delta) Variant. N Engl J Med. 2021.

147. Sheikh A, McMenamin J, Taylor B, Robertson C, Public Health S, the EIIC. SARS-CoV-2 Delta VOC in Scotland: demographics, risk of hospital admission, and vaccine effectiveness. Lancet. 2021;397(10293):2461-2.

148. Stowe J AN, Gower C, et al. Effectiveness of COVID-19 vaccines against hospital admission with the Delta (B.1.617.2) variant. khubnet. 2021;https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266 .

149. Chemaitelly H, Yassine HM, Benslimane FM, Al Khatib HA, Tang P, Hasan MR, et al. mRNA-1273 COVID-19 vaccine effectiveness against the B.1.1.7 and B.1.351 variants and severe COVID-19 disease in Qatar. Nat Med. 2021.

150. Abu-Raddad LJ, Chemaitelly H, Butt AA, National Study Group for C-V. Effectiveness of the BNT162b2 Covid-19 Vaccine against the B.1.1.7 and B.1.351 Variants. N Engl J Med. 2021.

151. Sadoff J, Gray G, Vandebosch A, Cardenas V, Shukarev G, Grinsztejn B, et al. Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19. N Engl J Med. 2021;384(23):2187-201.

152. Chung H HS, Nasreen S, et al. Effectiveness of BNT162b2 and mRNA-1273 COVID-19 vaccines against symptomatic SARS-CoV-2 infection and severe COVID-19 outcomes in Ontario, Canada. medRxiv. 2021;https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266 .

153. Nasreen S CH, He S, et al. Effectiveness of COVID-19 vaccines against variants of concern in Ontario, Canada. medRxiv. 2021;https://doi.org/10.1101/2021.06.28.21259420 .

154. Yassi A GJ, Lockhart K, et al. Infection control, occupational and public health measures including mRNA-based vaccination against SARS-CoV-2 infections to protect healthcare workers from variants of concern: a 14-month observational study using surveillance data. medRxiv. 2021;Effectiveness of BNT162b2 and mRNA-1273 COVID-19 vaccines against symptomatic SARS-CoV-2 infection and severe COVID-19 outcomes in Ontario, Canada.

155. Riley S EO, Haw D, et al. REACT-1 round 13 interim report: acceleration of SARS-CoV-2 Delta epidemic in the community in England during late June and early July 2021. medRxiv. 2021 https://doi.org/10.1101/2021.07.08.21260185 .

156. Thompson MG, Burgess JL, Naleway AL, Tyner H, Yoon SK, Meece J, et al. Prevention and Attenuation of Covid-19 with the BNT162b2 and mRNA-1273 Vaccines. N Engl J Med. 2021;385(4):320-9.

157. Brosh-Nissimov T, Orenbuch-Harroch E, Chowers M, Elbaz M, Nesher L, Stein M, et al. BNT162b2 vaccine breakthrough: clinical characteristics of 152 fully vaccinated hospitalized COVID-19 patients in Israel. Clin Microbiol Infect. 2021.

158. Tenforde MW PM, Ginde AA, et al. Effectiveness of SARS-CoV-2 mRNA Vaccines for Preventing Covid-19 Hospitalizations in the United States. MedRxiv. 2021;https://doi.org/10.1101/2021.07.08.21259776

159. Muller L AM, Ostermann PN, et al. SARS-CoV-2 infection in fully vaccinated individuals of old age strongly boosters the humoral immune response. medRxiv. 2021;https://doi.org/10.1101/2021.07.19.21260563

160. Centers for Disease Control and Prevention. COVID-19 Vaccine Breakthrough Infections Reported to CDC — United States, January 1–April 30, 2021 [Available from: https://www.cdc.gov/mmwr/volumes/70/wr/mm7021e3.htm?s_cid=mm7021e3_w.

161. Kustin T, Harel N, Finkel U, Perchik S, Harari S, Tahor M, et al. Evidence for increased breakthrough rates of SARS-CoV-2 variants of concern in BNT162b2-mRNA-vaccinated individuals. Nat Med. 2021.

162. Musser JM CP, Olsen RJ, et al. . Delta variants of SARS-CoV-2 cause significantly increased vaccine breakthrough COVID-19 cases in Houston, Texas. medRxiv. 2021;https://www.nature.com/articles/s41591-021-01413-7

163. Gallaway MS, Rigler J, Robinson S, Herrick K, Livar E, Komatsu KK, et al. Trends in COVID-19 Incidence After Implementation of Mitigation Measures – Arizona, January 22-August 7, 2020. MMWR Morb Mortal Wkly Rep. 2020;69(40):1460-3.

164. Haug N, Geyrhofer L, Londei A, Dervic E, Desvars-Larrive A, Loreto V, et al. Ranking the effectiveness of worldwide COVID-19 government interventions. Nat Hum Behav. 2020;4(12):1303-12.

165. Honein MA, Christie A, Rose DA, Brooks JT, Meaney-Delman D, Cohn A, et al. Summary of Guidance for Public Health Strategies to Address High Levels of Community Transmission of SARS-CoV-2 and Related Deaths, December 2020. MMWR Morb Mortal Wkly Rep. 2020;69(49):1860-7.

166. Kanu FA, Smith EE, Offutt-Powell T, Hong R, Delaware Case I, Contact Tracing T, et al. Declines in SARS-CoV-2 Transmission, Hospitalizations, and Mortality After Implementation of Mitigation Measures- Delaware, March-June 2020. MMWR Morb Mortal Wkly Rep. 2020;69(45):1691-4.

167. Kucharski AJ, Klepac P, Conlan AJK, Kissler SM, Tang ML, Fry H, et al. Effectiveness of isolation, testing, contact tracing, and physical distancing on reducing transmission of SARS-CoV-2 in different settings: a mathematical modelling study. Lancet Infect Dis. 2020;20(10):1151-60.

168. Alexander A RJ, Smetters K, et al. Epidemiological and Economic Effects of Lockdown. Brookings Papers on Economic Activity. 2020;https://www.brookings.edu/wp-content/uploads/2020/09/Arnon-et-al-conference-

draft.pdf .

169. Boserup B, McKenney M, Elkbuli A. Alarming trends in US domestic violence during the COVID-19 pandemic. Am J Emerg Med. 2020;38(12):2753-5.
170. Brooks SK, Webster RK, Smith LE, Woodland L, Wessely S, Greenberg N, et al. The psychological impact of quarantine and how to reduce it: rapid review of the evidence. Lancet. 2020;395(10227):912-20.
171. Czeisler ME, Lane RI, Petrosky E, Wiley JF, Christensen A, Njai R, et al. Mental Health, Substance Use, and Suicidal Ideation During the COVID-19 Pandemic – United States, June 24-30, 2020. MMWR Morb Mortal Wkly Rep. 2020;69(32):1049-57.
172. Holland KM, Jones C, Vivolo-Kantor AM, Idaikkadar N, Zwald M, Hoots B, et al. Trends in US Emergency Department Visits for Mental Health, Overdose, and Violence Outcomes Before and During the COVID-19 Pandemic. JAMA Psychiatry. 2021.
173. McGinty EE, Presskreischer R, Han H, Barry CL. Psychological Distress and Loneliness Reported by US Adults in 2018 and April 2020. JAMA. 2020;324(1):93-4.
174. Orben A, Tomova L, Blakemore SJ. The effects of social deprivation on adolescent development and mental health. Lancet Child Adolesc Health. 2020;4(8):634-40.
175. UNESCO. Adverse consequences of school closures. https://en.unesco.org/covid19/educationresponse/consequences .
176. Alvarez MM B-GS, Trujillo-de Santiago, G Modeling the effect of vaccination strategies in an Excel spreadsheet: The rate of vaccination, and not only the vaccination coverage, is a determinant for containing COVID-19 in urban areas. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.01.06.21249365v1.full .
177. Borchering RK, Viboud C, Howerton E, Smith CP, Truelove S, Runge MC, et al. Modeling of Future COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Rates and Nonpharmaceutical Intervention Scenarios – United States, April-September 2021. MMWR Morb Mortal Wkly Rep. 2021;70(19):719-24.
178. Galanti M PS, Yamana TK, et al. The importance of continued non-pharmaceutical interventions during the upcoming SARS-COV-2 vaccination campaign. medRxiv. 2020;https://www.medrxiv.org/content/10.1101/2020.12.23.20248784v1 .
179. Gozzi N BP, Perra N, et al. The importance of non-pharmaceutical interventions during the COVID-19 vaccine rollout. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.01.09.21249480v1.full.pdf .
180. Gumel A IE, Ngonghala C, et al. Towards achieving a vaccine-derived herd immunity threshold for COVID-19 in the U.S. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2020.12.11.20247916v3 .
181. Iboi EA, Ngonghala CN, Gumel AB. Will an imperfect vaccine curtail the COVID-19 pandemic in the U.S.? Infect Dis Model. 2020;5:510-24.
182. Li J, Giabbanelli P. Returning to a Normal Life via COVID-19 Vaccines in the United States: A Large-scale Agent-Based Simulation Study. JMIR Med Inform. 2021;9(4):e27419.
183. Love J KL, Angulo F, et al. Continued need for non-pharmaceutical interventions after COVID-19 vaccination in long-termcare facilities. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.01.06.21249339v1.full.pdf .
184. Tang B LP, Yang J. The challenges of the coming mass vaccination and exit strategy in prevention and control of COVID-19, a modelling study. medRxiv. 2020;https://www.medrxiv.org/content/10.1101/2020.12.18.20248478v1 .
185. Kraay ANM GM, Ge Y, et al. Modeling the use of SARS-CoV-2 vaccination to safely relax non-pharmaceutical interventions. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.12.21253481v1.full.pdf .
186. Shayak B SM, Mishra AK. COVID-19 Spreading Dynamics in an Age-Structured Population with Selective Relaxation of Restrictions for Vaccinated Individuals : a Mathematical Modeling Study. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.02.22.21252241v1.full.pdf .

Previous Updates

As of May 27, 2021

- Data were added from studies published since the last update that further demonstrate currently authorized COVID-19 vaccines are effective against SARS-CoV-2 infection, symptomatic and severe disease, and hospitalization with COVID-19.
- Data were added suggesting that currently authorized mRNA vaccines provide protection against variants of concern, including the B.1.1.7 strain that is predominant in the United States.
- Data were added from studies published since the last update that further demonstrate people who are fully vaccinated with a currently authorized mRNA vaccine are protected against asymptomatic infection and, if infected, have a lower viral load than unvaccinated people.

Last Updated July 27, 2021

# EXHIBIT 6

# Update on Emerging SARS-CoV-2 Variants and COVID-19 vaccines



Heather Scobie, PhD, MPH
ACIP Meeting
August 13, 2021

cdc.gov/coronavirus

# Impact of COVID-19 Vaccination

# Percent of People Fully Vaccinated and Cases per 100,000 Population by Age, United States (Dec. 28, 2020 – Aug. 11, 2021)




*Currently, persons under age 12 are not eligible to be vaccinated.

https://covid.cdc.gov/covid-data-tracker/#vaccinations-cases-trends

Last Updated: August 12, 2021

Data source: VTrcks, IIS, Federal Pharmacy Program, Federal Entities Program, U.S. Census Bureau 10-year July 2019 National Population Estimates; Visualization: CDC CPR DEO Situational Awareness Public Health Science Team

# COVID-19 Reported Cases per 100,000 Population (last 7 days) and Percent of Total Population Fully Vaccinated, United States




https://covid.cdc.gov/covid-data-tracker/#vaccination-case-rate (Updated 8/12/21)

# DELTA CASES

Two example states with 1 million population and different levels of vaccination coverage (70% vs 30%)



# DELTA CASES AND HOSPITALIZATIONS

Two example states with 1 million population and different levels of vaccination coverage (70% vs 30%)

Higher vaccination coverage leads to fewer cases and hospitalizations, but greater % of vaccinated cases and hospitalizations

In both scenarios, cases and hospitalizations are greater among unvaccinated than vaccinated persons



# Emerging SARS-CoV-2 Variants & Vaccines: What do we know now?

# Variants of Concern






| WHO label | Alpha | Beta | Gamma | Delta |
|---|---|---|---|---|
| PANGO Lineage | B.1.1.7 | B.1.351 | P.1 | B.1.617.2 |
| First detected | United Kingdom | South Africa | Japan / Brazil | India |
| No. of spike mutations | 10-13 | 10 | 11 | 11-15 |
| Receptor binding domain mutations | N501Y | K417N<br>E484K<br>N501Y | K417T<br>E484K<br>N501Y | (K417N*)<br>L452R<br>T478K |
| Attributes | • **50%** increased transmission<br>• **Minimal** impact on neutralization by convalescent or vaccine sera<br>• **No impact** on antibody therapies | • **50%** increased transmission<br>• **Significantly reduced** efficacy of some antibodies<br>• **Reduced** neutralization by convalescent or vaccine sera | • **Significantly reduced** efficacy of some antibodies<br>• **Reduced** neutralization by convalescent or vaccine sera | • **Increased** transmission<br>• Potential reduced antibody efficacy<br>• Potential reduced neutralization by vaccine sera |

SARS-CoV-2 Variants Classifications & Definitions | CDC

(*) = detected in some sequences but not all

# Estimated Proportions of SARS-CoV-2 lineages in the US

**April 25 – July 31, 2021 with NOWCAST**




## Variants of Concern

Alpha (B.1.1.7) 2%
Gamma (P.1) 1%

Delta (B.1.617.2) 94%

Sub-lineages:
AY.3 13%
AY.2 <1%
AY.1 <1%

Beta (B.1.351) 0%

CDC COVID Data Tracker As of 8/10/21; VOC=Variant of Concern; VOI=Variant of Interest

# Types of evidence for monitoring vaccine efficacy

- Antibody neutralization — laboratory
  - Correlate of protection not yet established
  - Good correlation of vaccine efficacy with resulting neutralizing antibody levels
  - Likely first evidence we will get on impact of variants on vaccines
- Vaccine efficacy in clinical trials and real-world effectiveness
  - Greater protection against severe disease > symptomatic illness > confirmed infection (including asymptomatic)
  - Protection against severe disease requires lower antibody levels & less affected by differences in vaccine efficacy
- Vaccine breakthrough infection

Khoury et al. Nature Medicine (2021)

# Reduced antibody neutralization activity of vaccine sera relative to wildtype/dominant strain by study (n=50)




*See reference list at end*

# Duration of immunity

- To date, available data demonstrate antibody persistence at least:
  - 8 months after COVID-19 infection
  - 6 months after 2nd mRNA vaccine dose; 8 months after receiving single Janssen dose
- May maintain long-term protection from severe illness by antigenically similar strain, even if become susceptible to mild infection
- Two studies show combined impact of waning immunity and reduced variant neutralization — ~50% protected against ancestral strain have undetectable neutralizing titers against Beta/Gamma at 6 months after Moderna vaccine
  - Small study 8 months post-receipt of Janssen vaccine — minimal decline in neutralizing titers & improved protection against Beta/Gamma/Delta vs. 1-month post-vaccine

Gaebler, C. et al. Nature 591, 639–644 (2021); Dan, J. M. et al. Science 371, (2021); Choe et al. Emerg Infect Dis. 2021;27(3):928-931. ;Doria-Rose et al. N Engl J Med 2021; 384:2259-226 Khoury *et al. Nat Med* (2021).; Pegu et al. bioRxiv preprint; Wu et al. medRxiv preprint (2021): Luo, Hu, Letterio, medRxiv preprint (2021): Barouch et al. medRxiv preprint (2021): Thomas et al. medRxiv preprint

# Pfizer vaccine 6-month efficacy

## VE against infection: 91% (89, 93)

| Period after dose 2 | % VE (95% CI) |
|---|---|
| ≥7 days to <2 mos | 96 (94, 98) |
| ≥2 mos to <4 mos | 90 (87, 93) |
| ≥4 mos to <6 mos | 84 (75, 90) |

## VE against severe illness: 97% (80,100)

**Moderna press release:**
93% VE against infection at 6 months (unpublished)




Thomas et al. medRxiv preprint https://doi.org/10.1101/2021.07.28.21261159
Moderna. https://investors.modernatx.com/news-releases/news-release-details/moderna-reports-second-quarter-fiscal-year-2021-financial

# Vaccine efficacy and effectiveness (VE) against variants

- **Alpha (B.1.1.7)** — mRNA vaccines **>85%** real-world VE against confirmed infection in United States and multiple other countries
- **Gamma (P.1)** — mRNA vaccines **84%–88%** real-world VE against symptomatic infection and **79%** against confirmed infection when P.1 in wide circulation in Canada
- **Beta (B.1.351)**
  - Moderna (**96%**) & Pfizer (**75%**) real-world VE against confirmed infection in Qatar
  - Janssen **52%** VE against moderate/severe disease in South Africa (vs. 74% in US)
  - **High VE against severe disease** — **96%–100%** for mRNA vaccines in Qatar, **73%** at ≥14 days and **81%** at ≥28 days for Janssen in South Africa

CDC Science Brief : https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html
Abu-Radad and Butt. NEJM (2021); Andrejko et al. medRxiv preprint (Apr 10 2021); Chemaitelly et al. Nature Med (2021)https://doi.org/10.1038/s41591-021-01446-y; Sandoff et al. NEJM (2021); Chung et al. medRxiv preprint (May 28 2021); Yassi et al. medRxiv preprint (May 25 2021)); Nasreen etal.medRxivpreprint: https://doi.org/10.1101/2021.06.28.21259420

# Delta variant: What we know

- Nearly twice as contagious as previous variants
- Some evidence of increased illness severity vs. previous strains in unvaccinated persons
- Greatest risk of transmission still among unvaccinated people
- Fully vaccinated people with Delta breakthrough infections can spread virus to others
  - However, vaccinated people with Delta appear to be infectious for a shorter period than unvaccinated persons with Delta

https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html

Fisman & Tuite, medRxiv; Ong et al. SSRN Journal. 2021 ; Sheikh et al. Lancet (2021); Dagpunar J. *medRxiv*.; Li et al. medRxiv. ; Lopez Bernal et al. NEJM (2021); Stowe et al. PHE preprint.; Riley et al. medRxiv ; Micochova et al. Research Square preprint ; Musser et al medRxiv; Brown et al. MMWR (2021); Riemersma et al. medRxiv; Chia et al. medRxiv;

# Pfizer & Moderna 2-Dose Effectiveness for Alpha vs. Delta




Sheikh et al. Lancet (2021): https://doi.org/10.1016/S0140-6736(21)01358-1; Lopez Bernal et al. medRxiv preprint; https://doi.org/10.1101/2021.05.22.21257658; Stowe et al. PHE preprint: https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266; Nasreen et al.medRxiv preprint: https://doi.org/10.1101/2021.06.28.21259420; Haas et al Lancet (2021): https://doi.org/10.1016/S0140-6736(21)00947-8 ; Israel MOH: https://www.gov.il/BlobFolder/reports/vaccine-efficacy-safety-follow-up-committee/he/files_publications_corona_two-dose-vaccination-data.pdf Abu-Radad and Butt. NEJM (2021); Chemaitelly et al. Nature Med (2021); Tang et al medRxiv

# Differences in COVID vaccination program by country with potential impact on comparability of VE results

| Country | U.S. | Israel | Qatar | U.K. | Canada |
|---|---|---|---|---|---|
| Vaccines used [authorized] | Pfizer Moderna Janssen | Pfizer [Moderna] | Pfizer Moderna | Pfizer AstraZeneca [Moderna] [Janssen] | Pfizer Moderna AstraZeneca [Janssen] |
| Interval | 3-4 weeks | 3 weeks | 3-4 weeks | 12 weeks | 16 weeks |
| Note | - | Tight cohort | - | Mix-and-match | |

- Extended intervals between doses (12 weeks) shown to improve immunogenicity and VE for Pfizer and AstraZenaca vaccines compared with standard interval, including ages ≥80 years
- Pfizer has lower mRNA dosage and accelerated schedule (3 weeks) compared with Moderna (4 weeks)

Parry et al. https://www.medrxiv.org/content/10.1101/2021.05.15.21257017v1 ; Flaxman et al. Lancet (2021) https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3873839 ; Amirthalingam et al. https://www.medrxiv.org/content/10.1101/2021.07.26.21261140v1; Carazo et al. : https://doi.org/10.1101/2021.07.19.21260445

# Declines in VE against infection

## Preprint and unpublished data from Israel

- Ministry of Health analysis — higher breakthrough rates and lower Pfizer VE against infection for persons vaccinated in Jan–Feb 2021 more recent months for persons aged 16–59 and ≥60 years
- Two retrospective cohort studies of persons vaccinated with Pfizer in large healthcare systems :
  - 2.3-fold increased risk for breakthrough infection among persons vaccinated with Pfizer in January vs. April 2021 (n=1.35 million)
  - Higher breakthrough infection rate (2.4% v. 1.1%, OR=2.2) among those who received 2nd dose ≥5 months ago compared to <5 months ago (n=33,993)
    - Higher magnitude of difference with increasing age

Correlation of SARS-CoV-2 Breakthrough Infections to Time-from-vaccine; Preliminary Study | medRxiv
Elapsed time since BNT162b2 vaccine and risk of SARS-CoV-2 infection in a large cohort | medRxiv
https://www.gov.il/BlobFolder/reports/vaccine-efficacy-safety-follow-up-committee/he/files_publications_corona_two-dose-vaccination-data.pdf

# VE against Infection and Hospitalization July vs. Jan-May

## Mayo Clinic Health System, Minnesota, n=25,589

**SARS-CoV-2 Infection**




Moderna: 76% (95% CI: 58%-87%)

Pfizer: 42% (95% CI: 13%- 62%)

**Delta prevalence increased from 0.7% in May to >70% in July**

**COVID-19 Hospitalization**




Moderna: 81% (95% CI: 33%-96%)

Pfizer: 75% (95% CI: 24%- 94%)

Puranik et al. medRxiv: https://www.medrxiv.org/content/10.1101/2021.08.06.21261707v2

# U.S. COVID-19 Vaccine Breakthrough Cases

- Despite high vaccine efficacy, vaccine breakthrough cases* are expected
  - Some will be caused by variants, even if vaccine has similar effectiveness against variants
  - CDC monitors nationwide vaccine breakthrough resulting in hospitalization or death
- As of August 2, among more than 164 million fully vaccinated in U.S., there have been 7,101 hospitalizations & 1,507 deaths with vaccine breakthrough reported to passive surveillance**
  - Among hospitalized or fatal breakthrough cases, 74% among persons aged ≥65 years
  - Variants of concern (%) among breakthrough cases similar to national genomic surveillance
- COVID-NET data on COVID-19-associated hospitalizations among aged persons ≥18 years — ~32% of all vaccinated cases are immunocompromised vs. 11% of unvaccinated cases

* **Vaccine breakthrough case**: Person with SARS-CoV-2 RNA or antigen detected in respiratory specimen collected ≥14 days after completing primary series of an FDA-authorized COVID-19 vaccine

** CDC website as of 8/5/21; 1,816 hospitalizations and 316 fatal cases reported as asymptomatic or not related to COVID-19.

CDC. MMWR (2021); COVID-NET: https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covid-net/purpose-methods.html

# Summary of Preliminary Data: Implications of SARS-CoV-2 Variants of Concern on Vaccine Effectiveness

| | |
|---|---|
| **B.1.1.7 (Alpha)** | • Low prevalence in United States<br>• Minimal impact on VE; attention needed for additional substitutions in receptor binding domain (RBD), e.g., E484K |
| **B.1.351 (Beta)** | • Low prevalence in United States<br>• Moderate impact on VE against infection, but appear to protect against severe disease |
| **P.1 (Gamma)** | • Low prevalence in United States<br>• Moderate impact on VE for some vaccines; more data needed |
| **B.1.617.2 (Delta)** | • **High** prevalence in United States<br>• Moderate impact on VE for infection, but appear to protect against severe disease; more data needed, especially for Janssen |

# Boosters and Second-Generation Vaccines Against SARS-CoV-2 Variants

- Manufacturers conducting booster studies of current vaccines and/or second-generation vaccines against Beta (B.1.351)
- Moderna — preliminary phase 2 results of single 50 µg booster of authorized (mRNA-1273) and variant-specific vaccine (mRNA-1273.351)
  - Both vaccines — acceptable safety; boosted immunity to wild-type, Beta, Gamma
- Pfizer has also submitted preliminary data on booster of original vaccine to FDA
- No Delta-specific booster vaccine studies shared to date

Wu et al. medRxiv preprint (May 6, 2021): https://doi.org/10.1101/2021.05.05.21256716
https://investors.modernatx.com/news-releases/news-release-details/moderna-announces-positive-initial-booster-data-against-sars-cov/
https://www.pfizer.com/news/press-release/press-release-detail/pfizer-and-biontech-initiate-study-part-broad-development
https://www.cdc.gov/vaccines/acip/meetings/downloads/slides-2021-06/06-COVID-Oliver-508.pdf

# Summary

- Currently authorized vaccines offer protection against known variants — important to increase vaccine uptake in eligible populations
- CDC is closely monitoring real-world vaccine effectiveness and breakthrough infections using multiple methods, populations, and outcomes
- CDC continues to monitor emerging variants — prevalence and impact on disease incidence, severity, and vaccine breakthrough
- ACIP will review evidence submitted for boosters and any next-generation vaccines
- Changing landscape — CDC will communicate promptly about new evidence



For more information, contact CDC
1-800-CDC-INFO (232-4636)
TTY: 1-888-232-6348 www.cdc.gov

The findings and conclusions in this report are those of the authors and do not necessarily represent the official position of the Centers for Disease Control and Prevention.

# EXHIBIT 7

# Berkshire County COVID-19 Dashboard

Select an Indicator: 14-day Average Daily Incidence Rate
Select a Date: 7/29/2021







| COVID-19 Confirmed Current Inpatients | Total Cumulative Hospitalized to Date |
|---|---|
| 4 Acute Care (80%) | 495 Acute Care (84%) |
| 1 Critical Care (20%) | 94 Critical Care (16%) |
| 0 Ventilated | 56 Ever Ventilated |
| 0 Extubated | 31 Extubated |
| 0 Swing (0%) | 37 Swing (8%) |




COVID-19 Confirmed Inpatients **5**

104 Hospital Deaths (19%)

72 Readmissions (13.3%)

## Berkshire County Totals

| 4765 | 621 | 169986 | 76314 | 5286 | 5141 | 4483 | 80 | 589 | 4522 | 238 |
|---|---|---|---|---|---|---|---|---|---|---|
| Antibody Tests | Antibody Positive (13%) | Total PCR Tests | Unique PCR Tests | PCR Positive (7.0%) | Total PCR in last 14 days | Unique PCR in last 14 days | PCR Positive last 14 days (1.8%) | Hospitalized | Community Not, Hospitalized | Deaths (5.0%) |




### BMC HHS Bed Capacity
**7-Day Rolling Average Goal: Above 30%**

| | |
|---|---|
| Inpatient Beds | 30% |
| ICU Beds | 64% |







updated 7/30/21

# EXHIBIT 8

# COVID-19 Weekly Epidemiological Update

**Edition 50, published 27 July 2021**

In this edition:


- Global overview
- Special focus: Evaluations of the effectiveness of COVID-19 vaccines in real-world settings
- Special focus: Update on SARS-CoV-2 Variants of Interest and Variants of Concern
- WHO regional overviews
- Key weekly updates


## Global overview

**Data as of 25 July 2021**

The global number of new cases reported last week (19-25 July 2021) was over 3.8 million, an 8% increase as compared to the previous week (Figure 1); an average of around 540 000 cases were reported each day over the past week as compared to 490 000 cases reported daily the week before. This trend is largely attributed to substantial increases in the Americas and Western Pacific Regions. The number of deaths reported this week increased sharply with over 69 000 deaths, a 21% increase when compared to the previous week; the greatest number of new deaths were reported from the Americas and South-East Asia Regions. The cumulative number of cases reported globally is now nearly 194 million and the number of cumulative deaths exceeds 4 million. If these trends continue, the cumulative number of cases reported globally could exceed 200 million in the next two weeks. Last week, three WHO Regions - the Americas, Europe and Western Pacific reported an increase in case incidence. The Region of the Americas reported the largest increase in case incidence as compared to the previous week, followed by the Western Pacific Region (30% and 25%, respectively) (Table 1). The European Region also reported an increase in new cases, albeit at a much lower rate of 3%, when compared to the previous week. The number of new deaths increased in all regions apart from the European Region where it remained similar to the previous week.

**Figure 1. COVID-19 cases reported weekly by WHO Region, and global deaths, as of 25 July 2021****




**See *Annex 2: Data, table and figure notes*

The highest weekly case incidence rates per 100 000 population were reported by the Americas and European Regions, which reported 123.3 and 108.3 new cases per 100 000 population, respectively. The highest numbers of deaths per 100 000 population over the past week were observed in the Americas and South-East Asia Regions which reported 2.8 and 1.1 new deaths per 100 000 population, respectively.

Over the past week, the highest numbers of new cases were reported from the United States of America (500 332 new cases; 131% increase), Brazil (324 334 new cases; 13% increase), Indonesia (289 029 new cases; 17% decrease), the United Kingdom (282 920 new cases; 5% decrease), and India (265 836 new cases; similar to the previous week).

Globally, cases of the Alpha variant have been reported in 182 countries, territories or areas (hereafter countries; two new countries in the past week), while 131 countries (two new countries) have reported cases of the Beta variant; 81 countries (three new countries) have reported cases of the Gamma variant; and 132 countries (eight new countries) have reported cases of the Delta variant.

**Table 1. Newly reported and cumulative COVID-19 cases and deaths, by WHO Region, as of 25 July 2021****

| WHO Region | New cases in last 7 days (%) | Change in new cases in last 7 days * | Cumulative cases (%) | New deaths in last 7 days (%) | Change in new deaths in last 7 days * | Cumulative deaths (%) |
|---|---|---|---|---|---|---|
| Americas | 1 260 598 (33%) | 30% | 75 995 514 (39%) | 28 938 (42%) | 29% | 1 989 575 (48%) |
| Europe | 1 010 270 (27%) | 3% | 59 009 652 (30%) | 7 545 (11%) | -1% | 1 211 783 (29%) |
| South-East Asia | 775 618 (20%) | -7% | 37 536 524 (19%) | 21 334 (31%) | 30% | 548 276 (13%) |
| Eastern Mediterranean | 338 605 (9%) | -4% | 12 133 038 (6%) | 4 225 (6%) | 8% | 230 676 (6%) |
| Africa | 184 361 (5%) | -9% | 4 773 581 (2%) | 4 931 (7%) | 2% | 112 429 (3%) |
| Western Pacific | 238 487 (6%) | 25% | 4 208 652 (2%) | 2 159 (3%) | 3% | 61 908 (1%) |
| **Global** | **3 807 939 (100%)** | **8%** | **193 657 725 (100%)** | **69 132 (100%)** | **21%** | **4 154 660 (100%)** |

**Percent change in the number of newly confirmed cases/deaths in past seven days, compared to seven days prior*
***See Annex 2: Data, table and figure notes*

For the latest data and other updates on COVID-19, please see:

- WHO COVID-19 Dashboard
- WHO COVID-19 Weekly Operational Update and previous editions of the Weekly Epidemiological Update

**Figure 2. COVID-19 cases per 100 000 population reported by countries, territories and areas, 19 – 25 July 2021****




*Data Source*: *World Health Organization*
*United Nations Population Division (Population prospect 2020)*
*Map Production*: *WHO Health Emergencies Programme*

Not applicable

0 2,500 5,000 km

© World Health Organization 2021, All rights reserved.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of WHO concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement. [1] All references to Kosovo in this document should be understood to be in the context of the United Nations Security Council resolution 1244 (1999). Number of cases of Serbia and Kosovo (UNSCR 1244, 1999) have been aggregated for visualization purposes. Data for Bonaire, Sint Eustatius and Saba have been disaggregated and displayed at the subnational level.

**See *Annex 2: Data, table and figure notes*

**Figure 3. COVID-19 deaths per 100 000 population reported by countries, territories and areas, 19 – 25 July 2021****




*Data Source*: World Health Organization
*United Nations Population Division (Population prospect 2020)*
***Map Production***: *WHO Health Emergencies Programme*

Not applicable

0 2,500 5,000 km

© World Health Organization 2021, All rights reserved.

The designations employed and the presentation of the material in this publication do not imply the expression of any opinion whatsoever on the part of WHO concerning the legal status of any country, territory, city or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement. [1] All references to Kosovo in this document should be understood to be in the context of the United Nations Security Council resolution 1244 (1999). Number of cases of Serbia and Kosovo (UNSCR 1244, 1999) have been aggregated for visualization purposes. Data for Bonaire, Sint Eustatius and Saba have been disaggregated and displayed at the subnational level.

**See *Annex 2: Data, table and figure notes*

## Special Focus: Evaluations of the effectiveness of COVID-19 vaccines in real-world settings

As of 20 July 2021, six vaccine types (AstraZeneca-Vaxzevria, Janssen Ad26.COV 2.5, Moderna-mRNA-1273, Pfizer BioNTech-Comirnaty, COVID-19 vaccine BIBP, and Sinovac-CoronaVac) have received WHO emergency use listing (EUL) based, in part, on vaccine efficacy results from randomized controlled trials (RCTs). In contrast to vaccine efficacy, which is estimated in the controlled clinical trial setting, vaccine effectiveness, is estimated from observational (non-randomized) studies in real-world settings.

**What is vaccine effectiveness?**

Vaccine effectiveness (VE) is the percentage reduction in the risk or odds of disease or infection among vaccinated persons. It is important to note that breakthrough infections or disease (infection or symptomatic disease among individuals who have been fully vaccinated) are expected with all COVID-19 vaccines, even those with very high VE (such as greater than 90%), becoming more apparent as more of the population becomes vaccinated.

Evaluations of the effectiveness of multiple COVID-19 vaccines in different settings and populations are needed to assess how well these vaccines work in preventing symptomatic disease, severe disease, hospitalization, death, as well as infection and transmission, among other outcomes. Moreover, answers to some important public health questions can only be addressed by post-introduction VE studies, such as: whether additional doses would be needed to address declines in VE over time, or whether new vaccines or additional doses will be needed for SARS-CoV-2 variants of concern (VOCs). Vaccine effectiveness estimates may differ from the results of RCTs for valid reasons (e.g., different target populations, different vaccine schedule) or for invalid reasons (e.g., bias and confounding). However, biases and confounding can be minimized by careful planning, execution and analysis of VE studies.

**How is vaccine effectiveness measured?**

WHO has produced best practice guidance on how to undertake VE studies,[1] including for VOCs, and provides links to VE study protocols.[2] Two methodologies have been most widely used to evaluate COVID-19 VE to date[1]: the retrospective cohort and the test-negative design case-control study. Some of the largest COVID-19 VE studies have used a retrospective cohort design and linkable electronic databases that compare rates of infection or symptomatic disease between vaccinated and unvaccinated individuals.[3,4] Such large databases provide precise VE estimates and often allow adjustment for important confounders that can lead to bias, such as age, date of infection, geographic location and socioeconomic status.

The test-negative case-control design, where the vaccination status of persons testing positive for SARS-CoV-2 are compared to those who test negative, has also been widely deployed. The test-negative design is most often deployed among hospitalized patients or using an existing severe acute respiratory infection surveillance platform. This design minimizes confounding due to differences in healthcare- seeking behavior or access between vaccinated and unvaccinated persons, which can be present in traditional case-control studies.[1]

**What evidence is available to date?**

As of 20 July 2021, there have been over 90 VE studies made publicly available in peer-reviewed or pre-print literature, though the quality of these studies varies considerably.[5–7] The evidence base to date has been skewed, with 62% (58/93) of studies coming from three countries with early introduction of vaccination campaigns (i.e. Israel, the United Kingdom and the United States of America); and 71% (66/93) reporting on VE of only two vaccines - Pfizer BioNTech-Comirnaty and AstraZeneca-Vaxzevria. In general, symptomatic disease efficacy results from these studies, for fully vaccinated individuals, have been similar to the results of the RCTs that informed the WHO EUL decision (Figure 1). Overall, VE against severe disease, hospitalization and death has been higher than against non-severe symptomatic disease, with VE estimates for these more serious outcomes to be above 80% for AstraZeneca-Vaxzevria, Moderna-mRNA-1273, Pfizer BioNTech-Comirnaty, and Sinovac- CoronaVac. (See weekly summary table of Results of COVID-19 Vaccine Effectiveness Studies)

**Figure 4. Vaccine effectiveness against COVID-19 symptomatic disease in fully vaccinated population**




*Note: Numbers in parentheses refer to references in the weekly summary table. Horizontal lines indicate the 95% confidence interval.*

Although the VE against infection and asymptomatic infection are slightly lower than against symptomatic disease for AstraZeneca- Vaxzevria, Moderna-mRNA-1273, and Pfizer BioNTech-Comirnaty,[5,8–10] the VE estimates for these outcomes are almost uniformly $\geq$60%. Additionally, several studies have shown that the transmission to household members is reduced by approximately 50% when the infected household member was vaccinated with at least one dose as compared to unvaccinated.[5] Importantly, VE appears to be consistently higher for all outcomes after full vaccination, defined as at least 7-14 days after the final dose.

**Vaccine effectiveness and VOCs**

There is widespread concern that existing COVID-19 vaccines may have reduced VE against the four VOCs designated by WHO (see Tracking SARS-CoV-2 variants). Neutralization studies (laboratory studies of how well vaccine-induced antibodies reduce the effect of virus) have shown that there is a several-fold reduction in neutralization against the VOCs, specifically Beta, Gamma and Delta (see Weekly Epidemiological Update edition 49). However, a reduction in neutralization does not directly correlate with reduced VE. This can be explained by several reasons: 1) there is currently no known threshold of neutralization (i.e., correlate of protection) below which vaccines no longer protect; 2) some vaccines produce higher neutralizing antibody concentrations so reductions in neutralization will likely have a lesser effect on the VE for these vaccines[11]; 3) and other factors besides neutralizing antibody levels, such as cellular immunity, may maintain protection.

As an example, results of several studies evaluating VE of AstraZeneca-Vaxzevria and Pfizer BioNTech-Comirnaty against symptomatic disease and infection tend to be lower for the highly transmissible Delta variant as compared to the Alpha variant. However, this difference is reduced or not observed for severe disease outcomes, nor after receiving the second dose (Figure 2). More VE studies of additional vaccines against the Delta variant and other VOCs that look at multiple outcomes are needed to better characterize VE against VOCs (for more information on VOC impact on vaccines, see Weekly Epidemiological Update edition 49).

**Conclusion**

Although post-introduction VE studies are not a replacement for RCTs, they currently provide much of the rapidly emerging evidence for vaccine performance in real-world settings and can inform public health response and answer key public health questions that are not able to be answered by RCTs. WHO, along with its partners, will continue to track new evidence from published VE studies, as well as those that are ongoing and planned, to assure that they will contribute critical information for global, regional and national COVID-19 vaccine policy decisions.[5]

**Figure 5. Comparison of Vaccine Effectiveness of Variants of Concern Alpha and Delta among fully vaccinated persons[3,4,12,13]**




*Variant Alpha is shown as a blue circle and variant Delta is shown as an orange arrow.*

## References


1. Patel MK, Bergeri I, Bresee JS, et al. Evaluation of post-introduction COVID-19 vaccine effectiveness: Summary of interim guidance of the World Health Organization. *Vaccine*. 2021;39(30):4013-4024. doi:10.1016/j.vaccine.2021.05.099
2. World Health Organization. COVID-19 Vaccine Effectiveness and Impact. Accessed July 27, 2021. https://www.who.int/teams/immunization-vaccines-and-biologicals/immunization-analysis-and-insights/surveillance/covid-19-vaccine-effectiveness-and-impact
3. Lopez Bernal J, Andrews N, Gower C, et al. Effectiveness of Covid-19 Vaccines against the B.1.617.2 (Delta) Variant. *New England Journal of Medicine*. 2021;0(0):null. doi:10.1056/NEJMoa2108891
4. Sheikh A, McMenamin J, Taylor B, Robertson C. SARS-CoV-2 Delta VOC in Scotland: demographics, risk of hospital admission, and vaccine effectiveness. *The Lancet*. 2021;397(10293):2461-2462. doi:10.1016/S0140-6736(21)01358-1
5. Johns Hopkins Bloomberg School of Public Healthand World Health Organization. *Results of COVID-19 Vaccine Effectiveness Studies: An Ongoing Systematic Review, Weekly Summary Tables Updated July 22, 2021*.; 2021. https://view-hub.org/sites/default/files/2021-07/COVID%2019%20VE%20Team%20Literature%20Review%20-%20Summary%20Table.pdf
6. Harder T, Koch J, Vygen-Bonnet S, et al. Efficacy and effectiveness of COVID-19 vaccines against SARS-CoV-2 infection: interim results of a living systematic review, 1 January to 14 May 2021. *Eurosurveillance*. 2021;26(28). doi:10.2807/1560-7917.ES.2021.26.28.2100563
7. Kow CS, Hasan SS. Real-world effectiveness of BNT162b2 mRNA vaccine: a meta-analysis of large observational studies. *Inflammopharmacol*. 2021;29(4):1075-1090. doi:10.1007/s10787-021-00839-2
8. Pritchard E, Matthews PC, Stoesser N, et al. Impact of vaccination on new SARS-CoV-2 infections in the United Kingdom. *Nat Med*. Published online June 9, 2021. doi:10.1038/s41591-021-01410-w
9. Haas EJ, Angulo FJ, McLaughlin JM, et al. Impact and effectiveness of mRNA BNT162b2 vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalisations, and deaths following a nationwide vaccination campaign in Israel: an observational study using national surveillance data. *The Lancet*. 2021;397(10287):1819-1829. doi:10.1016/S0140-6736(21)00947-8
10. Pawlowski C, Lenehan P, Puranik A, et al. FDA-authorized mRNA COVID-19 vaccines are effective per real-world evidence synthesized across a multi-state health system. *Med*. Published online June 2021:S2666634021002385. doi:10.1016/j.medj.2021.06.007
11. Khoury DS, Cromer D, Reynaldi A, et al. Neutralizing antibody levels are highly predictive of immune protection from symptomatic SARS-CoV-2 infection. *Nat Med*. 2021;27(7):1205-1211. doi:10.1038/s41591-021-01377-8
12. Stowe J, Andrews JR, Gower C, et al. Effectiveness of COVID-19 vaccines against hospital admission with the Delta variant - Public library - PHE national - Knowledge Hub. Accessed June 18, 2021. https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266
13. Nasreen S, Chung H, He S, et al. *Effectiveness of COVID-19 Vaccines against Variants of Concern in Ontario, Canada*. Public and Global Health; 2021. doi:10.1101/2021.06.28.21259420

## Special Focus: Update on SARS-CoV-2 Variants of Interest and Variants of Concern

WHO, in collaboration with national authorities, institutions and researchers, routinely assesses if variants of SARS-CoV-2 alter transmission or disease characteristics, or impact vaccine, therapeutics, diagnostics or effectiveness of public health and social measures (PHSM) applied by national authorities to control disease spread. "Signals" of potential Variants of Concern (VOCs) or Variants of Interest (VOIs) are detected and assessed based on the risk posed to global public health. As these risks evolve, WHO will continue to update lists of global VOIs and VOCs to support setting priorities for surveillance and research, and ultimately guide response strategies (for more information, please see the Tracking SARS-CoV-2 variants website). National authorities may choose to designate other variants of local interest/concern and are encouraged to investigate and report on impacts of these variants.

As surveillance activities to detect SARS-CoV-2 variants are strengthened at national and subnational levels, including through the expansion of genomic sequencing capacities, the number of countries/areas/territories (hereafter countries) reporting VOCs continues to increase (Figure 6, Annex 1). This distribution should nonetheless be interpreted with due consideration of surveillance limitations, including differences in sequencing capacities and sampling strategies between countries.

As countries gradually resume non-essential international travel, the introduction of risk mitigation measures aiming to reduce travel-associated exportation, importation and onward transmission of SARS-CoV-2 should be based on thorough risk assessments conducted systematically and routinely.

**Additional resources**

- Tracking SARS-CoV-2 Variants
- COVID-19 new variants: Knowledge gaps and research
- Genomic sequencing of SARS-CoV-2: a guide to implementation for maximum impact on public health
- Considerations for implementing and adjusting public health and social measures in the context of COVID-19

**Figure 6. Countries, territories and areas reporting variants Alpha, Beta, Gamma and Delta, as of 27 July 2021****




**Includes countries/territories/areas reporting the detection of B.1.617 without further specification of lineage at this time. These will be reallocated as further details become available.*

***Countries/territories/areas highlighted include both official and unofficial reports of VOC detections, and do not presently differentiate between detections among travellers (e.g., at Points of Entry) or local community cases. Please see Annex 2 for further details.*

# WHO regional overviews - Epidemiological week 19 – 25 July 2021

## African Region

The African Region reported over 184 000 new cases, a 9% decrease, and over 4900 new deaths, similar numbers as compared to the previous week. Over the past two weeks, weekly cases in the Region have begun to decrease after increasing sharply over the previous three weeks. This is largely driven by declines observed in South Africa as many other countries in the Region are still reporting increasing case incidences. The highest numbers of new cases were reported from South Africa (84 225 new cases; 142.0 new cases per 100 000 population; -19%), Zimbabwe (14 664 new cases; 98.7 new cases per 100 000; -7%), and Botswana (11 524 new cases; 490.0 new cases per 100 000; +7%).

The highest numbers of new deaths were reported from South Africa (2812 new deaths; 4.7 new deaths per 100 000 population; +11%), Zimbabwe (462 new deaths; 3.1 new deaths per 100 000; similar to the previous week), and Namibia (254 new deaths; 10.0 new deaths per 100 000; -57%).




Updates from the African Region

## Region of the Americas

After more than three months of overall declining trends in case and death incidence, in the past week the Region reported sharp increases in both. The Region of the Americas reported over 1.2 million new cases and just under 29 000 new deaths, a 30% and a 29% increase respectively as compared to the previous week. The highest numbers of new cases were reported from the United States of America (500 332 new cases; 151.2 new cases per 100 000; +131%), Brazil (324 334 new cases; 152.6 new cases per 100 000; +13%), and Colombia (104 399 new cases; 205.2 new cases per 100 000; -20%).

The highest numbers of new deaths were reported from Ecuador (8864 new deaths; 50.2 new deaths per 100 000; +7349%), Brazil (7942 new deaths; 3.7 new deaths per 100 000; -9%), and Colombia (2855 new deaths; 5.6 new deaths per 100 000; -21%).




Updates from the Region of the Americas

## Eastern Mediterranean Region

The number of weekly cases reported in the Eastern Mediterranean Region declined in the past week after increasing sharply from mid-June through to mid-July. The Region recorded over 338 000 new cases in the past week, a 4% decrease as compared to the previous week. Deaths, however, continued to increase this week by 8% as compared to the previous week with over 4200 new deaths reported. The highest numbers of new cases were reported from the Islamic Republic of Iran (163 207 new cases; 194.3 new cases per 100 000; +2%), Iraq (60 487 new cases; 150.4 new cases per 100 000; -1%), and Tunisia (28 491 new cases; 241.1 new cases per 100 000; -43%).

The highest numbers of new deaths were reported from the Islamic Republic of Iran (1566 new deaths; 1.9 new deaths per 100 000; +23%), Tunisia (1194 new deaths; 10.1 new deaths per 100 000; +3%), and Iraq (443 new deaths; 1.1 new deaths per 100 000; +62%).




Updates from the Eastern Mediterranean Region

## European Region

After reporting increases in weekly case and death incidence for the past month, the European Region this week reported numbers of cases and deaths similar to that of the past week (over 1.0 million cases and 7500 deaths reported). The highest numbers of new cases were reported from the United Kingdom (282 920 new cases; 416.8 new cases per 100 000; a 5% decrease), the Russian Federation (168 408 new cases; 115.4 new cases per 100 000; similar to the previous week), and France (117 832 new cases; 181.2 new cases per 100 000; a 178% increase).

The highest numbers of new deaths were reported from the Russian Federation (5455 new deaths; 3.7 new deaths per 100 000; a 1% increase), the United Kingdom (447 new deaths; 0.7 new deaths per 100 000; a 57% increase), and Turkey (391 new deaths; 0.5 new deaths per 100 000; a 32% increase).




Updates from the European Region

## South-East Asia Region

After reporting an increase in weekly cases for three consecutive weeks, the Region reported a slight decrease (-7%) in cases this week, with over 775 000 new cases reported. However, new weekly deaths have continued to increase for the past three weeks, with over 21 000 new deaths reported in the past week, a 30% increase as compared to the previous week. The highest numbers of new cases were reported from Indonesia (289 029 new cases; 105.7 new cases per 100 000; a 17% decrease), India (265 836 new cases; 19.3 new cases per 100 000; similar to the previous week), and Thailand (93 916 new cases; 134.6 new cases per 100 000; a 40% increase).

The highest numbers of new deaths were reported from Indonesia (9697 new deaths; 3.5 new deaths per 100 000; a 36% increase), India (6942 new deaths; 0.5 new deaths per 100 000; a 25% increase), and Myanmar (2111 new deaths; 3.9 new deaths per 100 000; an 82% increase).




Updates from the South-East Asia Region

## Western Pacific Region

In the Western Pacific Region, cases have continued to increase for a month, with over 238 000 new cases reported in the past week, a 25% increase compared to the previous week. Deaths have also shown an increasing trend for the past several weeks, with over 2100 new deaths reported in the past week, a 3% increase compared to the previous week's trend. The highest numbers of new cases were reported from Malaysia (90 542 new cases; 279.7 new cases per 100 000; a 15% increase), Viet Nam (43 911 new cases; 45.1 new cases per 100 000; a 95% increase), and the Philippines (40 932 new cases; 37.4 new cases per 100 000; a 16% increase).

The highest numbers of new deaths were reported from Malaysia (1036 new deaths; 3.2 new deaths per 100 000; a 30% increase), the Philippines (533 new deaths; 0.5 new deaths per 100 000; a 32% decrease), and Cambodia (178 new deaths; 1.1 new deaths per 100 000; a 9% decrease).




Updates from the Western Pacific Region

## Key weekly updates

**WHO Director-General's key messages**

- In his opening remarks at the WTO - WHO High Level Dialogue: Expanding COVID-19 Vaccine Manufacture to Promote Equitable Access - 21 July, the Director-General highlighted:
    - Over 3.5 billion vaccines have been distributed globally, but more than 75% of those have gone to just ten countries. To reach at least 40% of the global population by the end of the year, and 70% by the middle of 2022, we need 11 billion doses of vaccine, and dose sharing is vital to fill our current supply gap.
    - In July, WHO and our COVAX partners announced the first COVID-19 mRNA vaccine technology transfer hub, to be set up in South Africa. Additionally, WHO has prequalified numerous health technologies including vaccines from manufacturers in middle-income countries. These manufacturers have shown that they can produce according to international standards of quality, safety and efficacy.
    - WHO continues to provide technical assistance to companies to build capacity, especially in Africa, Asia, and Latin America, through the COVID-19 Technology Access Pool.

- In his speech at the 138th International Olympic Committee Session, the Director-General emphasized:
    - A massive global push to vaccinate against COVID-19 is needed - at least 10% of the population of every country by September 2021, at least 40% by the end of the year, and 70% by the middle of 2022.
    - WHO's top priority is universal health coverage, so that all people can access the health services they need, where and when they need them, without facing financial hardship.

**Updates and publications**

- Vaccine inequity undermining global economic recovery
- Guidance on conducting vaccine effectiveness evaluations in the setting of new SARS-CoV-2 variants: Interim guidance, 22 July 2021. Addendum to Evaluation of COVID-19 vaccine effectiveness
- Global minimum estimates of children affected by COVID-19-associated orphanhood and deaths of caregivers: a modelling study

# Annex

COVID-19 confirmed cases and deaths reported in the last seven days by countries, territories and areas, and WHO Region (reported in previous issues) are now available at: https://covid19.who.int/table.

**As of 27 July, the WHO Coronavirus (COVID-19) Dashboard will be updated once per day and the daily case and death counts for all WHO regions will be published by 23:59 CET/CEST on weekdays. Data reported over the weekend will be published on the following Monday as soon as they become available.**

## Annex 1. List of countries/territories/areas reporting Variants of Concern as of 27 July 2021**

| Country/Territory/Area | Alpha | Beta | Gamma | Delta | Unspecified B.1.617 |
|---|---|---|---|---|---|
| Afghanistan | ● | - | - | ● | - |
| Albania | ● | - | - | ○ | - |
| Algeria | ● | - | - | ● | - |
| Angola | ● | ● | - | ● | - |
| Anguilla | ● | - | - | ● | - |
| Antigua and Barbuda | ● | ● | - | - | - |
| Argentina | ● | ● | ● | ● | - |
| Armenia | ○ | - | - | - | - |
| Aruba | ● | ● | ● | ● | - |
| Australia | ● | ● | ● | ● | - |
| Austria | ● | ● | ● | ● | - |
| Azerbaijan | ● | - | - | ○* | - |
| Bahamas | ●* | - | - | - | - |
| Bahrain | ● | ● | - | ● | - |
| Bangladesh | ● | ● | ○ | ● | - |
| Barbados | ● | - | ● | ● | - |
| Belarus | ● | - | - | ○ | - |
| Belgium | ● | ● | ● | ● | - |
| Belize | ● | - | - | - | - |
| Bermuda | ● | ● | - | - | - |
| Bhutan | ● | ● | - | ● | - |
| Bolivia (Plurinational State of) | ● | - | ● | - | - |
| Bonaire | ● | - | - | - | - |
| Bosnia and Herzegovina | ○ | ○ | ○ | ○ | - |
| Botswana | - | ● | - | ● | - |
| Brazil | ● | ● | ● | ● | - |
| British Virgin Islands | ● | - | ● | - | - |
| Brunei Darussalam | ● | ● | - | - | - |
| Bulgaria | ● | ● | - | ● | - |
| Burkina Faso | ● | - | - | - | - |
| Burundi | ● | ● | - | ● | - |
| Cabo Verde | ● | - | - | - | - |
| Cambodia | ● | ○ | - | ● | - |
| Cameroon | ● | ● | - | - | - |
| Canada | ● | ● | ● | ● | - |
| Cayman Islands | ● | - | ● | - | - |
| Central African Republic | ● | - | - | - | - |
| Chile | ● | ● | ● | ● | - |
| China | ● | ● | ● | ○ | - |
| Colombia | ● | - | ● | ●* | - |
| Comoros | - | ● | - | - | - |
| Congo | ● | ● | - | ● | - |
| Costa Rica | ● | ● | ● | ●* | - |
| Croatia | ● | ● | ○ | ○ | - |
| Cuba | ● | ● | - | - | - |
| Curaçao | ● | - | ● | ●* | ● |
| Cyprus | ● | ● | - | ○ | - |
| Czechia | ● | ● | ● | ● | - |
| Côte d'Ivoire | ● | ● | - | - | - |
| Democratic Republic of the Congo | ● | ● | - | ● | - |
| Denmark | ● | ● | ● | ● | - |
| Djibouti | ● | ● | - | - | - |
| Dominica | ● | - | - | - | - |
| Dominican Republic | ● | - | ● | - | - |
| Ecuador | ● | - | ● | ● | - |
| Egypt | ● | - | - | - | - |
| Equatorial Guinea | ● | ● | - | - | - |
| Estonia | ● | ● | ○ | ○ | - |
| Eswatini | - | ● | - | - | - |
| Ethiopia | ○ | - | - | - | - |
| Faroe Islands | ● | - | ● | - | - |
| Fiji | - | - | - | ● | - |

| Country/Territory/Area | Alpha | Beta | Gamma | Delta | Unspecified B.1.617 |
|---|---|---|---|---|---|
| Finland | ● | ● | ● | ● | - |
| France | ● | ● | ● | ● | - |
| French Guiana | ● | ● | ● | ● | - |
| French Polynesia | ● | ● | ● | ● | - |
| Gabon | ● | ○ | - | - | - |
| Gambia | ● | - | - | ● | - |
| Georgia | ● | ○ | - | ● | - |
| Germany | ● | ● | ● | ● | - |
| Ghana | ● | ● | - | ● | - |
| Gibraltar | ● | - | - | - | - |
| Greece | ● | ● | ● | ● | - |
| Grenada | ● | - | - | - | - |
| Guadeloupe | ● | ● | ● | ● | - |
| Guam | ● | ● | ● | ● | - |
| Guatemala | ● | ● | ● | - | - |
| Guinea | ● | ● | - | - | - |
| Guinea-Bissau | ● | ● | - | - | - |
| Guyana | - | - | ● | - | - |
| Haiti | ● | - | ● | - | - |
| Honduras | ● | - | - | - | - |
| Hungary | ● | ○ | ●* | ○ | - |
| Iceland | ● | - | - | - | - |
| India | ● | ● | ● | ● | - |
| Indonesia | ● | ● | - | ● | - |
| Iran (Islamic Republic of) | ● | ● | - | ● | - |
| Iraq | ● | ● | - | ● | - |
| Ireland | ● | ● | ● | ● | - |
| Israel | ● | ● | ● | ● | - |
| Italy | ● | ● | ● | ● | - |
| Jamaica | ● | - | - | - | - |
| Japan | ● | ● | ● | ● | - |

| Country/Territory/Area | Alpha | Beta | Gamma | Delta | Unspecified B.1.617 |
|---|---|---|---|---|---|
| Jordan | ● | ● | ● | ● | - |
| Kazakhstan | ○ | ○ | - | ● | - |
| Kenya | ● | ● | - | ● | - |
| Kosovo[1] | ● | ○ | - | ○ | - |
| Kuwait | ● | ●* | - | ● | - |
| Kyrgyzstan | ● | ● | - | - | - |
| Lao People's Democratic Republic | ● | - | - | ● | - |
| Latvia | ● | ● | ● | ○ | - |
| Lebanon | ● | - | - | ● | - |
| Lesotho | - | ● | - | - | - |
| Liberia | ● | - | - | - | - |
| Libya | ● | ● | - | - | - |
| Liechtenstein | ● | - | - | - | - |
| Lithuania | ● | ● | ● | ○ | - |
| Luxembourg | ● | ● | ● | ● | - |
| Madagascar | - | ● | - | - | - |
| Malawi | ● | ● | - | ● | - |
| Malaysia | ● | ● | - | ● | - |
| Maldives | ● | - | - | ● | - |
| Malta | ● | ○ | ● | ○ | - |
| Martinique | ● | ● | ● | ● | - |
| Mauritania | ● | ● | - | ● | - |
| Mauritius | ○ | ● | - | ● | - |
| Mayotte | ● | ● | - | - | - |
| Mexico | ● | ● | ● | ● | - |
| Monaco | ● | ○ | - | ○ | - |
| Mongolia | ● | - | - | ● | - |
| Montenegro | ● | - | - | - | - |
| Montserrat | ● | - | - | - | - |
| Morocco | ● | - | - | ● | - |

| Country/Territory/Area | Alpha | Beta | Gamma | Delta | Unspecified B.1.617 |
|---|---|---|---|---|---|
| Mozambique | ○ | ● | - | ● | - |
| Myanmar | ● | - | - | ● | - |
| Namibia | ● | ● | - | ● | - |
| Nepal | ● | - | - | ● | - |
| Netherlands | ● | ● | ● | ● | - |
| New Caledonia | ● | - | - | - | - |
| New Zealand | ● | ● | ○ | ○ | - |
| Niger | ● | - | - | - | - |
| Nigeria | ● | - | - | ● | - |
| North Macedonia | ● | ● | - | ○ | - |
| Norway | ● | ● | ● | ● | - |
| Occupied Palestinian Territory | ● | ● | - | ● | - |
| Oman | ● | ● | - | ● | - |
| Pakistan | ● | ● | ● | ● | - |
| Panama | ● | ● | ● | - | ● |
| Papua New Guinea | - | - | - | ● | - |
| Paraguay | ● | - | ● | - | - |
| Peru | ● | - | ● | ● | - |
| Philippines | ● | ● | ● | ● | - |
| Poland | ● | ○ | ● | ● | - |
| Portugal | ● | ● | ● | ● | - |
| Puerto Rico | ● | ● | ● | ● | - |
| Qatar | ● | ● | - | ● | - |
| Republic of Korea | ● | ● | ● | ● | - |
| Republic of Moldova | ○ | - | - | ○* | - |
| Romania | ● | ● | ● | ● | - |
| Russian Federation | ● | ● | ○* | ● | - |
| Rwanda | ● | ○ | - | ● | - |
| Réunion | ● | ● | ● | ○ | - |
| Saba | - | - | - | ● | - |
| Saint Barthélemy | ● | - | - | - | - |

| Country/Territory/Area | Alpha | Beta | Gamma | Delta | Unspecified B.1.617 |
|---|---|---|---|---|---|
| Saint Lucia | ● | - | - | - | - |
| Saint Martin | ● | ● | - | - | - |
| Sao Tome and Principe | ● | - | - | - | - |
| Saudi Arabia | ● | ● | - | ● | - |
| Senegal | ● | ● | - | ● | - |
| Serbia | ● | - | - | ●* | - |
| Seychelles | - | ● | - | - | - |
| Sierra Leone | - | - | - | ○ | - |
| Singapore | ● | ● | ● | ● | - |
| Sint Maarten | ● | ● | - | ● | - |
| Slovakia | ● | ● | - | ● | - |
| Slovenia | ● | ● | ● | ● | - |
| Somalia | ● | ○ | - | - | - |
| South Africa | ● | ● | ○ | ● | - |
| South Sudan | ● | ○ | - | ● | - |

| Country/Territory/Area | Alpha | Beta | Gamma | Delta | Unspecified B.1.617 |
|---|---|---|---|---|---|
| Spain | ● | ● | ● | ● | - |
| Sri Lanka | ● | ● | - | ● | - |
| Sudan | ●* | ●* | ●* | - | - |
| Suriname | ● | ● | ● | - | - |
| Sweden | ● | ● | ● | ● | - |
| Switzerland | ● | ● | ○ | ● | - |
| Thailand | ● | ● | ● | ● | - |
| Timor-Leste | ● | - | - | ●* | - |
| Togo | ● | ● | - | - | - |
| Trinidad and Tobago | ● | - | ● | - | - |
| Tunisia | ● | ● | - | ● | - |
| Turkey | ● | ● | ● | ● | - |
| Turks and Caicos Islands | ● | - | ● | - | - |
| Uganda | ● | ● | - | ● | - |
| Ukraine | ● | ○ | - | ○ | - |

| Country/Territory/Area | Alpha | Beta | Gamma | Delta | Unspecified B.1.617 |
|---|---|---|---|---|---|
| United Arab Emirates | ● | ● | ● | ● | - |
| United Kingdom | ● | ● | ● | ● | - |
| United Republic of Tanzania | - | ● | - | - | - |
| United States Virgin Islands | - | - | - | ●* | - |
| United States of America | ● | ● | ● | ● | - |
| Uruguay | ● | - | ● | - | - |
| Uzbekistan | ● | ● | - | ○ | - |
| Venezuela (Bolivarian Republic of) | ● | - | ● | - | - |
| Viet Nam | ● | ● | - | ● | - |
| Wallis and Futuna | ● | - | - | - | - |
| Zambia | ● | ● | - | ● | - |
| Zimbabwe | - | ● | - | ● | - |

**Newly reported in this update.*
*"Unspecified B.1.617" reflects countries/territories/areas reporting detection of B.1.617 without further specification of lineage at this time. Th ese will be reallocated as further details become available.*
*"●" indicates that information for this variant was received by WHO from official sources.*
*"○" indicates that information for this variant was received by WHO from unofficial sources and will be reviewed as more information become available.*
*** Beta was excluded for Uruguay this week based on further information.*
****Includes countries/territories/areas reporting the detection of VOCs among travelers (e.g., imported cases detected at points of entry), or local cases (detected in the community). Excludes countries, territories, and areas that have never reported the detection of a variant of concern*

*See also Annex 2: Data, table and figure notes.*

### Annex 2. Data, table and figure notes

Data presented are based on official laboratory-confirmed COVID-19 case and deaths reported to WHO by country/territories/areas, largely based upon WHO case definitions and surveillance guidance. While steps are taken to ensure accuracy and reliability, all data are subject to continuous verification and change, and caution must be taken when interpreting these data as several factors influence the counts presented, with variable underestimation of true case and death incidence, and variable delays to reflecting these data at global level. Case detection, inclusion criteria, testing strategies, reporting practices, and data cut-off and lag times differ between countries/territories/areas. A small number of countries/territories/areas report combined probable and laboratory-confirmed cases. Differences are to be expected between information products published by WHO, national public health authorities, and other sources. Due to public health authorities conducting data reconciliation exercises which remove large numbers of cases or deaths from their total counts, negative numbers may be displayed in the new cases/deaths columns as appropriate. When additional details become available that allow the subtractions to be suitably apportioned to previous days, graphics will be updated accordingly.

A record of historic data adjustment made is available upon request by emailing epi-data-support@who.int. Please specify the country(ies) of interest, time period(s), and purpose of the request/intended usage. Prior situation reports will not be edited; see covid19.who.int for the most up-to-date data.

The designations employed, and the presentation of these materials do not imply the expression of any opinion whatsoever on the part of WHO concerning the legal status of any country, territory or area or of its authorities, or concerning the delimitation of its frontiers or boundaries. Dotted and dashed lines on maps represent approximate border lines for which there may not yet be full agreement. Countries, territories and areas are arranged under the administering WHO region. The mention of specific companies or of certain manufacturers' products does not imply that they are endorsed or recommended by WHO in preference to others of a similar nature that are not mentioned. Errors and omissions except, the names of proprietary products are distinguished by initial capital letters.

[1] All references to Kosovo should be understood to be in the context of the United Nations Security Council resolution 1244 (1999). In the map, number of cases of Serbia and Kosovo (UNSCR 1244, 1999) have been aggregated for visualization purposes.

### Technical guidance and other resources

- WHO technical guidance
- WHO COVID-19 Dashboard
- WHO Weekly Operational Updates on COVID-19
- WHO COVID-19 case definitions
- COVID-19 Supply Chain Inter-Agency Coordination Cell Weekly Situational Update
- Research and Development
- OpenWHO courses on COVID-19 in official UN languages and in additional national languages
- WHO Academy COVID-19 mobile learning app
- The Strategic Preparedness and Response Plan (SPRP) outlining the support the international community can provide to all countries to prepare and respond to the virus
- Recommendations and advice for the public:
  - Protect yourself
  - Questions and answers
  - Travel advice
- EPI-WIN: tailored information for individuals, organizations and communities

# EXHIBIT 9

Centers for Disease Control and Prevention

COVID-19

COVID DATA TRACKER WEEKLY REVIEW

Subscribe to the Weekly Review

Interpretive Summary for **July 30, 2021**

# Don’t Run Down the Shot Clock

**COVID-19 cases, hospitalizations, and deaths are once again increasing in nearly all states, fueled by the B.1.617.2 (Delta) variant, which is much more contagious than past versions of the virus. The highest spread of cases and severe outcomes is happening in places with low vaccination rates. Although COVID-19 vaccination is the most effective prevention measure, vaccination rates across the United States have varied.**

COVID-19 vaccines are very effective, but no vaccine is perfect. In some instances, fully vaccinated people will get COVID-19 and may be contagious. These are called “vaccine breakthrough cases.” A new CDC study finds that B.1.617.2 (Delta) can lead to breakthrough infections. This means that while vaccinated people are much less likely to get sick, it will still happen in some cases. As the number of people who are vaccinated goes up, the number of breakthrough cases is also expected to increase, even as the vaccines remain highly effective.

**United States Levels of Community Transmission by County as of July 27, 2021**



View Larger

Vaccines help protect people from getting COVID-19 or from getting severely ill from it. Unvaccinated people should get vaccinated and continue masking. CDC also recommends that fully vaccinated people wear masks in public indoor settings in areas of substantial or high transmission. With the B.1.617.2 (Delta) variant rapidly spreading throughout the country, this is

more urgent than ever. To find a vaccine provider near you, visit Vaccines.gov or your state or local public health department website. If you or someone you know is hesitant about COVID-19 vaccination, CDC has information and answers to frequently asked questions to help them inform their decision.

> ***Note to readers:*** On July 27, 2021, CDC announced updated Guidance for COVID-19 Prevention Strategies. Among strategies to prevent COVID-19, CDC recommends all unvaccinated people wear masks in public indoor settings. Based on emerging evidence of the B.1.617.2 (Delta) variant, CDC also recommends that fully vaccinated people wear masks in public indoor settings in areas of substantial or high transmission. To see the level of community transmission in your county, visit COVID Data Tracker.

## Reported Cases

The current 7-day moving average of daily new cases (66,606) increased 64.1% compared with the previous 7-day moving average (40,597). The current 7-day moving average is 73.8% lower than the peak observed on January 10, 2021 (254,063) and is 480.1% higher than the lowest value observed on June 19, 2021 (11,483). A total of 34,722,631 COVID-19 cases have been reported as of July 28.

**34,722,631**
**Total Cases Reported**
**66,606**
**Current 7-Day Average***

**40,597**
**Prior 7-Day Average**
**+64.1%**
**Change in 7-Day Average since Prior Week**

*Historical cases are excluded from daily new cases and 7-day average calculations until they are incorporated into the dataset for the applicable date. Of 77,785 historical cases reported retroactively, 2,086 were reported in the current week and 1,469 were reported in the prior week.

**Daily Trends in COVID-19 Cases in the United States Reported to CDC**

7-Day moving average




View Larger

More Case Data

## SARS-CoV-2 Variants

Multiple variants of the virus that causes COVID-19 are circulating globally, including within the United States. Currently, four variants are classified as a variant of concern (VOC). Nowcast estimates* of SARS-CoV-2 cases caused by these VOCs for the two weeks ending July 17 are summarized here. Nationally, the proportion of cases attributed to B.1.617.2 (Delta) is predicted to increase to 82.2%; B.1.1.7 (Alpha) proportion is predicted to decrease to 9.0%; P.1 (Gamma) proportion is predicted to decrease to 3.8%; and B.1.351 (Beta) is predicted to remain steady at 0.1%. Nowcast estimates predict that B.1.617.2 (Delta) will continue to be the predominant lineage circulating in all HHS regions and be more than 70% in nine HHS regions. B.1.1.7 (Alpha) is predicted to be less than or equal to 21% in all HHS regions. P.1 (Gamma) is predicted to be less than 9% in all HHS regions; and B.1.351 (Beta) is predicted to be less than or equal to 0.2% in all HHS regions.

*The median time from specimen collection to sequence data reporting is about 3 weeks. As a result, weighted estimates for the most recent few weeks may be unstable or unavailable. CDC's Nowcast is a data projection tool that helps fill this gap by generating timely estimates of variant proportions for variants that are circulating in the United States. View Nowcast estimates on CDC's COVID Data Tracker website on the Variant Proportions page.

**SARS-CoV-2 Variants Circulating in the United States**




| Lineage | | Type | %Total | 95%PI |
|---|---|---|---|---|
| B.1.617.2 | Delta | VOC | 82.2% | 78.3-86.0% |
| B.1.1.7 | Alpha | VOC | 9.0% | 6.3-12.0% |
| P.1 | Gamma | VOC | 3.8% | 2.0-5.8% |
| B.1.621 | | | 2.4% | 1.0-4.0% |
| B.1.628 | | | 0.8% | 0.0-1.8% |
| B.1.621.1 | | | 0.7% | 0.0-1.5% |
| B.1.526 | Iota | VOI | 0.8% | 0.0-1.8% |
| B.1.351 | Beta | VOC | 0.1% | 0.0-0.5% |
| B.1.525 | Eta | VOI | 0.0% | 0.0-0.2% |
| B.1.617.3 | | VOI | 0.0% | 0.0-0.2% |
| B.1.429 | Epsilon | VOI | 0.0% | 0.0-0.2% |
| B.1.427 | Epsilon | VOI | 0.0% | 0.0-0.2% |
| Other | | | 0.4% | 0.0-3.5% |

* Other represents lineages each circulating at <1% of viruses over the last 4 weeks of weighted data.
** These data include Nowcast estimates, which are modeled projections that may differ from weighted estimates generated at later dates
# Sublineages of P.1 and B.1.351 (P.1.1, P.1.2, B.1.351.2, B.1.351.3) are aggregated with the parent lineage and included in parent lineage's proportion. AY.1, AY.2, and AY.3 are aggregated with B.1.617.2.

View Larger




View Larger

More Variants Data

## Testing

The percentage of COVID-19 NAATs (nucleic acid amplification tests) that are positive (percent positivity) has increased from the previous week. The 7-day average of percent positivity from tests is now 7.8%. The 7-day average number of tests reported for July 16 – Jul 22 was 698,611 up 14.5% from 610,004 for the prior 7 days.

**486,000,511**
**Total Tests Reported**
**698,611**
**7-Day Average Tests Reported**

7.8%
7-Day Average % Positivity

486,000,511
Total Tests Reported

6.0%
Previous 7-Day Average % Positivity

+31.0%
Change in 7-Day Average % Positivity since Prior Week

COVID-19 NAAT Laboratory Test 7-day Percent Positivity by State/Territory




View Larger

More Testing Data

## Vaccinations

The U.S. COVID-19 Vaccination Program began December 14, 2020. As of July 29, 344.1 million vaccine doses have been administered. Overall, about 189.9 million people, or 57.2% of the total U.S. population, have received at least one dose of vaccine. About 163.9 million people, or 49.4% of the total U.S. population, have been fully vaccinated.* As of July 29, the 7-day average number of administered vaccine doses reported (by date of CDC report) to CDC per day was 615,404, a 16.15% increase from the previous week.

CDC's COVID Data Tracker Vaccination Demographic Trends tab shows vaccination trends by age group. As of July 29, 89.7% of people ages 65 or older have received at least one dose of vaccine and 79.9% are fully vaccinated. Over two-thirds (69.4%) of people ages 18 or older have received at least one dose of vaccine and 60.3% are fully vaccinated. For people ages 12 or older, 66.9% have received at least one dose of vaccine and 57.7% are fully vaccinated.

**344,071,595**
**Vaccines Administered**

**189,945,907**
**People who received at least one dose**

**163,868,916**
**People who are fully vaccinated***

**57.2%**
**Percentage of the US population that has received at least one dose**

**49.4%**
**Percentage of the US population that has been fully vaccinated***

**+0.8**
**Percentage point increase from last week**

**+0.6**
**Percentage point increase from last week**

*People are considered fully vaccinated 2 weeks after their second dose in a 2-dose series (such as the Pfizer or Moderna vaccines), or 2 weeks after a single-dose vaccine (such as Johnson & Johnson's Janssen vaccine).

**Daily Change in the Total Number of Administered Doses Reported to CDC by the date of CDC Report, United States**

7-Day moving average




View Larger

More Vaccination Data

## Hospitalizations

### New Hospital Admissions

The current 7-day average for July 21–July 27 was 5,475. This is a 46.3% increase from the prior 7-day average (3,742) from July 14–July 20. The 7-day moving average for new admissions has consistently increased since June 25, 2021.

**2,381,644**
**Total New Admissions**
5,475
Current 7-Day Average

**3,742**
**Prior 7-Day Average**
+46.3%
Change in 7-Day Average

The start of consistent reporting of hospital admissions data was August 1, 2020.

Daily Trends in Number of New COVID-19 Hospital Admissions in the United States




View Larger

New admissions are pulled from a 10 am EST snapshot of the HHS Unified Hospital Timeseries Dataset. Due to potential reporting delays, data from the most recent 7 days, as noted in the figure above with the grey bar, should be interpreted with caution. Small shifts in historic data may also occur due to changes in the CMS Provider of Services file, which is used to identify the cohort of included hospitals.

More Hospital Data

## COVID-NET: Trends in Hospitalizations in Adults Ages 18–49 Years

CDC's Coronavirus Disease 2019-Associated Hospitalization Surveillance Network (COVID-NET) shows that hospitalization rates are increasing in younger adults. While adults ages 65 years and older are most at-risk, younger adults are also at risk for COVID-19-associated hospitalizations. Rates of hospitalization remain low when compared to previous months of the pandemic, but preliminary data show that weekly rates of COVID-19-associated hospitalizations have increased significantly for adults ages 18 to 49 years. Compared to June 26, 2021, weekly rates in adults ages 18–49 years for the week ending July 10, 2021 have increased by nearly 40%. These are the first increases in rates of COVID-19-associated hospitalizations seen in this age group since April 2021.

Trends in Rates of COVID-19-Associated Hospitalizations in Adults Ages 18–49 Years




View Larger

The Coronavirus Disease 2019 (COVID-19)-Associate¬¬d Hospitalization Surveillance Network (COVID-NET) is an additional source for hospitalization data collected through a network of more than 250 acute-care hospitals in 14 states (representing ~10% of the U.S. population). Detailed data on patient demographics, including race/ethnicity, underlying medical conditions, medical interventions, and clinical outcomes, are standardized case reporting form.

More COVID-NET Data

## Deaths

The current 7-day moving average of new deaths (296) has increased 33.3% compared with the previous 7-day moving average (222). The current 7-day moving average is 91.8% lower than the peak observed on January 13, 2021 (3,625) and is 77.1% higher than the lowest value observed on July 10, 2021 (167). As of July 28, a total of 609,853 COVID-19 deaths have been reported.

**609,853**
**Total Deaths Reported**
**296**
**Current 7-Day Average***

**222**
**Prior 7-Day Average**
**+33.3%**
**Change in 7-Day Average Since Prior Week**

*Historical deaths are excluded from the daily new deaths and 7-day average calculations until they are incorporated into the dataset by their applicable date. Of 6,143 historical deaths reported retroactively, 26 were reported in the current week and 8 were reported in the prior week.

Daily Trends in Number of COVID-19 Deaths in the United States Reported to CDC

7-Day moving average




View Larger

More Death Data

## Recent CDC COVID-19 Publications

1. Guidance for Implementing COVID-19 Prevention Strategies in the Context of Varying Community Transmission Levels and Vaccination Coverage
2. SARS-CoV-2 Infection in Public School District Employees Following a District-Wide Vaccination Program — Philadelphia County, Pennsylvania, March 21–April 23, 2021
3. Disparities in COVID-19 Vaccination Coverage Among Health Care Personnel Working in Long-Term Care Facilities, by Job Category, National Healthcare Safety Network — United States, March 2021
4. Outbreak of SARS-CoV-2 Infections, including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings — Barnstable County, Massachusetts, July 2021

## Recent COVID Data Tracker Updates

- The Vaccination Trends tab now displays trends by state and jurisdiction
- The Vaccination Among Pregnant People tab displays the percent of pregnant people ages 18-49 years receiving at least one dose of a COVID-19 vaccine during pregnancy overall and by race/ethnicity
- The Vaccine Confidence tab allows users to explore trends in vaccine confidence in the United States by visualizing trends in vaccination status and intent by week and by demographics

# EXHIBIT 10

MASSACHUSETTS Health & Hospital ASSOCIATION

## Statement



# MHA Board Endorses Mandatory Vaccines for Healthcare Workers

**July 29, 2021**

*The MHA Board of Trustees unanimously endorsed the following statewide policy statement on July 29, 2021:*

**Policy Statement**

Massachusetts' 70 hospitals and health systems are committed to delivering the safest possible care and supporting the health of our patients, our staff and our communities. The Massachusetts Health & Hospital Association has reviewed the scientific and public health literature and has concluded that mandatory vaccination of healthcare workers is in the best interest of the public health and safety of patients and healthcare workers.

The Massachusetts Health & Hospital Association and its Board of Trustees have stepped forward to adopt a statewide consensus policy endorsing mandatory COVID-19 vaccination for all Massachusetts hospital and health system employees.

**Each hospital and health system will establish its own policy and timeline for mandatory vaccination, exercising their independent judgment, based on their workforce and the needs of the communities they serve and will comply with all federal and state laws in granting appropriate medical and religious exemptions.**

**Background**

Massachusetts hospitals and its healthcare workers have been at the forefront of the commonwealth's remarkable COVID-19 response. **The science is clear. Vaccination against COVID-19 is the most effective way to prevent its spread and to keep our patients, our staff, our families, and our communities safe.** Since December 2020, hospitals have administered more than 2 million doses of the COVID-19 vaccine and continue to play critical roles educating their communities about the safety, efficacy, and importance of COVID-19 vaccination. Massachusetts ranks second in the nation for the highest rate of fully vaccinated people. Our hospitals and healthcare workers have played an essential role achieving that position.

As part of their mission, Massachusetts hospitals and health systems recognize that healthcare professionals hold a distinct responsibility to be vaccinated and endorse a statewide mandate for all hospital and health system workers to be fully vaccinated.


After Delta became the most common variant,*
fully vaccinated people had reduced risk† of...
INFECTION
5X
HOSPITALIZATION
>10X
DEATH
>10X
Vaccination offers strong
protection against COVID-19
CDC
bit.ly/MMWR91021
MMWR

# EXHIBIT 11

# The Commonwealth of Massachusetts

## Executive Office of Health and Human Services
## Department of Public Health
## 250 Washington Street, Boston, MA 02108-4619

**CHARLES D. BAKER**
Governor

**KARYN E. POLITO**
Lieutenant Governor

**MARYLOU SUDDERS**
Secretary

**MARGRET R. COOKE**
Acting Commissioner

Tel: 617-624-6000
www.mass.gov/dph

**ORDER OF THE COMMISSIONER OF PUBLIC HEALTH**

**COVID-19 Public Health Emergency Order No. 2021-4**

**Issued August 4, 2021**

On May 28, 2021, pursuant to Section 2A of Chapter 17 of the General Laws, Governor Charles D. Baker declared that an emergency exists that is detrimental to the public health in the Commonwealth due to the continuing threat of COVID-19, and authorized the Commissioner, with the approval of the Public Health Council, to adopt measures to facilitate COVID-19 testing and vaccination, to mandate special measures to protect higher risk populations or to effectuate continued surveillance of COVID-19, and to respond as necessary to outbreaks of the virus as they may arise.

As of July 30, 2021, the Department reported 672,488 confirmed cases of COVID-19 and 17,714 deaths among confirmed cases in the Commonwealth. As of that date, the Department reported 34,044 confirmed or probable cases of COVID-19 among residents and staff of nursing homes in the Commonwealth, and 5,613 deaths among those confirmed and probable cases, with 5-fold increase in resident and staff cases and an observed increase in COVID-related resident deaths over the past 30 days. COVID-19 presents increased risk of severe illness, complications, and death to older adults and particularly those with chronic conditions. Immunization is the most effective method for preventing and mitigating infection from COVID-19, including possible hospitalization or death. Further, responding to and treating outbreaks of COVID-19 utilizes priority resources including personnel, hospital beds and personal protective equipment.

Consistent with the Governor's May 28, 2021 declaration, on June 9, 2021, the Public Health Council approved and authorized the Commissioner of Public Health to take such actions, incur such liabilities, and establish such rules, requirements and procedures which are necessary to prepare for, respond to, and mitigate the spread of COVID-19 in order to protect the health and welfare of the people of the Commonwealth. Accordingly, having received that authorization from the Council and with the approval of the Governor, I issue the following Order:

All nursing homes must ensure that all personnel are fully vaccinated against COVID-19 by October 10, 2021, unless such administration is medically contraindicated, which means administration of COVID-19 vaccine is likely to be detrimental to the individual's health, or the

individual objects to vaccination on the basis of a sincerely held religious belief, and the individual is able to perform their essential job functions with a reasonable accommodation that is not an undue burden on the nursing home. Personnel may not otherwise decline the vaccine. As of October 10, 2021, nursing homes shall ensure that all new personnel are fully vaccinated or qualify for an exemption from the requirement as described herein prior to being hired or otherwise affiliated with the facility. Nursing homes should ensure that all personnel have received at least the first dose of COVID-19 vaccine, if they are receiving a two dose series by September 1, 2021.

For purposes of this Order:

"Nursing home" means long-term care facilities licensed pursuant to G.L. c. 111, § 71 that provide Levels I, II and/or III care, as those terms are defined in 105 CMR 150.001.

"Personnel" means an individual or individuals employed by or affiliated with the facility, whether directly, by contract with another entity, or as an independent contractor, paid or unpaid including, but not limited to, employees, members of the medical staff, contract employees or staff, students, and volunteers who either work at or come to the licensed facility site, whether or not such individual(s) provide direct care.

All facilities subject to this Order must maintain documentation of vaccination of personnel and must report to the Department no later than October 10, 2021, in a form and manner directed by the Department.

Violations of this Order shall be enforced against licensed facilities as provided by 105 CMR 153.000. As of October 10, 2021, the Department shall have the authority to order any nursing home that has fewer than 75% of personnel vaccinated against COVID-19 to stop accepting new admissions until such time as 75% or greater of the nursing home's personnel are fully vaccinated.

This Order shall remain in effect until rescinded by me or the public health emergency is terminated by the Governor, whichever shall happen first.

IT IS SO ORDERED.

Margret R. Cooke
Acting Commissioner, Massachusetts Department of Public Health
August 4, 2021

# EXHIBIT 12

The Wayback Machine - https://web.archive.org/web/20210824003632/https://www.fda.gov/news-events/press-announcements/fda-approves-first-covid-19-vaccine

FDA NEWS RELEASE

# FDA Approves First COVID-19 Vaccine

*Approval Signifies Key Achievement for Public Health*

**For Immediate Release:**

August 23, 2021

Español (https://web.archive.org/web/20210824003632/https://www.fda.gov/news-events/press-announcements/la-fda-aprueba-la-primera-vacuna-contra-el-covid-19)

Today, the U.S. Food and Drug Administration approved the first COVID-19 vaccine. The vaccine has been known as the Pfizer-BioNTech COVID-19 Vaccine, and will now be marketed as Comirnaty (koe-mir'-na-tee), for the prevention of COVID-19 disease in individuals 16 years of age and older. The vaccine also continues to be available under emergency use authorization (EUA), including for individuals 12 through 15 years of age and for the administration of a third dose in certain immunocompromised individuals.

**"The FDA's approval of this vaccine is a milestone as we continue to battle the COVID-19 pandemic. While this and other vaccines have met the FDA's rigorous, scientific standards for emergency use authorization, as the first FDA-approved COVID-19 vaccine, the public can be very confident that this vaccine meets the high standards for safety, effectiveness, and manufacturing quality the FDA requires of an approved product," said Acting FDA Commissioner Janet Woodcock, M.D. "While millions of people have already safely received COVID-19 vaccines, we recognize that for some, the FDA approval of a vaccine may now instill additional confidence to get vaccinated. Today's milestone puts us one step closer to altering the course of this pandemic in the U.S."**

Since Dec. 11, 2020, the Pfizer-BioNTech COVID-19 Vaccine has been available under EUA in individuals 16 years of age and older, and the authorization was expanded to include those 12 through 15 years of age on May 10, 2021. EUAs can be used by the FDA during public health emergencies to provide access to medical products that may be effective in preventing, diagnosing, or treating a disease, provided that the FDA determines that the known and potential benefits of a product, when used to prevent, diagnose, or treat the disease, outweigh the known and potential risks of the product.

FDA-approved vaccines undergo the agency's standard process for reviewing the quality, safety and effectiveness of medical products. For all vaccines, the FDA evaluates data and information included in the manufacturer's submission of a biologics license application (BLA). A BLA is a comprehensive document that is submitted to the agency providing very specific requirements. For Comirnaty, the BLA builds on the extensive data and information previously submitted that supported the EUA, such as preclinical and clinical data and information, as well as details of the manufacturing process, vaccine testing results to ensure vaccine quality, and inspections of the sites where the vaccine is made. The agency conducts its own analyses of the information in the BLA to make sure the vaccine is safe and effective and meets the FDA's standards for approval.

Comirnaty contains messenger RNA (mRNA), a kind of genetic material. The mRNA is used by the body to make a mimic of one of the proteins in the virus that causes COVID-19. The result of a person receiving this vaccine is that their immune system will ultimately react defensively to the virus that causes COVID-19. The mRNA in Comirnaty is only present in the body for a short time and is not incorporated into - nor does it alter - an individual's genetic material. Comirnaty has the same formulation as the EUA vaccine and is administered as a series of two doses, three weeks apart.

**"Our scientific and medical experts conducted an incredibly thorough and thoughtful evaluation of this vaccine. We evaluated scientific data and information included in hundreds of thousands of pages, conducted our own analyses of Comirnaty's safety and effectiveness, and performed a detailed assessment of the manufacturing processes, including inspections of the manufacturing facilities," said Peter Marks, M.D., Ph.D., director of FDA's Center for Biologics Evaluation and Research. "We have not lost sight that the COVID-19**

**public health crisis continues in the U.S. and that the public is counting on safe and effective vaccines. The public and medical community can be confident that although we approved this vaccine expeditiously, it was fully in keeping with our existing high standards for vaccines in the U.S."**

## FDA Evaluation of Safety and Effectiveness Data for Approval for 16 Years of Age and Older

The first EUA (https://web.archive.org/web/20210824003632/https://www.fda.gov/news-events/press-announcements/fda-takes-key-action-fight-against-covid-19-issuing-emergency-use-authorization-first-covid-19), issued Dec. 11, for the Pfizer-BioNTech COVID-19 Vaccine for individuals 16 years of age and older was based on safety and effectiveness data (https://web.archive.org/web/20210824003632/https://www.fda.gov/news-events/press-announcements/fda-takes-key-action-fight-against-covid-19-issuing-emergency-use-authorization-first-covid-19) from a randomized, controlled, blinded ongoing clinical trial of thousands of individuals.

To support the FDA's approval decision today, the FDA reviewed updated data from the clinical trial which supported the EUA and included a longer duration of follow-up in a larger clinical trial population.

Specifically, in the FDA's review for approval, the agency analyzed effectiveness data from approximately 20,000 vaccine and 20,000 placebo recipients ages 16 and older who did not have evidence of the COVID-19 virus infection within a week of receiving the second dose. The safety of Comirnaty was evaluated in approximately 22,000 people who received the vaccine and 22,000 people who received a placebo 16 years of age and older.

Based on results from the clinical trial, the vaccine was 91% effective in preventing COVID-19 disease.

More than half of the clinical trial participants were followed for safety outcomes for at least four months after the second dose. Overall, approximately 12,000 recipients have been followed for at least 6 months.

The most commonly reported side effects by those clinical trial participants who received Comirnaty were pain, redness and swelling at the injection site, fatigue, headache, muscle or joint pain, chills, and fever. The vaccine is effective in preventing COVID-19 and potentially serious outcomes including hospitalization and death.

Additionally, the FDA conducted a rigorous evaluation of the post-authorization safety surveillance data pertaining to myocarditis and pericarditis following administration of the Pfizer-BioNTech COVID-19 Vaccine and has determined that the data demonstrate increased risks, particularly within the seven days following the second dose. The observed risk is higher among males under 40 years of age compared to females and older males. The observed risk is highest in males 12 through 17 years of age. Available data from short-term follow-up suggest that most individuals have had resolution of symptoms. However, some individuals required intensive care support. Information is not yet available about potential long-term health outcomes. The Comirnaty Prescribing Information includes a warning about these risks.

## Ongoing Safety Monitoring

The FDA and Centers for Disease Control and Prevention have monitoring systems in place to ensure that any safety concerns continue to be identified and evaluated in a timely manner. In addition, the FDA is requiring the company to conduct postmarketing studies to further assess the risks of myocarditis and pericarditis following vaccination with Comirnaty. These studies will include an evaluation of long-term outcomes among individuals who develop myocarditis following vaccination with Comirnaty. In addition, although not FDA requirements, the company has committed to additional post-marketing safety studies, including conducting a pregnancy registry study to evaluate pregnancy and infant outcomes after receipt of Comirnaty during pregnancy.

The FDA granted this application Priority Review (https://web.archive.org/web/20210824003632/https://www.fda.gov/patients/fast-track-breakthrough-therapy-accelerated-approval-priority-review/priority-review). The approval was granted to BioNTech Manufacturing GmbH.

## Related Information

- Comirnaty Prescribing Information (https://web.archive.org/web/20210824003632/http://www.fda.gov/vaccines-blood-biologics/comirnaty)

- Comirnaty and Pfizer-BioNTech COVID-19 Vaccine | FDA (/web/20210824003632/https://www.fda.gov/emergency-preparedness-and-response/coronavirus-disease-2019-covid-19/comirnaty-and-pfizer-biontech-covid-19-vaccine)

###

The FDA, an agency within the U.S. Department of Health and Human Services, protects the public health by assuring the safety, effectiveness, and security of human and veterinary drugs, vaccines and other biological products for human use, and medical devices. The agency also is responsible for the safety and security of our nation's food supply, cosmetics, dietary supplements, products that give off electronic radiation, and for regulating tobacco products.

## Inquiries

**Media:**

FDA Office of Media Affairs (https://web.archive.org/web/20210824003632/mailto:fdaoma@fda.hhs.gov) (https://web.archive.org/web/20210824003632mp_/http://www.fda.gov/about-fda/website-policies/website-disclaimer)

301-796-4540

**Consumer:**

888-INFO-FDA

More Press Announcements (/web/20210824003632/https://www.fda.gov/news-events/newsroom/press-announcements)

# EXHIBIT 13

*Clinical Infectious Diseases*

BRIEF REPORT

IDSA Infectious Diseases Society of America · hivma hiv medicine association · OXFORD

# Transmission of Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2) From Asymptomatic and Presymptomatic Individuals in Healthcare Settings Despite Medical Masks and Eye Protection

**Michael Klompas,[1,2] Meghan A. Baker,[1,2] Diane Griesbach,[2] Robert Tucker,[2] Glen R. Gallagher,[3] Andrew S. Lang,[3] Timelia Fink,[3] Melissa Cumming,[3] Sandra Smole,[3] Lawrence C. Madoff,[3] and Chanu Rhee[1,2]; for the CDC Prevention Epicenters Program**

[1]Department of Population Medicine, Harvard Medical School and Harvard Pilgrim Health Care Institute, Boston, Massachusetts, USA; [2]Brigham and Women's Hospital, Boston, Massachusetts, USA; and [3]Massachusetts Department of Public Health, Boston, Massachusetts, USA

We describe 3 instances of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) transmission despite medical masks and eye protection, including transmission despite the source person being masked, transmission despite the exposed person being masked, and transmission despite both parties being masked. Whole genome sequencing confirmed perfect homology between source and exposed persons' viruses in all cases.

**Keywords.** SARS-CoV-2; viral transmission; masking; infection control

Public health agencies recommend that asymptomatic healthcare workers and patients wear medical masks during all clinical encounters in order to prevent severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) transmission in case either party has asymptomatic or presymptomatic coronavirus disease 2019 (COVID-19). Abundant laboratory, case report, and population data support these policies, but the emerging evidence that SARS-CoV-2 is transmitted by respiratory aerosols begs the question of whether there is residual risk of infection when wearing medical masks alone [1, 2]. Respiratory aerosols can bypass medical masks via gaps between the wearer's face and the mask, allowing potentially infectious aerosols to escape from the infected source and enter the respiratory tract of an exposed person despite both parties being masked [3–5]. There are very little data, however, on whether these theoretical concerns lead to demonstrable infections. We describe 3 cases of SARS-CoV-2 transmission with homologous whole genome sequencing that occurred despite the use of medical masks and eye protection.

## METHODS

All patients and employees newly diagnosed with SARS-CoV-2 at Brigham and Women's Hospital in Boston are reviewed daily to identify possible exposures and transmissions. Cases in which transmission may have occurred despite one or both parties being masked were flagged, and specimens were sent to the Massachusetts Department of Public Health for whole genome sequencing (Table 1). Tiled, whole-genome amplicon sequencing was performed using an ARTIC V3 SARS-CoV-2 protocol adapted by state public health laboratories and the Centers for Disease Control and Prevention (CDC) [6–9]. Samples were amplified using multiplex polymerase chain reaction (PCR) primer reactions and sequenced on the Illumina MiSeq sequencer. Genomes with ≥95% coverage were aligned, and single nucleotide polymorphism differences were calculated. The study was approved by the Massachusetts Department of Public Health's Institutional Review Board (genome sequencing) and the Mass General Brigham Institutional Review Board (epidemiologic analysis). The hospital's standard-issue mask for all patients and most employees is an ASTM level 1 mask with ear loops. The cases described in this report occurred between mid-November 2020 and mid-January 2021.

## RESULTS

### Case 1. Transmission From an Asymptomatic Unmasked Patient to Two Patient Care Assistants Wearing Masks and Face Shields

An 82-year-old woman was admitted to hospital with anorexia, weakness, and urinary retention. A nasopharyngeal PCR specimen was negative for SARS-CoV-2 on the day of admission. The patient was diagnosed with depression, managed on standard precautions, and referred to a chronic care institution. She was retested for SARS-CoV-2 on hospital day 6 prior to discharge per the policy of the receiving institution and found to be positive (cycle threshold 15). She did not have any symptoms suggestive of COVID-19 throughout her hospital course. Two patient care assistants who served as 1:1 observers for the patient in the days before she was diagnosed with SARS-CoV-2 infection developed respiratory viral syndromes 4 days and 5 days after the patient's diagnosis and tested positive for SARS-CoV-2. One patient care assistant had spent 4 hours with the patient on hospital day 3, and the other spent 8 hours with the patient on hospital day 4. Both reported wearing masks and face

Received 15 February 2021; editorial decision 3 March 2021; published online 11 March 2021.
Correspondence: M. Klompas, Department of Population Medicine, 401 Park Dr, Ste 401 East Boston, MA 02215, USA (mklompas@bwh.harvard.edu).

**Clinical Infectious Diseases® 2021;73(9):1693–5**
© The Author(s) 2021. Published by Oxford University Press for the Infectious Diseases Society of America. All rights reserved. For permissions, e-mail: journals.permissions@oup.com.
DOI: 10.1093/cid/ciab218

**Table 1. Summary of Cases With Whole Genome Sequencing-confirmed SARS-CoV-2 Transmission Despite Use of Masks and Eye Protection**

| Case | Transmission Direction | Exposure Duration and Circumstance | Patient Consistently Masked? | Healthcare Worker Personal Protective Equipment |
|---|---|---|---|---|
| 1 | Asymptomatic hospitalized patient to 2 patient care assistants | 4-hour and 8-hour sitter shifts | No | Masks and eye protection |
| 2 | Presymptomatic nurse to hospitalized patient | 8-hour nursing shifts (non-ICU) | No | Mask and eye protection |
| 3 | Presymptomatic patient to physician | 45-minute outpatient visit | Yes, except for brief oral exam | Mask and eye protection |

Abbreviations: ICU, intensive care unit; SARS-CoV-2, severe acute respiratory syndrome coronavirus 2.

shields at all times. They spent most of their time sitting with the patient in her room to prevent her from harming herself. The patient was inconsistent in her mask use but did not undergo any aerosol-generating procedures. There were 6 air changes per hour in the patient's room. Whole genome sequencing confirmed 0 single nucleotide polymorphism differences between the patient's isolate and the 2 patient care assistants' viruses.

#### Case 2. Transmission From a Presymptomatic Masked Nurse to an Unmasked Patient

A 56-year-old man with esophageal cancer was admitted with esophageal perforation and empyema. He underwent esophageal stent placement and pleural washout. The nurse assigned to the patient on hospital days 11–13 developed symptoms of COVID-19 on hospital day 13 following a community contact, left work, and tested positive for SARS-CoV-2 2 days later (cycle threshold 17). The patient was retested on hospital day 19 on account of his exposure to the nurse and was positive (cycle threshold 13). The nurse reported wearing a mask and goggles at all times but noted that the patient did not wear a mask. There were 6 air changes per hour in the patient's room. Whole genome sequencing confirmed 0 single nucleotide polymorphism differences between the nurse and patient's isolates.

#### Case 3. Transmission From a Presymptomatic Masked Patient to an Ambulatory Provider Wearing a Mask and Goggles

An internist saw a new patient in ambulatory clinic. The patient had no fever, respiratory symptoms, taste or smell alteration, or systemic complaints. The encounter lasted approximately 45 minutes, most of which consisted of face-to-face discussion at a distance of approximately 3 feet. The patient was not tested for SARS-CoV-2 before the encounter. The patient wore a hospital-issued medical mask throughout the visit except when asked to briefly lower her mask so that the provider could examine her oropharynx. The provider wore a medical mask and goggles and washed her hands before, during, and after the encounter. The examination room had 9 air changes per hour. Two days later, the patient developed symptoms of COVID-19 and tested positive for SARS-CoV-2 (cycle threshold 19). The physician developed symptoms of COVID-19 4 days after the encounter and also tested positive for SARS-CoV-2 (cycle threshold 17). Whole genome sequencing confirmed 0 single nucleotide polymorphism differences between the patient and physician's specimens.

The strains associated with these 3 transmission events were different from one another (≥30 single-nucleotide polymorphism [SNP] differences) and were not consistent with any of the current variants of concern from the United Kingdom (B.1.1.7), South Africa (B.1.351), or Brazil (P.1) [10].

## DISCUSSION

These 3 case studies demonstrate the possibility that providers can both transmit and be infected by SARS-CoV-2 despite wearing medical masks and eye protection. The theoretical basis for transmission despite medical masks and eye protection is clear: SARS-CoV-2 is primarily transmitted via respiratory particles, some of which are small enough and mobile enough to pass through the gaps between medical masks and patients' and providers' faces [2–5]. The risk is highest with prolonged encounters at short range with patients early in the course of their infection when their viral loads are highest, particularly if one of the parties is unmasked, because respiratory emissions and viral burden are highest immediately adjacent to the respiratory tracts of source individuals and rapidly dissipate with distance [11, 12].

What is unclear from these 3 case studies is how often transmission takes place despite one or both parties wearing medical masks and eye protection. Multiple studies report that cloth masks and medical masks are associated with fewer infections; it is therefore likely that masks lower infectious inoculum and the probability of infection but do not eliminate it [1]. Infection risk occurs along a continuum where risk is moderated by multiple factors including viral burden in the source, quantity and density of respiratory emissions, mask filtration and fit, eye protection, distance between the source and exposed individual, duration of exposure, quality of ventilation, vaccination status, and host immunity [11]. No one factor is perfectly protective (and its absence does not guarantee infection), but each component is likely additive.

These cases raise the question of whether additional measures are needed to enhance respiratory protection and source control in healthcare. Options include improving the fit of medical masks by using ties rather than ear loops, adding mask fitters, or using respirators more widely. N95 respirators are optimized for fit and filtration but require fit testing, can be uncomfortable to wear for long periods, and are sometimes in short supply.

The need for respirators should therefore be calibrated to degree of risk. They likely add the most value when caring for patients with known or suspected COVID-19 and for sustained encounters at close quarters with untested individuals and/or unmasked individuals in communities with high incidence of disease. The marginal value of respirators outside of these circumstances may be less but dedicated studies are needed.

This study highlights the value of whole genome sequencing to explore transmission events. Whole genome sequencing can help clarify whether potentially related infections were indeed related or coincidental, a valuable tool when trying to investigate possible transmissions that may have occurred despite adherence to public health recommendations. Sequencing does not provide definitive evidence of transmission but does provide supportive evidence within a suggestive epidemiologic context. Sequencing can also help detect variants with increased transmission potential [10].

Limitations of our study include the lack of population level data quantifying the frequency of transmissions despite medical masks, the possibility that transmission may have taken place via fomites or self-contamination rather than via mask failure, and the chance that transmission may have taken place via unidentified intermediaries under different circumstances from the ones we describe. In each case, however, the interactions and time sequences we described are plausible, and whole genome sequencing demonstrated perfect homology between source and exposed parties.

In sum, we demonstrate SARS-CoV-2 transmissions between parties wearing medical masks, including cases in which just the source was masked, just the exposed was masked, and in which both parties were masked. These findings teach the importance of not relying upon medical masks and eye protection alone to prevent SARS-CoV-2 transmission and beg the question whether respirators should be used more widely when caring for high-risk patients under high-risk conditions in high incidence communities.

## Notes

***Acknowledgments.*** This work was supported in part by the CDC Prevention Epicenters Program (grant number 6U54CK000484–04–02).

***Potential conflicts of interest.*** M. K. and C. R. have received royalties from UpToDate, Inc. for writings on unrelated topics. All other authors report no potential conflicts. All authors have submitted the ICMJE Form for Disclosure of Potential Conflicts of Interest. Conflicts that the editors consider relevant to the content of the manuscript have been disclosed.

## References

1. Czypionka T, Greenhalgh T, Bassler D, Bryant MB. Masks and face coverings for the lay public: a narrative update. Ann Intern Med **2020**.
2. Asadi S, Wexler AS, Cappa CD, Barreda S, Bouvier NM, Ristenpart WD. Aerosol emission and superemission during human speech increase with voice loudness. Sci Rep **2019**; 9:2348.
3. Ueki H, Furusawa Y, Iwatsuki-Horimoto K, et al. Effectiveness of face masks in preventing airborne transmission of SARS-CoV-2. mSphere **2020**; 5.
4. Clapp PW, Sickbert-Bennett EE, Samet JM, et al. Evaluation of cloth masks and modified procedure masks as personal protective equipment for the public during the COVID-19 pandemic. JAMA Intern Med **2020**.
5. Sickbert-Bennett EE, Samet JM, Clapp PW, et al. Filtration efficiency of hospital face mask alternatives available for use during the COVID-19 pandemic. JAMA Intern Med **2020**.
6. ARCTIC Network. SARS-CoV-2. Available at: https://artic.network/ncov-2019 Accessed 14 January 2021.
7. Sevinsky J, Nassiri A, Blankenship H. SARS-CoV-2 sequencing on Illumina MiSeq using ARTIC protocol: part 2 – Illumina DNA Flex protocol V.1. Available at: www.protocols.io/view/sars-cov-2-sequencing-on-illumina-miseq-using-arti-bffyjjpw. Accessed 14 January 2021.
8. Sevinsky J, Nassiri A, Young E. SARS-CoV-2 sequencing on Illumina MiSeq using ARTIC protocol: part 1 – tiling PCR V.1. Available at: www.protocols.io/view/sars-cov-2-sequencing-on-illumina-miseq-using-arti-bfefjjbn. Accessed 14 January 2021.
9. Centers for Disease Control and Prevention. SARS-CoV-2_Sequencing. Available at: https://github.com/CDCgov/SARS-CoV-2_Sequencing. Accessed January 14, 2021.
10. Volz E, Mishra S, Chand M, et al. Transmission of SARS-CoV-2 lineage B.1.1.7 in England: insights from linking epidemiological and genetic data. medRxiv **2021**; 2020.12.30.20249034.
11. Klompas M, Baker M, Rhee C. What is an aerosol-generating procedure? JAMA Surg **2021**; 156:113–4.
12. Hu M, Lin H, Wang J, et al. The risk of COVID-19 transmission in train passengers: an epidemiological and modelling study. Clin Infect Dis **2021**;72:604–10.



BHS015898

# EXHIBIT 14

**Senior Operations: COVID Command Documentation**

**Date:** 11/30/20

**Attendance:** Jim Lederer, Pietro Hogue, David Phelps, Joe LaRoche, Sean Jennings, Darlene Rodowicz, Kim Obanheim, Andy Manzer, Brenda Cadorette, Pat Borek, Scott St George

**Zoom Attendance:** Rob Shearer, Laurie Lamarre, Bill Young, Cheryl Boudreau, Chris Camillo, Dan Doyle, Deb Delaney, Heather Barbieri, Bill DeMarco, Mark Pettus, Roberta Gale, Kerri Hallas, Tony Rinaldi, Linda Jackson, Diane Vallone

**Start Time:** 0800

COVID Update

- 22 COVID (+) IP
    - 2 CCU
    - 5 PCU
    - 15 Med/Surge
- Of the 22 IP, 10 are from Hilcrest and 3 are from Kimball
- Keep reminding people that what you do outside of work can create an opportunity for COVID to spread
- 3 (+) employees over the weekend
- Seeing increased number of pediatric COVID cases
- 7 day positive rate at 3.2%, 14 day positive is at 4.0%
- Meeting immediately following this regarding FV swing beds and surge planning
- CONFIDENTIAL: Hillcrest- 190 residents, 148 have tested (+), 9 deaths so far, 46 staff are out w/ COVID.
    - BMC should prepare for a surge of Hillcrest residents and workers
    - FV should prepare for mobilization of our stable patients to their facility in response to the surge
    - Emphasis that we need to work together as an organization to help the community and each other

COVID Testing Update

- We should be ready to go w/ Broad. Biggest issue is to make sure our printers are compatible
    - IT has connected w/ Doreen; reported that the lab has to do testing to make sure the IT component works
    - Will go-live w/ North Adams on Friday 12/4
    - East St will go-live Monday 12/7
    - FV will go-live when their new facility is operational (facility should be 10th or 11th, likely go-live around 14th)
- Will try to keep every inpatient test either through Quest or in-house testing
    - Broad not accepting labels on their specimens if they are not Broad-specific labels
- Quest currently has ~72hr TAT
- We currently have 600 Abbott IDs; panel tests aren't currently being used
- Assuming that if all validations went well, we can start using antigen tests
    - Could consider using antigen tests on our symptomatic employees
    - Concern for using the antigen testing for travel/surgery d/t state mandate, could use Broad for travel/surgery, and antigen for employees

Employee Tracing/Risk Levels

- Idea to use Diasorin on IP tests to improve TAT- will need approval from our lab and a billing code
- Will have to emphasize to directors that employees should only go to the ED for rapid testing if they are working/able to work and symptomatic w/ COVID

- High-risk employees will be tested at testing center day 4-5 and will continue to work UNLESS they are symptomatic
- State is allowing asymptomatic people on day 8 to be re-tested and can end quarantine if their test is negative
- OH is pushing the instruction to high-risk employees that they are quarantined except for going to work (if essential); should push this to managers/directors as well
- Low-risk employees can be treated like members of the community if they wish to be tested

Open Forum

- Multiple firefighters have been referred to the testing center by Dr. Kulberg
    - There seems to be a lot of anxiety surrounding city employees/first responder exposure
    - Dr. Lederer/Doyle will be reaching out to Dr. Kulberg today
- Currently no process when a pre-op patient tests (+)
- Desire between the City and BMC to perform drive-thru testing (potentially through McKay St lot)

**Conclusion**: 0849

# EXHIBIT 15

**Statement on COVID-19 Outbreak at BMC**

Berkshire Medical Center has experienced a cluster of COVID-19 positives on an inpatient unit that is not one of the designated COVID-19 care units and has reported this to the Massachusetts Department of Public Health. On Tuesday, December 22nd, inpatient and staff testing determined that 4 patients on the Telemetry Unit and 10 staff members working on that unit were positive for COVID-19.

The Medical Center leadership immediately responded with rapid testing of patients and staff on the unit, and staff who have had potentially higher risk contact with the unit over the past several days. This will be followed by contact tracing to try and determine the starting point of the outbreak, if possible.

It is believed that the initial transmission was related to staff who may have been exposed in the community and a potential lapse in adherence to safety recommendations while outside of the facility. We do not believe that this was caused by internal safety protocol failure as we continue to require strict adherence to hand hygiene, masking and the use of full Personal Protective Equipment where needed.

We want to assure the community that our facilities are safe and we take any reports of this nature very seriously, and will continue to investigate the cause, and also provide regular surveillance testing for those who are impacted.

# EXHIBIT 16

Annals of Internal Medicine IDEAS AND OPINIONS

# The Case for Mandating COVID-19 Vaccines for Health Care Workers

**Michael Klompas, MD, MPH; Madelyn Pearson, DNP, RN; and Charles Morris, MD, MPH**

Almost 15 years have passed since hospitals first began mandating influenza vaccines for health care workers. This initially innovative but now common policy was prompted by a dual desire to protect patients from health care–acquired influenza and to protect the workplace from the disruption and expense of worker illnesses. Health care organizations are now wrestling with whether to mandate SARS-CoV-2 vaccination for all employees. We believe that the case for mandating SARS-CoV-2 vaccines for health care workers is substantially stronger than the case was for mandating influenza vaccines (Table).

## The Morbidity and Mortality of COVID-19 Far Exceeds That of Influenza

The mortality rate for influenza is estimated to be 1 in 1000, whereas that for SARS-CoV-2 is closer to 1 in 100 to 250 (1). Patients with COVID-19 are more likely to require hospital admission, have respiratory failure, and require prolonged intensive care than those with influenza (2). In 2020 alone, SARS-CoV-2 is estimated to have caused more than 522 000 excess deaths in the United States (3). Post–COVID-19 symptoms also seem to be more common, more pronounced, and more long-lasting than those after influenza.

## SARS-CoV-2 Threatens Essential Workers' Lives

Vaccines for SARS-CoV-2 save lives (4). Health care workers and other essential workers have higher rates of infection than people in other fields (5). According to the Centers for Disease Control and Prevention, more than 1600 U.S. health care workers have died of COVID-19 thus far. Although it is unclear how many of these infections were acquired in the workplace versus the community, vaccine mandates will prevent infections, severe illness, and deaths in health care workers no matter where they are exposed.

## Nosocomial Transmission of SARS-CoV-2 Is Common

Up to two thirds of cases of SARS-CoV-2 infection are attributable to asymptomatic and presymptomatic transmissions. Hospitals have undertaken considerable efforts to stop staff from working while sick, but these policies do not prevent staff with silent infections from coming to work and potentially infecting patients and colleagues. In some cases, staff-to-patient and staff-to-staff transmissions have led to large clusters (6). Universal masking diminishes this risk, but perfect adherence is not realistic and surgical masks are not perfectly protective; nosocomial transmission despite masks has been well documented (7). Vaccines, by contrast, provide constant protection without requiring reminders, persuasion, mask-fitting aids, or behavioral changes.

## SARS-CoV-2 Vaccination for Health Care Workers Is Health Care Delivery

We believe that there is an extra onus on health care workers to protect themselves from SARS-CoV-2 in order to protect patients. Health care workers routinely tend to the elderly, ill, and vulnerable, in whom SARS-CoV-2 infection is more likely to be deadly. We cannot rely on patients being vaccinated to prevent nosocomial transmission because some patients cannot get the vaccine, some will decline, and vaccine may not be effective in immunocompromised patients (8). Vaccinating health care workers, however, helps protect even unvaccinated patients because SARS-CoV-2 vaccines are associated with fewer infections overall, less silent carriage, and less risk for transmission (4, 9).

## COVID-19 Vaccines Are More Effective Than Influenza Vaccines

The estimated effectiveness of influenza vaccines varies by season but generally ranges from 30% to 50%. The 2 messenger RNA vaccines for SARS-CoV-2, by contrast, are more than 90% effective. Notwithstanding the moderate effectiveness of influenza vaccines, randomized trials suggest that vaccinating health care workers in congregate health care settings may decrease patient deaths by 30% (10). The life-saving effects of vaccinating health care workers against COVID-19 will be that much greater given these vaccines' greater effectiveness against a pathogen that is more common and more deadly than influenza.

## SARS-CoV-2 Is More Disruptive to Hospital Operations Than Influenza

The SARS-CoV-2 pandemic has had an unprecedented effect on day-to-day operations in health care. Changes include universal masking, daily attestations of health, limitations on visitors, cancellations of surgery and elective admissions, cancellation of in-person meetings and education sessions, cancellation of travel, and much more. Universal vaccination is the pathway to rolling back these disruptions and returning to normal operations.

## SARS-CoV-2 Is More Disruptive to Workforce Continuity Than Influenza

Vaccinating health care workers will help preserve workforce continuity. Workers with influenza are typically allowed to return to work 24 hours after their fever

This article was published at Annals.org on 13 July 2021.

© 2021 American College of Physicians 

Downloaded from https://annals.org by Susan Herman on 10/26/2023.

***Table.*** The Case for Mandating COVID-19 Vaccines for Health Care Workers: Comparison of Influenza Versus COVID-19

| Effect | Influenza | COVID-19 |
|---|---|---|
| Mortality | ~1 in 1000 | ~4-10 in 1000 |
| Number of people infected | Infects ~10% of the U.S. population each year | Infected ~30% of the U.S. population in 2020 |
| Threat to patients | Nosocomial spread well documented but understudied | Nosocomial spread well documented but understudied |
| Impact on operations | Absorbed by routine operations | Unprecedented disruption of routine operations (e.g., masking, distancing, virtual meetings, visitor restrictions, testing requirements, attestations) |
| Time lost to work | Employees return to work 1 d after fever resolves | Mandatory absence of at least 10 d |
| Vaccine effectiveness | 30%-50% | 70% for adenovirus vector; 90%-95% for mRNA |
| Vaccine experience | ~50% of adults get influenza vaccine each year | >65% of U.S. adults vaccinated thus far |

mRNA = messenger RNA.

subsides. Staff with SARS-CoV-2 infection, however, are required to isolate for at least 10 days, even if their symptoms resolve well before then. Staff shortages have pushed some hospitals to cancel procedures, close units, and reduce elective admissions, thereby putting patients at risk due to deferred care. Vaccines will help keep more staff healthy and at work.

## SARS-CoV-2 Vaccines Are Safe

More adults have now been inoculated against SARS-CoV-2 than are typically vaccinated against influenza in a given year. More than 300 million doses of SARS-CoV-2 vaccine have been administered in the United States alone, and more than 65% of U.S. adults have been vaccinated. By contrast, in a typical influenza season only about 150 million to 175 million doses of influenza vaccine are administered and fewer than 50% of adults are immunized. Despite the enormous number of people who have now received SARS-CoV-2 vaccines, serious side effects have been exceedingly rare. We acknowledge that some life-threating adverse effects and deaths have occurred, but the incidence of these complications is vanishingly small, is substantially lower than the risk for complications of COVID-19, and is far outweighed in our opinion by the likelihood of benefit to both health care workers and their patients. Similarly, we believe that these benefits also outweigh the other possible reasons that health care workers may object to vaccination, including fear of postvaccine side effects, concerns about fetal safety, philosophical disagreement, and perceived invulnerability to serious infection.

Many organizations contemplating mandating SARS-CoV-2 vaccines are reluctant to move forward while vaccines remain under emergency use authorization. Some are also concerned about legal challenges. As more safety data on the vaccines rapidly accumulate, however, there is every expectation of full approval from the U.S. Food and Drug Administration later this year, and the courts have ruled in favor of health care organizations on the legal challenges that have come forward thus far. Now is the time for organizations to ready themselves to adopt mandatory vaccination policies as soon as full approval is granted. This includes drafting policies, educating employees about vaccine safety and effectiveness, developing strategies to address unvaccinated employees' specific concerns, ensuring easy vaccine access, partnering with employee leaders and unions to make a shared case for universal vaccination, weighing potential exemptions, and foreshadowing the road ahead for all.

From Harvard Medical School, Harvard Pilgrim Health Care Institute, and Brigham and Women's Hospital, Boston, Massachusetts (M.K.); and Brigham and Women's Hospital, Boston, Massachusetts (M.P., C.M.).

**Disclosures:** Disclosures can be viewed at www.acponline.org/authors/icmje/ConflictOfInterestForms.do?msNum=M21-2366.

**Corresponding Author:** Michael Klompas, MD, MPH, Department of Population Medicine, 401 Park Drive, Suite 401 East, Boston, MA 02215; e-mail, mklompas@bwh.harvard.edu.

Current author addresses and author contributions are available at Annals.org.

*Ann Intern Med.* 2021;174:1305-1307. doi:10.7326/M21-2366

## References

1. **Ward H, Atchison C, Whitaker M, et al.** SARS-CoV-2 antibody prevalence in England following the first peak of the pandemic. Nat Commun. 2021;12:905. [PMID: 33568663] doi:10.1038/s41467-021-21237-w
2. **Piroth L, Cottenet J, Mariet AS, et al.** Comparison of the characteristics, morbidity, and mortality of COVID-19 and seasonal influenza: a nationwide, population-based retrospective cohort study. Lancet Respir Med. 2021;9:251-259. [PMID: 33341155] doi:10.1016/S2213-2600(20)30527-0
3. **Woolf SH, Chapman DA, Sabo RT, et al.** Excess deaths from COVID-19 and other causes in the US, March 1, 2020, to January 2, 2021. JAMA. 2021. [PMID: 33797550] doi:10.1001/jama.2021.5199
4. **Dagan N, Barda N, Kepten E, et al.** BNT162b2 mRNA Covid-19 vaccine in a nationwide mass vaccination setting. N Engl J Med. 2021;384:1412-1423. [PMID: 33626250] doi:10.1056/NEJMoa2101765
5. **Shah ASV, Wood R, Gribben C, et al.** Risk of hospital admission with coronavirus disease 2019 in healthcare workers and their households: nationwide linkage cohort study. BMJ. 2020;371:m3582. [PMID: 33115726] doi:10.1136/bmj.m3582
6. **Cavanaugh AM, Fortier S, Lewis P, et al.** COVID-19 outbreak associated with a SARS-CoV-2 R.1 lineage variant in a skilled nursing facility after vaccination program — Kentucky, March 2021. MMWR Morb Mortal Wkly Rep. 2021;70:639-643. [PMID: 33914720] doi:10.15585/mmwr.mm7017e2



Downloaded from https://annals.org by Susan Herman on 10/26/2023.

7. **Klompas M, Baker MA, Griesbach D, et al.** Transmission of SARS-CoV-2 from asymptomatic and presymptomatic individuals in healthcare settings despite medical masks and eye protection. Clin Infect Dis. 2021. [PMID: 33704451] doi:10.1093/cid/ciab218
8. **Marion O, Del Bello A, Abravanel F, et al.** Safety and immunogenicity of anti-SARS-CoV-2 messenger RNA vaccines in recipients of solid organ transplants [Letter]. Ann Intern Med. 2021;174:1336. [PMID: 34029487]. doi:10.7326/M21-1341
9. **Harris RJ, Hall JA, Zaidi A, et al.** Effect of vaccination on household transmission of SARS-CoV-2 in England [Letter]. N Engl J Med. 2021. [PMID: 34161702] doi:10.1056/NEJMc2107717
10. **Ahmed F, Lindley MC, Allred N, et al.** Effect of influenza vaccination of healthcare personnel on morbidity and mortality among patients: systematic review and grading of evidence. Clin Infect Dis. 2014;58:50-7. [PMID: 24046301] doi:10.1093/cid/cit580

**ACP JOURNAL CLUB**

ACP Journal Club summarizes the best new evidence for internal medicine from over 130 clinical journals. Research staff and clinical editors rigorously assess the scientific merit of the medical literature as it is published, and a worldwide panel of over 5000 physicians assesses the clinical relevance and newsworthiness of rigorous studies.

Look for ACP Journal Club in *Annals*, or visit Annals.org/journalclub.



Downloaded from https://annals.org by Susan Herman on 10/26/2023.

BHS002624

**Current Author Addresses:** Dr. Klompas: Department of Population Medicine, 401 Park Drive, Suite 401 East, Boston, MA 02215.
Drs. Pearson and Morris: Brigham and Women's Hospital, 75 Francis Street, Boston, MA 02115.

**Author Contributions:** Conception and design: M. Klompas, C. Morris.
Drafting of the article: M. Klompas, M. Pearson, C. Morris.
Critical revision of the article for important intellectual content: M. Klompas, C. Morris.
Final approval of the article: M. Klompas, M. Pearson, C. Morris.



Downloaded from https://annals.org by Susan Herman on 10/26/2023.

# EXHIBIT 17




Dave:

Intro
Thanks for chance to share update
Gratitude for our healthcare employees and our community– working long and hard for 15 months
New phase of pandemic = Still have uncertainty but there are things we know now

Vaccination is key
We are focusing on our employees (mandatory vaccination policy announced a few weeks ago)
Business owners: We hope that you can learn something to help shape your approach with your employees
General public: With your personal interest and engagement in this topic we hope you can support and encourage friends, family, and neighbors to get vaccinated
Agenda for this Conversation
Darlene will share an update on covid in our community
Dr. Lederer will spend most of our presentation talking about vaccinations– history, safety, effectiveness
Sensitive topic for many; we want to focus on the scientific facts underlying everything we do and give folks access to the information to help them make decisions
Please ask questions as we go along

# Berkshire County: Where are We Now?

*Monday, August 30, 2021*

| Current Positive Patients on Precautions | | | |
|---|---|---|---|
| BMC Inpatients | 12 | | |
| FVH Inpatients | 0 | | |
| FVH Swing Patients | 0 | | |
| Other | | | |
| Inpatients with Pending Tests | 10 | | |
| Lab Test - Antigen/PCR Testing Based off Result Date | | Last 7 Days | Last 14 Days |
| Total Tests Performed | | 3,952 | 7,916 |
| Unique Patients Tested | | 3,639 | 6,822 |
| Unique Patients with new Positive Tests | | 189 | 339 |
| Rate of Positive Tests | | 5.2% | 5.0% |
| Pending Tests | | [illegible] | [illegible] |

Berkshire Health Systems

Darlene: need to update with most recent stats as of Tuesday

Massachusetts Department of Public Health COVID-19 Dashboard - Thursday, August 26, 2021

# Cumulative Percentage of Eligible Individuals (12+) with at Least One Dose Administered by County of Resident Address

*Data as of August 24, 2021*

**Percentage of Eligible Individuals (12+) with at Least One Dose Administered**




NOTE: Data from MIIS (see 'definitions'). Data reflect doses administered and reported (see 'definitions'), including Janssen/Johnson & Johnson beginning on 3/5/21. An individual is counted as having at least 1 dose if they have received one or more doses of vaccine. This is measured as the total number of 1st doses of Moderna and Pfizer vaccine administered and reported, plus the total number of Janssen/Johnson & Johnson doses administered and reported. Doses without address records are not included in this view. These proportions use Donahue population estimates from 2019. Colors may be reinstated as data evolve.

Berkshire Health Systems

3

Darlene

Massachusetts Department of Public Health COVID-19 Dashboard - Thursday, August 26, 2021

# Cumulative Percentage of Eligible Individuals (12+) who are Fully Vaccinated by County of Resident Address

*Data as of August 24, 2021*

Percentage of Eligible Individuals (12+) Fully Vaccinated



NOTE: Data from MIIS (see "definitions"). Data reflect doses administered and reported (see "definitions"), including Janssen/Johnson & Johnson beginning on 3/5/21. An individual is counted as fully vaccinated if they have received the 2nd dose of Moderna or Pfizer or have received a dose of Janssen/Johnson & Johnson vaccine. Cases without address records are not included in this view. Some individuals may receive a first or second dose of Moderna or Pfizer from a non-reporting provider and would not be included as fully vaccinated. These proportions use Donahue population estimates from 2019. Colors may be reindexed as data evolve.



Darlene

**In MA, 71% of the MA population has received at least one dose, compared to 61% of national population**

MA data as of Aug 24th and National data as of Aug 25th

Individuals who received at least one dose by age group (cumulative)




1. As of 5/23, CDC age grouping updated to reflect 12-15 eligibility expansion. National population estimates from CDC do not include Texas population.
Source: MIIS; CDC; UMass Donahue Institute 2019 Population Estimates, IPUMS USA
*Confidential, Draft and Pre-Decisional*

| | 12-15 Years | 16-19 Years | 20-29 Years | 30-39 Years | 40-49 Years | 50-59 Years | 60-64 Years | 65-69 Years | 70-74 Years | 75+ Years | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Berkshire | 70% (5,066) | 69% (6,279) | 60% (16,052) | 78% (13,519) | 79% (13,286) | 83% (18,629) | 87% (10,402) | 90% (9,277) | 92% (7,756) | 92% (12,797) | 71% (126,398) |



Darlene

For employee presentation only

## 90% of BHS employees have received at least one dose.




As of August 30, 2021 9:45am

For employee presentation only

For more quick access to vaccine-related information and updates, visit the employee portal.



For employee presentation only

Discuss your questions or concerns with Dr. Lederer in a private meeting.

| Date | Day | Time(s) | |
|---|---|---|---|
| September 2 | Thursday | 10:00am-11:00am | 3:00pm-4:00pm |
| September 3 | Friday | 10:00am-1:30pm | |
| September 7 | Tuesday | 8:30am-11:30am | |

**Please contact Theresa to book an appointment at tvidoli@bhs1.org or 413-447-7998**

# HOW INFORMED ARE YOU?



## Five Things to Know about the COVID-19 Vaccine

1

The scientific technology that has enabled the mRNA COVID-19 vaccines has been in development for the last 30 years.

https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines/mrna.html



Berkshire Health Systems

10

Scientists Didn't "rush" it
Walk through the basics of how mRNA vaccine works




Rigorous testing required by FDA for approval
Minimal side effects in trials
Continued monitoring through V-Safe
Millions of people of different races and ethnicities around the world have received the vaccine with minimal side effects




Risks to pregnant women
Risks to male and female fertility
Baystate Decision Aid

## I'm pregnant. Should I get a COVID vaccine?

**For most people, getting the COVID vaccine as soon as possible is the safest choice.**

Although pregnant people were not included in the studies, data is emerging on people who are pregnant and got a vaccine.

The information below will help you make an informed choice about whether to get a COVID vaccine while you are pregnant or trying to get pregnant.

Your options:

| | | |
|---|---|---|
| Get a COVID vaccine as soon as it is available | --or-- | Wait for more information about the vaccines in pregnancy |

## Understanding COVID in pregnancy:

**COVID is dangerous. It is more dangerous in pregnancy.**

- Pregnant COVID patients are **5 times** more likely to end up in the intensive care unit than non-pregnant COVID patients.[1]
- Preterm birth may be more common.[2]
- Pregnant people are more likely to die of COVID than other people with COVID who are the same age.[3,4]

https://www.baystatehealth.org/covid19/vaccine/pregnancy

## What are the benefits of getting the COVID Vaccine?

**The COVID vaccines prevent moderate and severe COVID.**

Getting a vaccine will prevent you from getting very sick with COVID.

**The COVID vaccines may reduce spread.**

The vaccine may help keep you from giving COVID to people around you. As COVID infections go up in our communities, your risk of getting - and giving - COVID goes up too.

**These vaccines have no live virus[5] and do NOT contain ingredients that are known to be harmful to pregnant people or to the fetus.**

Many vaccines are routinely given in pregnancy and are safe (for example: tetanus, diphtheria, and flu).

## What are the risks and unknowns of getting the COVID Vaccine?

- Each vaccine was tested in over 20,000 people, and there were no serious side effects.
- We do not know if the vaccines work as well in pregnancy as they do in non-pregnant people.
- We know that in studies done by Moderna and Johnson & Johnson, there were no adverse effects on female reproduction or fetal development.[6,7]
- So far, the mRNA vaccines have been given to over 30,000 pregnant people in the US who registered with the CDC.[8]
- Of those pregnancies, 275 have been reported as complete. The number of miscarriages in people who got the vaccine (15%) was about the same as we see in pregnant people who have NOT gotten a COVID vaccine (10-25 %).[8]
- Birth defects were seen in the same number of people as in the general population who have NOT gotten a COVID vaccine (3-4%).[8]

**People getting the vaccine will probably have some side effects.**

This is a normal response by the immune system. These effects are more common after the second dose and in the mRNA vaccines but were not more common in pregnancy. The most common side effects are:[6,7,8]

- arm pain (~84%)
- fatigue (~62%)
- fever (~14%)
- muscle pain (~38%)
- chills (~32%)
- joint pain (~24%)

Of every 100-500 people who get a vaccine, 1 will get a high fever (over 102°F).

- A persistent high fever during the first trimester might increase the risk of fetal abnormalities or miscarriage.
- The CDC recommends using acetaminophen during pregnancy if you have a high fever. Another option is to delay your COVID vaccine until after the first trimester.

Baystate Health | UMASS University of Massachusetts Medical School

Updated March 17, 2021

3

All three vaccines are effective in protecting against serious illness, hospitalization, and death.

**mRNA COVID-19 vaccines are highly effective in preventing infections in real-world conditions**



Largest CDC COVID-19 Vaccine Effectiveness Study in Health Workers Shows mRNA Vaccines 94% Effective

Geographically diverse population included across 33 sites in 25 U.S. states

May 14, 2021 -- https://www.cdc.gov/media/releases/2021/p0514-covid-19-vaccine-effectiveness.html



https://www.cdc.gov/mmwr/volumes/70/wr/pdfs/mm7013e3-H.pdf
Interim Estimates of Vaccine Effectiveness of BNT162b2 and mRNA-1273 COVID-19 Vaccines in Preventing SARS-CoV-2 Infection Among Health Care Personnel, First Responders, and Other Essential and Frontline Workers — Eight U.S. Locations, December 2020–March 2021

Box 1. Summary of vaccine efficacy estimates for authorized COVID-19 vaccines
All authorized COVID-19 vaccines demonstrated efficacy (range 65% to 95%) against symptomatic, laboratory-confirmed COVID-19 in adults ≥18 years.
For each authorized COVID-19 vaccine, efficacy was demonstrated across different populations, including elderly and younger adults, in people with and without underlying health conditions, and in people representing different races and ethnicities.
The Pfizer-BioNTech COVID-19 vaccine also demonstrated high efficacy against symptomatic, laboratory-confirmed COVID-19 in adolescents aged 12-17 years.
All authorized COVID-19 vaccines demonstrated high efficacy (≥89%) against COVID-19 severe enough to require hospitalization.
All authorized COVID-19 vaccines demonstrated high efficacy against COVID-19-associated death.
In the clinical trials, no participants who received a COVID-19 vaccine died from COVID-19; the Moderna and Johnson & Johnson/Janssen trials among adults ≥18 years each had COVID-19 deaths in the unvaccinated placebo arm.
Preliminary data from the clinical trials among adults ≥18 years old suggest COVID-19 vaccination protects against symptomatic infection and may also protect against asymptomatic infection.
In the Moderna trial, among people who had received a first dose, the number of asymptomatic people who tested positive for SARS-CoV-2 at their second-dose appointment was approximately 67% lower among vaccinees than among placebo recipients (0.1% and 0.3%, respectively)
Efficacy of Johnson & Johnson/Janssen COVID-19 vaccine against asymptomatic infection was 74% in a subset of trial participants.
No trials have compared efficacy between any of the authorized vaccines in the same study population at the same time, making comparisons of efficacy difficult.
All Phase 3 trials differed by calendar time and geography.
Vaccines were tested in settings with different background COVID-19 incidence and circulating variants.

*But young people don't get that sick….*
*do they?*



Berkshire Health Systems

15

Massachusetts Department of Public Health | COVID-19 Dashboard
Today at a Glance

Released on: August 27, 2021
Data as of: August 26, 2021
Caution: recent data may be incomple

Age groups

Cases during the last two weeks




COVID-19 Response Reporting | Mass.gov

At BMC, we are seeing younger patients (under 40) hospitalized with more severe cases of COVID-19.

4

Some data suggest that the Delta variant might cause more severe illness than previous variants in unvaccinated people.




**Curent evidence suggests that Pfizer and Moderna vaccines are highly effective against hospitalization and death for a variety of strains, including Delta.**

https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html
https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html



Available evidence suggests the currently authorized mRNA COVID-19 vaccines (Pfizer-BioNTech and Moderna) are highly effective against hospitalization and death for a variety of strains, including Alpha (B.1.1.7), Beta (B.1.351), Gamma (P.1), and Delta (B.1.617.2);

https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html

5

Breakthrough infections are rare. When they do occur, symptoms are milder and the duration of illness is shorter for vaccinated people.




https://www.cdc.gov/coronavirus/2019-ncov/science/science-briefs/fully-vaccinated-people.html

# *What about booster shots?*






Do I need one?
Why?
Where and when can I get it?


Ongoing Challenges and Risks
Vaccine supply chain
Testing supply and demand
COVID-19
Berkshire Health Systems
20

# Based on Everything We've Seen…

Vaccination is the best way for our community to move beyond the pandemic

Vaccination helps to protect you and those around you.



# Resources

| Location | Address | Hours | Vax Available |
|---|---|---|---|
| Pittsfield Testing Center/Urgent Care | 505 East Street Pittsfield, MA 01201 | Daily from 8:30am-7:30pm | Pfizer available daily Moderna available on Tuesdays and Thursdays |
| Fairview Hospital | 29 Lewis Avenue Great Barrington, MA 01230 | Monday-Friday 9am-2pm | Pfizer and J&J available daily Moderna available on Friday |
| North Adams Testing Center | 98 Church Street North Adams, MA | Daily from 8:30am-4:00pm | Pfizer available daily Moderna available on Tuesdays and Thursdays |
| *The COVID-19 vaccine is also available at many retail pharmacies.* | | | |

https://www.cdc.gov/coronavirus/2019-ncov/science/science-and-research.html

https://www.baystatehealth.org/covid19/vaccine/pregnancy

# EXHIBIT 18

The Wayback Machine - https://web.archive.org/web/20211007024053/https://www.cdc.gov/coronavirus/2019-ncov/science/scie...

CDC Centers for Disease Control and Prevention

COVID-19

# Science Brief: COVID-19 Vaccines and Vaccination

Updated Sept. 15, 2021

## Summary of Recent Changes

Last updated September 15, 2021

- Data were added indicating that COVID-19 vaccination remains highly effective against COVID-19 hospitalization and death caused by the Delta variant of SARS-CoV-2.
- Data were added from studies published since the last update that further characterize reduced COVID-19 vaccine effectiveness against asymptomatic and mild symptomatic infections with the Delta variant of SARS-CoV-2.
- Data were added from studies published since the last update that suggest decreased vaccine effectiveness against SARS-CoV-2 infection, symptomatic disease, and hospitalization in several groups of immunocompromised persons and potential benefit of a third dose of COVID-19 vaccine in immunocompromised populations.
- Data were added summarizing several small studies of heterologous COVID-19 vaccination series (i.e., mixed schedules), which found that a dose of adenovirus vector vaccine followed by a dose of mRNA vaccine elicits antibody responses at least as high as two doses of mRNA vaccine.
- Data were added from recent studies examining the duration of protection conferred by COVID-19 vaccination.
- Data were added from recent studies describing clinical outcomes and transmissibility of SARS-CoV-2 infections in fully vaccinated persons.

View Previous Updates

## Key Points

- All COVID-19 vaccines currently approved or authorized in the United States (Pfizer-BioNTech/Comirnaty, Moderna, and Janssen [Johnson & Johnson]) are effective against COVID-19, including against severe disease, hospitalization, and death.
- Available evidence suggests the currently approved or authorized COVID-19 vaccines are highly effective against hospitalization and death for a variety of strains, including Alpha (B.1.1.7), Beta (B.1.351), Gamma (P.1), and Delta (B.1.617.2); data suggest lower effectiveness against confirmed infection and symptomatic disease caused by the Beta, Gamma, and Delta variants compared with the ancestral strain and Alpha variant. Ongoing monitoring of vaccine effectiveness against variants is needed.
- Limited available data suggest lower vaccine effectiveness against COVID-19 illness and hospitalization among immunocompromised people. In addition, numerous studies have shown reduced immunologic response to COVID-19 vaccination among people with various immunocompromising conditions.
- The risk for SARS-CoV-2 infection in fully vaccinated people cannot be completely eliminated as long as there is continued community transmission of the virus. Early data suggest infections in fully vaccinated persons are more

commonly observed with the Delta variant than with other SARS-CoV-2 variants. However, data show fully vaccinated persons are less likely than unvaccinated persons to acquire SARS-CoV-2, and infections with the Delta variant in fully vaccinated persons are associated with less severe clinical outcomes. Infections with the Delta variant in vaccinated persons potentially have reduced transmissibility than infections in unvaccinated persons, although additional studies are needed.

- This updated science brief synthesizes the scientific evidence supporting CDC's guidance for fully vaccinated people and will continue to be updated as more information becomes available.

# Background

COVID-19 vaccination is a critical prevention measure to help end the COVID-19 pandemic. COVID-19 vaccines are now widely available in the United States, and CDC recommends all people 12 years and older be vaccinated against COVID-19.

On August 23, 2021, the U.S. Food and Drug Administration (FDA) approved an mRNA vaccine (Pfizer-BioNTech/Comirnaty) as a 2-dose series for prevention of symptomatic COVID-19 in persons aged ≥16 years. This vaccine is also authorized under an Emergency Use Authorization (EUA) to be administered to prevent COVID-19 in persons aged 12-15 years. A second mRNA vaccine (Moderna), as well as a recombinant, replication-incompetent adenovirus serotype 26 (Ad26) vector vaccine (Janssen vaccine [Johnson & Johnson]) are authorized under an EUA for use in persons aged ≥18 years. Both mRNA vaccines are also authorized for administration of an additional dose to certain immunocompromised persons.

People are considered fully vaccinated if they are ≥2 weeks following receipt of the second dose in a 2-dose series (mRNA vaccines), or ≥2 weeks following receipt of a single-dose vaccine (Janssen vaccine).*

Public health recommendations for people fully vaccinated with FDA-approved or FDA-authorized COVID-19 vaccines consider evidence of vaccine effectiveness against symptomatic COVID-19 with and without severe outcomes, as well as vaccine impact on SARS-CoV-2 transmission. Other individual and societal factors are also important when evaluating the benefits and potential harms of additional prevention measures (e.g., masking, physical distancing) among vaccinated individuals. The Advisory Committee on Immunization Practices and CDC routinely consider individual health benefits and risks along with factors such as population values, acceptability, and feasibility of implementation when making vaccine recommendations.(1) These factors were also considered when developing CDC's interim public health recommendations for fully vaccinated people.

In this scientific brief, we summarize evidence available through August 24, 2021, for the currently approved or authorized COVID-19 vaccines (administered according to the recommended schedules) and additional considerations used to inform public health recommendations for fully vaccinated people, including:

- Vaccine efficacy and effectiveness against SARS-CoV-2 infection in the general population as well as among immunocompromised persons
- Vaccine effectiveness of heterologous (mixed) vaccination series
- Vaccine performance (i.e., immunogenicity and effectiveness) against emerging SARS-CoV-2 variant viruses, with a particular focus on the Delta (B.1.617.2) variant

Current evidence indicates that fully vaccinated people without immunocompromising conditions are able to engage in most activities with low risk of acquiring or transmitting SARS-CoV-2, with additional prevention measures (e.g. masking) where transmission is substantial or high.

# Emerging SARS-CoV-2 viral variants

As of August 28, 2021, the Delta variant of concern (B.1.617.2) is the predominant variant in the United States, with 99% of sequenced specimens being identified as Delta; current data on variant prevalence can be found on CDC's website. The Delta variant, first detected in India, has been shown to have increased transmissibility, potential reduction in neutralization by some monoclonal antibody treatments, and reduction in neutralization by post-vaccination sera.(2)

Other variants that are either no longer detected or are circulating at very low levels in the United States include: Alpha (B.1.1.7), first detected in the United Kingdom; Beta (B.1.351), first detected in South Africa; Gamma (P.1), first detected in Japan/Brazil; Iota (B.1.526), first detected in the United States-New York; Eta (B.1.525), first detected in the United Kingdom/Nigeria; Kappa (B.1.617.1) and B.1.617.3, first detected in India. These variants have mutations that alter the receptor binding domain of the spike protein and have variable impact on vaccine effectiveness (notably the E484K/Q mutation in Beta, Gamma, Eta, Iota, Kappa, and B.1.617.3; the N501Y mutation occurring in Alpha, Beta, and Gamma; the E417T/N mutations in Beta and Gamma; and the L452R mutation in Delta, Kappa and B.1.617.3).(2) Vaccine performance against emerging SARS-CoV-2 variants is an important consideration when evaluating the need for prevention measures in vaccinated people and will require continued monitoring.

# COVID-19 vaccine efficacy, effectiveness, and immunogenicity

Immunogenicity is the generation of effective protective immunity against a vaccine antigen as measured by laboratory tests. Vaccine efficacy refers to how well a vaccine performs in a carefully controlled clinical trial, and effectiveness describes its performance in real-world observational studies. Evidence demonstrates that the approved or authorized COVID-19 vaccines are both efficacious and effective against symptomatic, laboratory-confirmed COVID-19, including severe forms of the disease. In addition, as shown below, a growing body of evidence suggests that COVID-19 vaccines also reduce asymptomatic infection and transmission. Substantial reductions in SARS-CoV-2 infections (both symptomatic and asymptomatic) will reduce overall levels of disease, and therefore, SARS-CoV-2 virus transmission in the United States. Investigations are ongoing to further assess the risk of transmission from fully vaccinated persons with SARS-CoV-2 infections to other vaccinated and unvaccinated people. Early evidence suggests infections in fully vaccinated persons caused by the Delta variant of SARS-CoV-2 may be transmissible to others; however, SARS-CoV-2 transmission between unvaccinated persons is the primary cause of continued spread.

### Animal challenge studies

Rhesus macaque challenge studies provided the first evidence of the potential protective effects of Pfizer-BioNTech, Moderna, and Janssen COVID-19 vaccines against SARS-CoV-2 infection, including both symptomatic and asymptomatic infection. Vaccinated macaques developed neutralizing antibodies that exceeded those in human convalescent sera and showed no or minimal signs of clinical disease after SARS-CoV-2 challenge.(3-5) In addition, COVID-19 vaccination prevented or limited viral replication in the upper and lower respiratory tracts, which may have implications for transmission of the virus among humans.(3-5)

### Vaccine efficacy from human clinical trials

Clinical trials subsequently demonstrated the FDA-approved or authorized COVID-19 vaccines to be efficacious against laboratory-confirmed, symptomatic COVID-19 in adults, including severe forms of the disease, with evidence for protection against both symptomatic and asymptomatic SARS-CoV-2 infection (6-12) (**Box**). Trial data demonstrated 100% efficacy of the Pfizer-BioNTech vaccine against laboratory-confirmed, symptomatic COVID-19 in adolescents 12–15 years old; this estimate was based on small numbers of cases and prior to emergence of the Delta variant.(13)

Clinical trial data suggest that the Janssen COVID-19 vaccine may have reduced overall efficacy against disease caused by the Beta variant, compared to the other COVID-19 vaccines. Although sero-response rates were similar between U.S. clinical trial participants and those from Brazil and South Africa, vaccine efficacy against moderate to severe-critical COVID-19 after ≥14 days was 74% in the United States (where ~96% of infections were due to the ancestral strain with the D614G mutation), 66% in Brazil (where ~69% of infections were due to Zeta [P.2]), and 52% in South Africa (where ~95% of infections were due to Beta).(14) Notably, Janssen vaccine showed good efficacy against severe or critical disease (73%–82%) across all sites.

**Box. Summary of vaccine efficacy estimates for approved or authorized COVID-19 vaccines**

All approved or authorized COVID-19 vaccines demonstrated efficacy (range 65% to 95%) against symptomatic, laboratory-confirmed COVID-19 in adults ≥18 years.

- For each approved or authorized COVID-19 vaccine, efficacy was demonstrated across different populations, including elderly and younger adults, in people with and without underlying health conditions, and in people representing different races and ethnicities.

- The Pfizer-BioNTech COVID-19 vaccine also demonstrated high efficacy against symptomatic, laboratory-confirmed COVID-19 in adolescents aged 12-17 years.

All approved or authorized COVID-19 vaccines demonstrated high efficacy (≥89%) against COVID-19 severe enough to require hospitalization.

All approved or authorized COVID-19 vaccines demonstrated high efficacy against COVID-19-associated death.

- In the clinical trials, no participants who received a COVID-19 vaccine died from COVID-19; the Moderna and Janssen vaccine trials among adults ≥18 years each had COVID-19 deaths in the unvaccinated placebo arm.

Data from the clinical trials among adults ≥18 years old suggest COVID-19 vaccination protects against symptomatic infection and may also protect against asymptomatic infection.

- In the Moderna trial, among people who had received a first dose, the number of asymptomatic people who tested positive for SARS-CoV-2 at their second-dose appointment was approximately 67% lower among vaccines than among placebo recipients (0.1% [n=15] and 0.3% [n=39], respectively)
- Efficacy of Janssen COVID-19 vaccine against asymptomatic infection was 74% in a subset of trial participants.

No trials have compared efficacy between any of the approved or authorized vaccines in the same study population at the same time, making comparisons of efficacy difficult.

- All Phase 3 trials differed by calendar time and geography.
- Vaccines were tested in settings with different background COVID-19 incidence and circulating variants.

**Vaccine effectiveness from real-world studies**

Multiple studies from the United States and other countries have demonstrated that a two-dose COVID-19 mRNA vaccination series is effective against SARS-CoV-2 infection (including both symptomatic and asymptomatic infections) caused by ancestral and variant strains and sequelae including severe disease, hospitalization, and death. Early evidence for the Janssen vaccine also demonstrates effectiveness against COVID-19 in real-world conditions. There is now a substantial volume of scientific literature examining the effectiveness of COVID-19 vaccination against SARS-CoV-2 infection, symptomatic disease, and other clinical outcomes; detailed summaries of these studies are available in the International Vaccine Access Center's VIEW-Hub resource library.

Several systematic reviews and meta-analyses of vaccine effectiveness have recently been published (15-17); meta-analyses indicate an average effectiveness of full vaccination against SARS-CoV-2 infection of 85%–95% shortly after completion of vaccination. (16, 17) However, many of the studies in these reviews were conducted prior to the emergence of the variants of concern. Studies in Israel, Europe, and the United Kingdom have demonstrated high real-world effectiveness (>85%) of two doses of Pfizer-BioNTech COVID-19 vaccine while the Alpha variant was prevalent.(18-26) Studies from Qatar have demonstrated high effectiveness against documented infection with Alpha and Beta ≥14 days after receiving the Pfizer-BioNTech vaccine (90% and 75%, respectively) and the Moderna vaccine (100% and 96%, respectively); importantly, both vaccines were 96%–100% effective against severe, critical, or fatal disease, regardless of strain.(27, 28) In three studies from Canada, one demonstrated 79% effectiveness for mRNA vaccines against confirmed infection during a time when Alpha and Gamma represented most infections, while another two demonstrated 84% and 88% effectiveness, respectively, against symptomatic infection caused by Gamma/Beta.(29-31)

Individual studies specifically examining vaccine effectiveness against the Delta variant or conducted in the context of substantial circulation of Delta are summarized in Table 1a and as follows. Studies from the United Kingdom have noted effectiveness of the Pfizer-BioNTech vaccine against confirmed infection (79%) and symptomatic infection (88%), compared with the Alpha variant (92% and 93%, respectively).(23, 25) A study from Canada demonstrated 87% effectiveness against symptomatic illness caused by the Delta variant ≥7 days after receipt of the second dose of Pfizer-BioNTech vaccine, compared with 89% for the Alpha variant.(32)Data from Qatar demonstrated 54% effectiveness against symptomatic illness for the Pfizer-BioNTech vaccine compared with 85% for the Moderna vaccine.(33). Preliminary data from South Africa on the effectiveness of the Janssen vaccine showed 71% effectiveness against hospitalization when Delta variant was predominant, compared to 67% when Beta was predominant. Data from Israel also suggest decreased effectiveness of vaccines against infection and illness caused by Delta. The variability in vaccine effectiveness estimates between countries

may in part reflect differences in study methodology, intervals used between vaccine doses, and timing of vaccine effectiveness assessments. Of note, the United Kingdom and Canada used prolonged intervals of 12–16 weeks between vaccine doses, which have been observed to induce higher immunogenicity and effectiveness (including in ages ≥80 years) (34-37). The most recent estimates from Israel and Qatar represent time points >6 months after initiating respective national vaccination campaigns and 2–5 months after prior assessments of vaccine effectiveness against the Alpha variant, with potential for waning immunity. Notably, in the United Kingdom, Canada, Qatar, South Africa, and Israel, vaccine effectiveness against hospitalization related to Delta was >90% and comparable to that observed with Alpha for all vaccines currently approved or authorized in the United States.(26, 32, 33)

Table 1a. *Effectiveness of COVID-19 Vaccination Against SARS-CoV-2 Infection and Symptomatic Disease (Including Severe Disease and Hospitalization) Caused by the Delta Variant*

| Country | Population | Vaccine | Outcome | Vaccine Effectiveness* |
|---|---|---|---|---|
| UK[38] | General population ≥16 years | Pfizer-BioNTech | Symptomatic disease | 88%[1](85-90) |
| Canada[32] | General population ≥16 years | Pfizer-BioNTech | Symptomatic disease | 85%[1](59-94) |
| UK (Scotland)[25] | General population | Pfizer-BioNTech | SARS-CoV-2 infection | 79%[1](75-82) |
| UK[23] | General population | Pfizer-BioNTech | SARS-CoV-2 infection | 80%[1](77-83) |
| United States[39] | Healthcare workers, first responders, and other essential and frontline workers | Pfizer-BioNTech, Moderna, or Janssen | SARS-CoV-2 infection | 66%[1](26-84) |
| United States[40] | Health system members ≥12 years | Pfizer-BioNTech | SARS-CoV-2 infection | 75%[2](71-78) |
| | | | Hospitalization | 93%[2](84-96) |
| Qatar[33] | General population ≥12 years | Moderna | SARS-CoV-2 infection | 85%[1](76-91) |
| | | Pfizer-BioNTech | SARS-CoV-2 infection | 54%[1](44-61) |
| | | Moderna | Symptomatic disease | 86%[1](71-94) |
| | | Pfizer-BioNTech | Symptomatic disease | 56%[1](41-67) |
| | | Moderna | Severe, critical, or fatal disease | 100%[1](41-100) |
| | | Pfizer-BioNTech | Severe, critical, or fatal disease | 90%[1](61-98) |
| UK[26] | Patients hospitalized following ED visit | Pfizer-BioNTech | Hospitalization | 96%[1](86-99) |

*Only studies including estimates of vaccine effectiveness ≥7 days following a completed vaccination series of a COVID-19 vaccine currently approved or authorized for use in the United States are included here. For studies that examined variant-specific vaccine effectiveness against multiple variants of SARS-CoV-2, only estimates for effectiveness against the Delta

variant are shown. The 95% confidence interval for each estimate of vaccine effectiveness is displayed in parentheses following the estimate.

[1]≥14 days after second dose

[2]≥7 days after second dose

In addition to preventing morbidity and mortality associated with COVID-19, currently approved or authorized vaccines also demonstrate effectiveness against asymptomatic SARS-CoV-2 infection. However, most studies of asymptomatic infection prevention were conducted in the context of circulation of different variants and the effectiveness of COVID-19 vaccines in preventing asymptomatic infection differs by variant and vaccine. In addition, infections identified in such studies as asymptomatic may simply have been identified prior to the infected person developing symptoms, i.e., these infections are presymptomatic rather than asymptomatic. Asymptomatic people are also less likely to be tested for SARS-CoV-2 infection in most settings and thus less likely to be captured in "real world" effectiveness studies.

Table 1b. *Effectiveness of COVID-19 Vaccination Against Asymptomatic SARS-CoV-2 Infection When Different Variants Predominated*

| Country | Population | Vaccine | Dominant Variant(s) | Vaccine Effectiveness* |
|---|---|---|---|---|
| Israel [24] | Healthcare workers | Pfizer-BioNTech | Alpha | 65%[1](45-79) |
| United States (California) [41] | General population ≥18 years | Pfizer-BioNTech or Moderna | Epsilon, Alpha | 68%[2](29-86) |
| United States[42] | Preprocedural adult patients | Pfizer-BioNTech or Moderna | Ancestral strain | 80%[3](56-91) |
| Qatar[33] | General population ≥12 years | Moderna | Delta | 80%[4](54-93) |
| | | Pfizer-BioNTech | Delta | 36%[4](11-54) |
| Israel[43] | Healthcare workers | Pfizer-BioNTech | Alpha | 86%[5](69-93) |
| Israel[21] | General population ≥16 years | Pfizer-BioNTech | Alpha | 92%[5](91-92) |
| Israel[19] | General population ≥16 years | Pfizer-BioNTech | Ancestral strain, Alpha | 90%[5](83-94) |

*The 95% confidence interval for each estimate of vaccine effectiveness is displayed in parentheses following the estimate.

[1]≥11 days after second dose
[2]≥15 days after second dose
[3]≥0 days after second dose
[4]≥14 days after second dose
[5]≥7 days after second dose

### Vaccine immunogenicity and effectiveness in immunocompromised people

Vaccination is particularly important for people with immunocompromising conditions, who are at increased risk of severe COVID-19 illness. However, current evidence suggests reduced protection from COVID-19 vaccines for many immunocompromised persons. Recent studies in several countries found significantly lower vaccine effectiveness among immunocompromised adults compared to those without immunocompromising conditions (44-46) (Table 2), although each

study defined the immunocompromised population differently. Studies in the United States and Israel have also found that immunocompromised persons account for a high proportion (≥40%) of infections among fully vaccinated hospitalized persons. (46, 47)

Compared with those who are not immunocompromised, reduced antibody response to a two-dose primary series of mRNA COVID-19 vaccines has also been observed in specific groups of immunocompromised adults, including people receiving solid organ transplants (48-54); some people with cancer, particularly hematologic cancers (55, 56); some people receiving hemodialysis for kidney disease (57, 58); and people taking certain immunosuppressive medications (51, 53, 54, 59). While antibody measurement and threshold levels varied by study, a large proportion of immunocompromised persons overall had a measurable immune response after a two-dose series of mRNA vaccine, although some remained seronegative. The distribution of antibody response by immunocompromising condition in several recent studies is summarized in Figure 1.

Emerging data suggest an additional COVID-19 vaccine dose in immunocompromised people, typically administered at least 28 days after completion of the primary series, increases antibody response: in small observational studies of solid organ transplant recipients (60-63) or hemodialysis patients (64-66), 33%-54% of persons who had no detectable antibody response to an initial two-dose mRNA vaccine series developed an antibody response to an additional dose of a COVID-19 vaccine. A recently published randomized controlled trial demonstrated substantial increases in serologic immune response to a third dose of Moderna's mRNA vaccine compared with placebo among solid organ transplant recipients who previously received a two-dose series of that vaccine.(67) While these studies evaluated serologic immune response to an additional vaccine dose, the clinical impact of an additional dose on acquisition, severity, and infectiousness of infections in fully vaccinated immunocompromised persons is not yet known.

Table 2. *Effectiveness of COVID-19 Primary Series Vaccination Against SARS-CoV-2 Infection and Symptomatic Disease* ***among Immunocompromised Persons***

| Country | Population | Vaccine | Outcome | Dominant Variant(s) | Vaccine Effectiveness in IC Population | Vaccine Effectiveness in Comparison Population* |
|---|---|---|---|---|---|---|
| United States[45] | Veterans ≥18 years taking immunosuppressive medications for inflammatory bowel disease | Pfizer-BioNTech or Moderna | SARS-CoV-2 infection | Unknown | 69%[1](44-83) | No comparison |
| United States[68] | Solid organ transplant recipients | Pfizer-BioNTech, Moderna, or Janssen | SARS-CoV-2 infection | Ancestral strain, Alpha | 81%[2](50-95) | No comparison |
| Israel[44] | General population ≥16 years | Pfizer-BioNTech | SARS-CoV-2 infection | Ancestral strain, Alpha | 71%[1](37-87) | 90%(79-95) |
| | | | Symptomatic disease | | 75%[1](44-88) | 94%(88-97) |
| Qatar[69] | Kidney transplant recipients | Pfizer-BioNTech or Moderna | SARS CoV-2 infection | Alpha, Beta | 47%[2](0-74) | No comparison |
| | | | Severe, critical, or fatal COVID-19 disease | | 72%[2](0-91) | |

| | | | | | | |
|---|---|---|---|---|---|---|
| United States[46] | Hospitalized patients ≥18 years | Pfizer-BioNTech or Moderna | Hospitalization | Ancestral strain, Alpha | 59%[2](12-81) | 91%(86-95) |

IC: Immunocompromised

* In the Israeli study, the comparison is with overall vaccine effectiveness (i.e., vaccine effectiveness in the entire study population, including those with immunocompromising conditions). In the U.S. study, the comparison is with vaccine effectiveness among members of the study population without immunocompromising conditions.

The 95% confidence interval for each estimate of vaccine effectiveness is displayed in parentheses following the estimate.

[1]≥7 days after second dose
[2]≥14 days after second dose

Figure 1:




*The studies displayed in Figure 1 represent the results of a literature review conducted by the Advisory Committee on Immunization Practices' COVID-19 Vaccines Work Group and are current as of July 21, 2021. Numerous additional studies of antibody response to COVID-19 vaccination in various immunocompromised populations have been published since that date and are not captured here.

**Vaccine immunogenicity and effectiveness of heterologous (mixed) dosing regimens**

Multiple small studies from Europe have examined the immunogenicity of a heterologous or 'mixed' series of COVID-19 vaccines. These studies found that receipt of a dose of AstraZeneca's adenovirus vector vaccine followed by a dose of an mRNA vaccine (most frequently Pfizer-BioNTech) induced a robust immune response (70-72) and was at least as immunogenic as two doses of mRNA vaccines by most measures of immune response.(73-79) One study examined vaccine effectiveness of this heterologous series and estimated an effectiveness of 88% against any SARS-CoV-2 infection two weeks following the mRNA (second) dose.(80) Only one study examined a heterologous series in which the mRNA vaccine was the priming (first) dose; this study found that a dose of Pfizer-BioNTech vaccine followed by a dose of AstraZeneca vaccine did not achieve non-inferiority of immune response when compared with two doses of Pfizer-BioNTech.(81) A single study to date examined heterologous dosing with a primary mRNA vaccine series followed by a dose of the Janssen adenovirus vector COVID-19 vaccine in four subjects and noted substantially increased immune response against SARS-CoV-2 after the third dose.(82)

**Vaccine-induced neutralizing antibody activity**

Sera from mRNA COVID-19 vaccine (both Pfizer-BioNTech and Moderna) recipients have demonstrated minimal to large reductions in antibody neutralization activity against a variety of mutations, as reviewed in VIEW-Hub. Two related systematic reviews and meta-analyses have also been published (83, 84); however, these reviews do not include all available neutralization studies of the Delta variant with sera from people who received mRNA vaccines or the Janssen vaccine.(85-96) Across studies of VOCs, the greatest reductions were observed for Beta, followed by Gamma and Delta; reductions for Alpha were minimal. The E484K/Q and L452R mutations alone or in combination with other mutations in the receptor binding domain have been shown to account for the majority of the reduction in vaccine-induced neutralizing antibody activity for the Beta, Gamma, and Delta variants.(97-103) Alpha and Iota variants with E484K mutations, which have been detected in the United Kingdom, United States, and other countries, have shown further reductions in neutralization above Alpha and Iota alone, respectively.(87, 97, 104-109) For two-dose COVID-19 vaccines, multiple studies have shown greater neutralization against variants after the second dose (i.e. among fully vaccinated people) compared with after the first dose alone.(88, 91, 97, 98, 110-118)

Robust correlation has been demonstrated between vaccine efficacy and neutralizing antibody levels induced by different vaccines.(119, 120) Based on evidence from clinical trials, the correlate of protection, or antibody threshold providing protection against severe disease, has been estimated to be much lower than that required for protection against confirmed infection.(120) However, in the absence of an accepted antibody threshold that correlates with protection, it is difficult to fully predict how reduced neutralizing activity may affect COVID-19 vaccine effectiveness. Some variants may reduce neutralizing antibody levels to near or below the protective threshold, resulting in lowered vaccine efficacy, increased infections in vaccinated persons, and shortened duration of immunity, and others may not be significant.

### Vaccine-induced cellular immunity

Several studies have assessed CD4+ and CD8+ T cell responses from Moderna or Pfizer-BioNTech vaccine recipients to the ancestral SARS-CoV-2 strain compared with the Alpha, Beta, Gamma, and Epsilon variants; these studies observed modest or no defects in cellular immune recognition of the variants.(112, 116, 121-126) Thus, cellular immunity may help limit disease severity in infections caused by variants that partially escape neutralizing antibodies. Variations in the genes encoding human leukocyte antigens have been observed to result in variation of the T cell response to specific SARS-CoV-2 variants, which may impact different subpopulations differently based on genetic prevalence of these variations.(127-132) There are currently no studies of vaccine-induced cellular immunity against the Delta variant.

### Older adults and long-term care facility residents

Multiple studies have noted reduced vaccine effectiveness in older adults (≥60 years) (38, 133-135) or residents of long-term care facilities, compared with general population estimates.(136-138) Compared with younger individuals, persons aged >80 years have been noted to have reduced T-cell responses, lower neutralizing antibody levels, and less potential antibody diversity (somatic hypermutation), potentially giving this group increased risk for susceptibility to SARS-CoV-2 infection in vaccinated people. (139) Two studies have observed poor antibody response to the Pfizer-BioNTech vaccine among nursing home residents compared with staff (140, 141); one study noted 38% of nursing home residents had undetectable antibodies to the Beta variant at 2–4 weeks after the second dose of Pfizer-BioNTech vaccine, compared with 12% with Moderna vaccine.(140) Another study showed declining antibody levels among nursing home residents, with 72% of residents having undetectable neutralizing antibody levels at 6 months post-vaccination with Pfizer-BioNTech.(142)

### Duration of protection

Immunogenicity of COVID-19 vaccines has been demonstrated out to 6–8 months after vaccination.(86, 143) At 2–3 months post vaccination, two studies have shown lower neutralizing titers, including against the Beta and Delta variants, for Janssen (an adenovirus vector vaccine) compared with the mRNA vaccines.(144, 145) Two studies have shown a combined impact of waning antibody levels and reduced neutralization of variants; six months after receiving the Moderna vaccine, neutralizing antibody levels were reduced but sufficient to protect against the ancestral strain, while about 50% of people had undetectable neutralization activity against Beta and Gamma compared with the ancestral strain.(146, 147) However, a small study of people 8 months after receiving the Janssen vaccine had minimal decline in neutralizing titers against Beta, Gamma, and Delta and there was evidence of expanded breadth of neutralizing antibody response against variants over this time period, likely through B cell maturation.(86) More evidence is still needed in this area, including understanding potential differences in the kinetics of immune response related to different vaccine platforms. One recent modeling study based on immunogenicity data predicted that vaccine effectiveness against symptomatic infection caused by the Delta variant may drop below 50% within the first year after vaccination for most current vaccines in use globally, while the majority are protected from severe illness.(148)

Six-month clinical efficacy for the Pfizer-BioNTech vaccine shows an overall efficacy against infection of 91% and 97% efficacy against severe illness.(149) However, a non-significant decrease of six percentage points was observed for every two months ≥7 days post-vaccination, from 96% at ≥7 days to <2 months, 90% at 2 to <4 months, and 84% at 4 to <6 months. Similar results for the Moderna vaccine have not yet been published, but data from the manufacturer cite 93% overall efficacy up to 6 months.

Several recent studies have noted decreases over time in the effectiveness of COVID-19 vaccines against SARS-CoV-2 infection. A study of U.S. long-term care residents, who were among the first groups in the United States to be vaccinated, found effectiveness of mRNA vaccination against infection declined from 75% in March–May 2021 to 53% in June–July 2021.(150) A study of adults in one U.S. state found a decline in vaccine effectiveness against SARS-CoV-2 infection from 92% the week of May 3, 2021 to 80% the week of July 19, 2021.(151) Two studies in large U.S. health systems examined mRNA vaccine effectiveness longitudinally from December 2020 and January 2021 through July 2021 and August 2021 and noted marked declines over this period (40, 152); similarly, a large population-based study in the UK identified decreases in effectiveness of Pfizer-BioNTech vaccination over 4-5 months following the second dose.(153) Observed changes in vaccine effectiveness against infection with SARS-CoV-2 may reflect reduced vaccine performance against the Delta variant, waning immunity from primary vaccination, or other unmeasured confounders. In addition, as people at the highest risk of SARS-CoV-2 infection were generally vaccinated first, observational studies of duration of immunity may be subject to confounding by risk status. Importantly, data as of July 2021 confirm sustained high effectiveness of full mRNA vaccination against COVID-19 hospitalization, even up to 6 months post-vaccination.(151, 154)

A retrospective cohort study in a large healthcare system in Israel noted a 2.3-fold increased risk for infection among fully vaccinated persons who were vaccinated with Pfizer-BioNTech in January vs. April 2021.(155) A similar study observed a higher rate (2.4% v. 1.1%, OR=2.2) of infection in fully vaccinated persons who received the second Pfizer-BioNTech dose ≥5 months ago compared with those who received it <5 months ago, with higher magnitude of difference with increasing age. (156)

**Infections in fully vaccinated persons: clinical implications and transmission**

As expected, because no vaccines is 100% effective, infections in fully vaccinated persons (e.g. breakthrough infections) have been observed, albeit at much lower rates than infections among unvaccinated persons; vaccine effectiveness against severe disease remains high. From January through June 2021, COVID-NET data from laboratory-confirmed COVID-19-associated hospitalizations in adults ≥18 years of age for whom vaccination status is known showed 3% of hospitalizations occurred in fully vaccinated persons. In general, symptoms and duration of illness in infections among fully vaccinated persons have been attenuated compared with cases among unvaccinated people.(157) CDC conducts nationwide monitoring of infections in fully vaccinated persons resulting in hospitalization or death. Among hospitalized or fatal cases reported to CDC as of August 30, 2021, 70% of hospitalized cases and 87% of fatal cases of COVID-19 in fully vaccinated persons were in persons aged 65 years or older. Infections in fully vaccinated persons may be associated with lower antibody levels compared with those who maintain protection, as shown in a study of fully vaccinated healthcare workers in Israel with infections caused by the Delta variant.(158) However, infection in a fully vaccinated person may boost immunity; four weeks after an outbreak in a long-term care facility, fully vaccinated residents who experienced SARS-CoV-2 infections were found to have significantly higher antibody levels than vaccinated individuals who did not experience SARS-CoV-2 infections.(159)

The proportions of VOCs observed among cases in fully vaccinated persons has been similar to that observed in CDC's national genomic surveillance,(160) but interpretation of these data are challenging because of local variation and changes in variant proportions over time. An Israeli study of VOC infections in adults fully vaccinated with Pfizer-BioNTech vaccine compared with unvaccinated matched controls, during a time when Alpha was the dominant strain and Beta was detected in <1% of all specimens, found a higher proportion of Beta in fully vaccinated cases (matched odds ratio = 8.0) and a higher proportion of Alpha in partially vaccinated cases (matched odds ratio = 2.6), though small sample sizes, especially for Beta, were noted as a limitation.(161) Results of a study from Maryland showed that variants with E484K substitutions (e.g., Beta, Gamma) were associated with increased odds of SARS-CoV-2 infection (OR=2.0) in fully vaccinated persons and infection in fully vaccinated persons associated with hospitalization (OR=2.6), while L452R substitutions (e.g., Delta) were not.(162) However, a study from Houston, Texas observed that Delta caused a significantly higher rate of infections in fully vaccinated people compared with infections from other variants, but noted that only 6.5% of all COVID-19 cases occurred in fully vaccinated individuals(163); similar findings were noted in India.(96)

In studies conducted before the emergence of the Delta variant, data from multiple studies in different countries suggested that people vaccinated with mRNA COVID-19 vaccines who develop COVID-19 generally have a lower viral load than unvaccinated people.(157, 165-169) This observation may indicate reduced transmissibility, as viral load has been identified as

a key driver of transmission.(170) Studies from multiple countries found significantly reduced likelihood of transmission to household contacts from people infected with SARS-CoV-2 who were previously vaccinated for COVID-19.(171-176) For the Delta variant, early data indicate vaccinated and unvaccinated persons infected with Delta have similar levels of viral RNA and culturable virus detected, indicating that some vaccinated people infected with the Delta variant of SARS-CoV-2 may be able to transmit the virus to others.(163, 164, 177-180) However, other studies have shown a more rapid decline in viral RNA and culturable virus in fully vaccinated people (96, 177, 180-182). One study observed that Delta infection in fully vaccinated persons was associated with significantly less transmission to contacts than persons who were unvaccinated or partially vaccinated.(181)

Together, these studies suggest that vaccinated people who become infected with Delta have potential to be less infectious than infected unvaccinated people. However, more data are needed to understand how viral shedding and transmission from fully vaccinated persons are affected by SARS-CoV-2 variants, time since vaccination, and other factors, particularly as transmission dynamics may vary based on the extent of exposure to the infected vaccinated person and the setting in which the exposure occurs. Additional data collection and studies are underway to understand the extent and duration of transmissibility of Delta variant SARS-CoV-2 in the United States and other countries.

**Conclusions**

COVID-19 vaccines currently approved or authorized in the United States have been shown to provide considerable protection against severe disease and death caused by COVID-19. These findings, along with the early evidence for reduced levels of viral mRNA and culturable virus in vaccinated people who acquire SARS-CoV-2 infection, suggest that any associated transmission risk is substantially reduced in vaccinated people: even for Delta, evidence suggests fully vaccinated people who become infected are infectious for shorter periods of time than unvaccinated people infected with Delta. While vaccine effectiveness against emerging and other SARS-CoV-2 variants will continue to be assessed, available evidence suggests that the COVID-19 vaccines approved or authorized in the United States offer substantial protection against hospitalization and death from emerging variants, including the Delta variant. Data suggest lower vaccine effectiveness against laboratory-confirmed illness and symptomatic disease caused by the Beta, Gamma, and Delta variants compared with the ancestral strain and Alpha variant. Early data also find some decline in vaccine effectiveness against SARS-CoV-2 infection over time, although in fall 2021, 9 months after the start of the U.S. COVID-19 vaccination program, vaccination remains highly protective against hospitalization with COVID-19.

Evidence suggests the U.S. COVID-19 vaccination program has substantially reduced the burden of disease in the United States by preventing serious illness in fully vaccinated people and interrupting chains of transmission. Vaccinated people can still become infected and have the potential to spread the virus to others, although at much lower rates than unvaccinated people. The risks of SARS-CoV-2 infection in fully vaccinated people are higher where community transmission of the virus is widespread. Current efforts to maximize the proportion of the U.S. population that is fully vaccinated against COVID-19 remain critical to ending the COVID-19 pandemic.

*Note: This brief summarizes evidence related to vaccines approved or authorized for emergency use in the United States. In specific circumstances, CDC guidance for fully vaccinated people can also be applied to COVID-19 vaccines that have been listed for emergency use by the World Health Organization (e.g. AstraZeneca/Oxford) and to some vaccines used for U.S. participants in COVID-19 vaccine trials.

## Previous Updates

Updates from Previous Content

**As of July 27, 2021**

- Data were added from studies published since the last update that demonstrate currently authorized mRNA vaccines provide protection against variants of concern, including the Delta strain that is now predominant in the United States. Vaccine effectiveness against hospitalization and death is high for all current SARS-CoV-2 variants;

emerging data suggest lower effectiveness against confirmed infection and symptomatic disease caused by the Beta, Gamma, and Delta variants compared with the ancestral strain and the Alpha variant.

## References

**Note: Preprints have not been peer-reviewed. They should not be regarded as conclusive, guide clinical practice/health-related behavior, or be reported in news media as established information.**


1. Lee G, Carr W, ACIP Evidence Based Recommendations Work Group. Updated Framework for Development of Evidence-Based Recommendations by the Advisory Committee on Immunization Practices. MMWR Morb Mortal Wkly Rep. 2018;67(45):1271-2.
2. Centers for Disease Control and Prevention. SARS-CoV-2 Variant Classifications and Definitions [Available from: https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/variant-surveillance/variant-info.html
3. Corbett KS, Flynn B, Foulds KE, Francica JR, Boyoglu-Barnum S, Werner AP, et al. Evaluation of the mRNA-1273 Vaccine against SARS-CoV-2 in Nonhuman Primates. N Engl J Med. 2020;383(16):1544-55.
4. Mercado NB, Zahn R, Wegmann F, Loos C, Chandrashekar A, Yu J, et al. Single-shot Ad26 vaccine protects against SARS-CoV-2 in rhesus macaques. Nature. 2020;586(7830):583-8.
5. Vogel AB, Kanevsky I, Che Y, Swanson KA, Muik A, Vormehr M, et al. BNT162b vaccines protect rhesus macaques from SARS-CoV-2. Nature. 2021.
6. Baden LR, El Sahly HM, Essink B, Kotloff K, Frey S, Novak R, et al. Efficacy and Safety of the mRNA-1273 SARS-CoV-2 Vaccine. N Engl J Med. 2021;384(5):403-16.
7. Food and Drug Administration. Pfizer-BioNTech COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee Briefing Document – Sponsor. https://www.fda.gov/media/144246/download .
8. Food and Drug Administration. Moderna COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee December 17, 2020 Meeting Briefing Document- Sponsor. https://www.fda.gov/media/144452/download .
9. Food and Drug Administration. Moderna COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee December 17, 2020 Meeting Briefing Document Addendum- Sponsor. https://www.fda.gov/media/144453/download .
10. Food and Drug Administration. Janssen COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee February 26, 2021 Meeting Briefing Document – Sponsor. https://www.fda.gov/media/146219/download .
11. Food and Drug Administration. Janssen COVID-19 Vaccine. Vaccines and Related Biological Products Advisory Committee February 26, 2021 Meeting Briefing Document Addendum – Sponsor. https://www.fda.gov/media/146218/download .
12. Polack FP, Thomas SJ, Kitchin N, Absalon J, Gurtman A, Lockhart S, et al. Safety and Efficacy of the BNT162b2 mRNA Covid-19 Vaccine. N Engl J Med. 2020;383(27):2603-15.
13. Food and Drug Administration. Emergency Use Authorization (EUA) Amendment for an Unapproved Product Review Memorandum. https://www.fda.gov/media/148542/download .
14. Sadoff J, Gray G, Vandebosch A, Cardenas V, Shukarev G, Grinsztejn B, et al. Safety and Efficacy of Single-Dose Ad26.COV2.S Vaccine against Covid-19. N Engl J Med. 2021;384(23):2187-201.
15. Harder T, Koch J, Vygen-Bonnet S, Kulper-Schiek W, Pilic A, Reda S, et al. Efficacy and effectiveness of COVID-19 vaccines against SARS-CoV-2 infection: interim results of a living systematic review, 1 January to 14 May 2021. Euro Surveill. 2021;26(28).
16. Kow CS, Hasan SS. Real-world effectiveness of BNT162b2 mRNA vaccine: a meta-analysis of large observational studies. Inflammopharmacology. 2021;29(4):1075-90.
17. Shapiro J, Dean NE, Madewell ZJ, Yang Y, Halloran ME, Longini I. Efficacy Estimates for Various COVID-19 Vaccines: What we Know from the Literature and Reports. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.20.21257461v2 .
18. Björk J, Inghammar M, Moghaddassi M, et al. Effectiveness of the BNT162b2 vaccine in preventing COVID-19 in the working age population – first results from a cohort study in Southern Sweden. medRxiv.

2021;https://www.medrxiv.org/content/10.1101/2021.04.20.21254636v1 .

19. Dagan N, Barda N, Kepten E, Miron O, Perchik S, Katz MA, et al. BNT162b2 mRNA Covid-19 Vaccine in a Nationwide Mass Vaccination Setting. N Engl J Med. 2021.
20. Goldberg Y, Mandel M, Woodbridge Y, et al. Protection of previous SARS-CoV-2 infection is similar to that of BNT162b2 vaccine protection: A three-month nationwide experience from Israel. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.20.21255670v1 .
21. Haas EJ, Angulo FJ, McLaughlin JM, Anis E, Singer SR, Khan F, et al. Impact and effectiveness of mRNA BNT162b2 vaccine against SARS-CoV-2 infections and COVID-19 cases, hospitalisations, and deaths following a nationwide vaccination campaign in Israel: an observational study using national surveillance data. Lancet. 2021.
22. Hall VJ, Foulkes S, Saei A, Andrews N, Oguti B, Charlett A, et al. COVID-19 vaccine coverage in health-care workers in England and effectiveness of BNT162b2 mRNA vaccine against infection (SIREN): a prospective, multicentre, cohort study. Lancet. 2021;397(10286):1725-35.
23. Lopez Bernal J, Andrews N, Gower C, Gallagher E, Simmons R, Thelwall S, et al. Effectiveness of Covid-19 Vaccines against the B.1.617.2 (Delta) Variant. N Engl J Med. 2021.
24. Regev-Yochay G, Amit S, Bergwerk M, et al. Decreased Infectivity Following BNT162b2 Vaccination: A prospective cohort study in Israel. The Lancet Regional Health – Europe. 2021;7(100150).
25. Sheikh A, McMenamin J, Taylor B, Robertson C, Public Health S, the EIIC. SARS-CoV-2 Delta VOC in Scotland: demographics, risk of hospital admission, and vaccine effectiveness. Lancet. 2021;397(10293):2461-2.
26. Stowe J, Andrews N, Gower C, et al. Effectiveness of COVID-19 vaccines against hospital admission with the Delta (B.1.617.2) variant. khubnet. 2021;https://khub.net/web/phe-national/public-library/-/document_library/v2WsRK3ZlEig/view/479607266 .
27. Chemaitelly H, Yassine HM, Benslimane FM, Al Khatib HA, Tang P, Hasan MR, et al. mRNA-1273 COVID-19 vaccine effectiveness against the B.1.1.7 and B.1.351 variants and severe COVID-19 disease in Qatar. Nat Med. 2021.
28. Abu-Raddad LJ, Chemaitelly H, Butt AA, National Study Group for C-V. Effectiveness of the BNT162b2 Covid-19 Vaccine against the B.1.1.7 and B.1.351 Variants. N Engl J Med. 2021.
29. Chung H, He S, Nasreen S, et al. Effectiveness of BNT162b2 and mRNA-1273 COVID-19 vaccines against symptomatic SARS-CoV-2 infection and severe COVID-19 outcomes in Ontario, Canada. BMJ. 2021;Aug 20; 374:n1943.
30. Nasreen S, Chung H, He S, et al. Effectiveness of COVID-19 vaccines against variants of concern in Ontario, Canada. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.06.28.21259420v2 .
31. Yassi A, Grant JM, Lockhart K, et al. Infection control, occupational and public health measures including mRNA-based vaccination against SARS-CoV-2 infections to protect healthcare workers from variants of concern: a 14-month observational study using surveillance data. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.21.21257600v1 .
32. Nasreen S CH, He S, et al. Effectiveness of COVID-19 vaccines against variants of concern in Ontario, Canada. medRxiv. 2021;https://doi.org/10.1101/2021.06.28.21259420 .
33. Tang P, Hasan MR, Chemaitelly H, et al. BNT162b2 and mRNA-1273 COVID-19 vaccine effectiveness against the Delta (B.1.617.2) variant in Qatar. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.11.21261885v1 .
34. Amirthalingam G, Lopez Bernal J, Andrews NJ, et al. Higher serological responses and increased vaccine effectiveness demonstrate the value of extended vaccine schedules in combatting COVID-19 in England. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.26.21261140v1 .
35. Carazo S, Talbot D, Boulianne N, et al. Single-dose mRNA vaccine effectiveness against SARS-CoV-2 in healthcare workers extending 16 weeks post-vaccination: a test-negative design from Quebec, Canada. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.19.21260445v1 .
36. Flaxman A, Marchevsky N, Jenkin D, et al. Tolerability and Immunogenicity After a Late Second Dose or a Third Dose of ChAdOx1 nCoV-19 (AZD1222). Preprints with The Lancet. 2021;https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3873839 .
37. Parry H, Bruton R, Stephens C, Amirthalingam G, Hallis B, Otter A, et al. Extended interval BNT162b2 vaccination enhances peak antibody generation in older people. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.15.21257017v1 .
38. Lopez Bernal J, Andrews N, Gower C, Robertson C, Stowe J, Tessier E, et al. Effectiveness of the Pfizer-BioNTech and Oxford-AstraZeneca vaccines on covid-19 related symptoms, hospital admissions, and mortality in older adults in

England: test negative case-control study. BMJ. 2021;373:n1088.

39. Fowlkes A, Gaglani M, Groover K, et al. Effectiveness of COVID-19 Vaccines in Preventing SARS-CoV-2 Infection Among Frontline Workers Before and During B.1.617.2 (Delta) Variant Predominance — Eight U.S. Locations, December 2020–August 2021. MMWR Morb Mortal Wkly Rep. 2021;ePub: 24 August 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7034e4http://dx.doi.org/10.15585/mmwr.mm7034e4 .
40. Tartof SY, Slezak JM, Fischer H, et al. Six-Month Effectiveness of BNT162B2 mRNA COVID-19 Vaccine in a Large US Integrated Health System: A Retrospective Cohort Study. Preprints with The Lancet. 2021;https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3909743 .
41. Andrejko K, Pry J, Myers JF, et al. Early evidence of COVID-19 vaccine effectiveness within the general population of California. MedRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.08.21255135v2 .
42. Tande AJ, Pollock BD, Shah ND, Farrugia G, Virk A, Swift M, et al. Impact of the COVID-19 Vaccine on Asymptomatic Infection Among Patients Undergoing Pre-Procedural COVID-19 Molecular Screening. Clin Infect Dis. 2021.
43. Angel Y, Spitzer A, Henig O, et al. Association Between Vaccination With BNT162b2 and Incidence of Symptomatic and Asymptomatic SARS-CoV-2 Infections Among Health Care Workers. JAMA. 2021;325(24):2457-2465.
44. Chodick G, Tene L, Rotem RS, Patalon T, Gazit S, Ben-Tov A, et al. The effectiveness of the two-dose BNT162b2 vaccine: analysis of real-world data. Clin Infect Dis. 2021.
45. Khan N, Mahmud N. Effectiveness of SARS-CoV-2 Vaccination in a Veterans Affairs Cohort of Patients With Inflammatory Bowel Disease With Diverse Exposure to Immunosuppressive Medications. Gastroenterology. 2021;161(3):827-36.
46. Tenforde MW, Patel MM, Ginde AA, et al. Effectiveness of SARS-CoV-2 mRNA Vaccines for Preventing Covid-19 Hospitalizations in the United States. medRxiv. 2021;https://doi.org/10.1101/2021.07.08.21259776
47. Brosh-Nissimov T, Orenbuch-Harroch E, Chowers M, Elbaz M, Nesher L, Stein M, et al. BNT162b2 vaccine breakthrough: clinical characteristics of 152 fully vaccinated hospitalized COVID-19 patients in Israel. Clin Microbiol Infect. 2021.
48. Boyarsky BJ, Chiang TP, Ou MT, Werbel WA, Massie AB, Segev DL, et al. Antibody Response to the Janssen COVID-19 Vaccine in Solid Organ Transplant Recipients. Transplantation. 2021;105(8):e82-e3.
49. Boyarsky BJ, Werbel WA, Avery RK, Tobian AAR, Massie AB, Segev DL, et al. Antibody Response to 2-Dose SARS-CoV-2 mRNA Vaccine Series in Solid Organ Transplant Recipients. JAMA. 2021.
50. Chavarot N, Ouedrani A, Olivier M, et al. Poor Anti-SARS-CoV-2 Humoral and T-cell Responses After 2 Injections of mRNA Vaccine in Kidney Transplant Recipients Treated with Belatacept. Transplantation. 2021;105(9):e94-e5.
51. Grupper A, Rabinowich L, Schwartz D, Schwartz IF, Ben-Yehoyada M, Shashar M, et al. Reduced humoral response to mRNA SARS-CoV-2 BNT162b2 vaccine in kidney transplant recipients without prior exposure to the virus. Am J Transplant. 2021.
52. Itzhaki Ben Zadok O, Shaul AA, Ben-Avraham B, Yaari V, Ben Zvi H, Shostak Y, et al. Immunogenicity of the BNT162b2 mRNA vaccine in heart transplant recipients – a prospective cohort study. Eur J Heart Fail. 2021.
53. Rabinowich L, Grupper A, Baruch R, et al. Low immunogenicity to SARS-CoV-2 vaccination among liver transplant recipients. J Hepatol. 2021;75:435-8.
54. Rozen-Zvi B, Yahav D, Agur T, Zingerman B, Ben-Zvi H, Atamna A, et al. Antibody response to mRNA SARS-CoV-2 vaccine among kidney transplant recipients – Prospective cohort study. Clin Microbiol Infect. 2021.
55. Herishanu Y, Avivi I, Aharon A, Shefer G, Levi S, Bronstein Y, et al. Efficacy of the BNT162b2 mRNA COVID-19 Vaccine in Patients with Chronic Lymphocytic Leukemia. Blood. 2021.
56. Monin L, Laing AG, Munoz-Ruiz M, McKenzie DR, Del Molino Del Barrio I, Alaguthurai T, et al. Safety and immunogenicity of one versus two doses of the COVID-19 vaccine BNT162b2 for patients with cancer: interim analysis of a prospective observational study. Lancet Oncol. 2021.
57. Broseta JJ, Rodriguez-Espinosa D, Rodriguez N, Mosquera MDM, Marcos MA, Egri N, et al. Humoral and Cellular Responses to mRNA-1273 and BNT162b2 SARS-CoV-2 Vaccines Administered to Hemodialysis Patients. Am J Kidney Dis. 2021.
58. Simon B, Rubey H, Treipl A, et al. Hemodialysis Patients Show a Highly Diminished Antibody Response after COVID-19 mRNA Vaccination Compared to Healthy Controls. Nephrol Dial Transplant. 2021:1-8.
59. Boyarsky BJ, Ruddy JA, Connolly CM, Ou MT, Werbel WA, Garonzik-Wang JM, et al. Antibody response to a single dose of SARS-CoV-2 mRNA vaccine in patients with rheumatic and musculoskeletal diseases. Ann Rheum Dis. 2021.

60. Charmetant X, Espi M, Benotmane I, et al. Comparison of infected and vaccinated transplant recipients highlights the role of Tfh and neutralizing IgG in COVID-19 protection. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.22.21260852v1 .

61. Kamar N, Abravanel F, Marion O, Couat C, Izopet J, Del Bello A. Three Doses of an mRNA Covid-19 Vaccine in Solid-Organ Transplant Recipients. N Engl J Med. 2021;385(7):661-2.

62. Schrezenmeier E, Rincon-Arevalo H, Stefanski AL, et al. B and T cell responses after a third dose of SARS-CoV-2 vaccine in Kidney Transplant Recipients. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.12.21261966v2.full .

63. Werbel WA, Boyarsky BJ, Ou MT, Massie AB, Tobian AAR, Garonzik-Wang JM, et al. Safety and Immunogenicity of a Third Dose of SARS-CoV-2 Vaccine in Solid Organ Transplant Recipients: A Case Series. Ann Intern Med. 2021.

64. Ducloux D, Colladant M, Chabannes M, Yannaraki M, Courivaud C. Humoral response after 3 doses of the BNT162b2 mRNA COVID-19 vaccine in patients on hemodialysis. Kidney Int. 2021;100(3):702-4.

65. Espi M, Charmetant X, Barba T, et al. Justification, safety, and efficacy of a third dose of mRNA vaccine in maintenance hemodialysis patients: a prospective observational study. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.02.21259913v1 .

66. Longlune N, Nogier MB, Miedouge M, Gabilan C, Cartou C, Seigneuric B, et al. High immunogenicity of a messenger RNA based vaccine against SARS-CoV-2 in chronic dialysis patients. Nephrol Dial Transplant. 2021.

67. Hall VG, Ferreira VH, Ku T, Ierullo M, Majchrzak-Kita B, Chaparro C, et al. Randomized Trial of a Third Dose of mRNA-1273 Vaccine in Transplant Recipients. N Engl J Med. 2021.

68. Aslam S, Adler E, Mekeel K, Little SJ. Clinical effectiveness of COVID-19 vaccination in solid organ transplant recipients. Transpl Infect Dis. 2021:e13705.

69. Chemaitelly H, AlMukdad S, Joy JP, et al. SARS-CoV-2 vaccine effectiveness in immunosuppressed kidney transplant recipients. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.07.21261578v1.full .

70. Behrens GM, Cossmann A, Stankov MV, Nehlmeier I, Kempf A, Hoffmann M, et al. SARS-CoV-2 delta variant neutralisation after heterologous ChAdOx1-S/BNT162b2 vaccination. Lancet. 2021.

71. Borobia AM, Carcas AJ, Perez-Olmeda M, Castano L, Bertran MJ, Garcia-Perez J, et al. Immunogenicity and reactogenicity of BNT162b2 booster in ChAdOx1-S-primed participants (CombiVacS): a multicentre, open-label, randomised, controlled, phase 2 trial. Lancet. 2021;398(10295):121-30.

72. Normark J, Vikstrom L, Gwon YD, Persson IL, Edin A, Bjorsell T, et al. Heterologous ChAdOx1 nCoV-19 and mRNA-1273 Vaccination. N Engl J Med. 2021.

73. Rose R, Neumann, F., Grobe, O., et al. Heterologous immunisation with vector vaccine as prime followed by mRNA vaccine as boost leads to humoral immune response against SARS-CoV-2, which is comparable to that according to a homologous mRNA vaccination scheme. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.09.21260251v1 .

74. Groß R, Zanoni M, Seidel A, et al. Heterologous ChAdOx1 nCoV-19 and BNT162b2 prime-boost vaccination elicits potent neutralizing antibody responses and T cell reactivity. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.30.21257971v2 .

75. Schmidt T, Klemis V, Schub D, Mihm J, Hielscher F, Marx S, et al. Immunogenicity and reactogenicity of heterologous ChAdOx1 nCoV-19/mRNA vaccination. Nat Med. 2021.

76. Hillus D, Schwarz T, Tober-Lau P, Vanshylla K, Hastor H, Thibeault C, et al. Safety, reactogenicity, and immunogenicity of homologous and heterologous prime-boost immunisation with ChAdOx1 nCoV-19 and BNT162b2: a prospective cohort study. Lancet Respir Med. 2021.

77. Tenbusch M, Schumacher S, Vogel E, Priller A, Held J, Steininger P, et al. Heterologous prime-boost vaccination with ChAdOx1 nCoV-19 and BNT162b2. Lancet Infect Dis. 2021.

78. Barros-Martins J, Hammerschmidt SI, Cossmann A, Odak I, Stankov MV, Morillas Ramos G, et al. Immune responses against SARS-CoV-2 variants after heterologous and homologous ChAdOx1 nCoV-19/BNT162b2 vaccination. Nat Med. 2021.

79. Brehm TT, Thompson M, Ullrich F, et al. Low SARS-CoV-2 infection rate and high vaccine-induced immunity among German healthcare workers at the end of the third wave of the COVID-19 pandemic. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.02.21260667v1 .

80. Gram MA, Nielsen J, Schelde AB, et al. Vaccine effectiveness when combining the ChAdOx1 vaccine as the first dose with an mRNA COVID-19 vaccine as the second dose. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.26.21261130v1 .

81. Liu X, Shaw RH, Stuart ASV, Greenland M, Aley PK, Andrews NJ, et al. Safety and immunogenicity of heterologous versus homologous prime-boost schedules with an adenoviral vectored and mRNA COVID-19 vaccine (Com-COV): a single-blind, randomised, non-inferiority trial. Lancet. 2021.
82. Iketani S, Liu L, Nair MS, et al. A third COVID-19 vaccine shot markedly boosts neutralizing antibody potency and breadth. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.11.21261670v1 .
83. Chen X, Chen Z, Azman AS, et al. Comprehensive mapping of neutralizing antibodies against SARS-CoV-2 variants induced by natural infection or vaccination. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.03.21256506v1 .
84. Noori M, Nejadghaderi SA, Arshi S, Carson-Chahhoud K, Ansarin K, Kolahi AA, et al. Potency of BNT162b2 and mRNA-1273 vaccine-induced neutralizing antibodies against severe acute respiratory syndrome-CoV-2 variants of concern: A systematic review of in vitro studies. Rev Med Virol. 2021:e2277.
85. Arora P, Kempf A, Nehlmier I, et al. Increased lung cell entry of B.1.617.2 and evasion of antibodies induced by infection and BNT162b2 vaccination. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.06.23.449568v1 .
86. Barouch DH, Stephenson KE, Sadoff J, et al. Durable Humoral and Cellular Immune Responses Following Ad26.COV2.S Vaccination for COVID-19. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.05.21259918v1 .
87. Choi A, Koch M, Wu K, et al. Serum Neutralizing Activity of mRNA-1273 against SARS-CoV-2 Variants. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.06.28.449914v1 .
88. Davis C, Logan N, Tyson G, et al. Reduced neutralisation of the Delta (B.1.617.2) SARS-CoV-2 variant of concern following vaccination. MedRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.06.23.21259327v1 .
89. Edara VV, Pinsky BA, Suthar MS, Lai L, Davis-Gardner ME, Floyd K, et al. Infection and Vaccine-Induced Neutralizing-Antibody Responses to the SARS-CoV-2 B.1.617 Variants. N Engl J Med. 2021.
90. Jongeneelen M, Kaszas K, Veldman D, et al. Ad26.COV2.S elicited neutralizing activity against Delta and other SARS-CoV-2 variants of concern. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.07.01.450707v1 .
91. Liu C, Ginn HM, Dejnirattisai W, Supasa P, Wang B, Tuekprakhon A, et al. Reduced neutralization of SARS-CoV-2 B.1.617 by vaccine and convalescent serum. Cell. 2021.
92. Liu J, Liu Y, Xia H, Zou J, Weaver SC, Swanson KA, et al. BNT162b2-elicited neutralization of B.1.617 and other SARS-CoV-2 variants. Nature. 2021.
93. Lustig Y, Zuckerman N, Nemet I, Atari N, Kliker L, Regev-Yochay G, et al. Neutralising capacity against Delta (B.1.617.2) and other variants of concern following Comirnaty (BNT162b2, BioNTech/Pfizer) vaccination in health care workers, Israel. Euro Surveill. 2021;26(26).
94. Planas D, Veyer D, Baidaliuk A, Staropoli I, Guivel-Benhassine F, Rajah MM, et al. Reduced sensitivity of SARS-CoV-2 variant Delta to antibody neutralization. Nature. 2021;596(7871):276-80.
95. Wall EC, Wu M, Harvey R, Kelly G, Warchal S, Sawyer C, et al. Neutralising antibody activity against SARS-CoV-2 VOCs B.1.617.2 and B.1.351 by BNT162b2 vaccination. Lancet. 2021;397(10292):2331-3.
96. Mlcochova P KS, Dhar MS, et al. . SARS-CoV-2 B.1.617.2 Delta variant emergence and vaccine breakthrough. Research Square. 2021 https://www.researchsquare.com/article/rs-637724/v1 .
97. Collier DA, De Marco A, Ferreira I, Meng B, Datir R, Walls AC, et al. Sensitivity of SARS-CoV-2 B.1.1.7 to mRNA vaccine-elicited antibodies. Nature. 2021.
98. Garcia-Beltran WF, Lam EC, St Denis K, Nitido AD, Garcia ZH, Hauser BM, et al. Multiple SARS-CoV-2 variants escape neutralization by vaccine-induced humoral immunity. Cell. 2021.
99. Jangra S, Ye C, Rathnasinghe R, Stadlbauer D, Personalized Virology Initiative study g, Krammer F, et al. SARS-CoV-2 spike E484K mutation reduces antibody neutralisation. Lancet Microbe. 2021.
100. Lucas C, Vogels CBF, Yildirim I, et al. Impact of circulating SARS-CoV-2 variants on mRNA vaccine-induced immunity in uninfected and previously infected individuals. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.14.21260307v1 .
101. Tada T, Dcosta BM, Samanovic MI, Herati RS, Cornelius A, Zhou H, et al. Convalescent-Phase Sera and Vaccine-Elicited Antibodies Largely Maintain Neutralizing Titer against Global SARS-CoV-2 Variant Spikes. mBio. 2021;12(3):e0069621.
102. Tada T, Zhou H, Dcosta BM, et al. SARS-CoV-2 Lambda Variant Remains Susceptible to Neutralization by mRNA Vaccine-elicited Antibodies and Convalescent Serum. BioRxiv.

2021;https://www.biorxiv.org/content/10.1101/2021.07.02.450959v1 .

103. Wang P, Nair MS, Liu L, Iketani S, Luo Y, Guo Y, et al. Antibody Resistance of SARS-CoV-2 Variants B.1.351 and B.1.1.7. Nature. 2021.

104. Annavajhala MK, Mohri H, Zucker JE, Sheng Z, Wang P, Gomez-Simmonds A, et al. A Novel SARS-CoV-2 Variant of Concern, B.1.526, Identified in New York. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.02.23.21252259v4 .

105. Carreno JM, Alshammary H, Singh G, et al. Reduced neutralizing activity of post-SARS-CoV-2 vaccination serum against variants B.1.617.2, B.1.351, B.1.1.7+E484K and a sub-variant of C.37. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.21.21260961v1 .

106. Liu Y, Liu J, Xia H, Zhang X, Zou J, Fontes-Garfias CR, et al. BNT162b2-Elicited Neutralization against New SARS-CoV-2 Spike Variants. N Engl J Med. 2021.

107. West AP WJ, Wang JC, et al. Detection and characterization of the SARS-CoV-2 lineage B.1.526 in New York. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.02.14.431043v3 .

108. Wu K, Werner AP, Koch M, Choi A, Narayanan E, Stewart-Jones GBE, et al. Serum Neutralizing Activity Elicited by mRNA-1273 Vaccine. N Engl J Med. 2021.

109. Zhou H, Dcosta B, Samanovic M, et al. B.1.526 SARS-CoV-2 variants identified in New York City are neutralized by vaccine-elicited and therapeutic monoclonal antibodies. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.03.24.436620v1.full.pdf .

110. Alenquer M, Ferreira F, Lousa D, et al. Amino acids 484 and 494 of SARS-CoV-2 spike are hotspots of immune evasion affecting antibody but not ACE2 binding. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.04.22.441007v2 .

111. Becker M, Dulovic A, Junker D, Ruetalo N, Kaiser PD, Pinilla YT, et al. Immune response to SARS-CoV-2 variants of concern in vaccinated individuals. Nat Commun. 2021;12(1):3109.

112. Geers D, Shamier MC, Bogers S, den Hartog G, Gommers L, Nieuwkoop NN, et al. SARS-CoV-2 variants of concern partially escape humoral but not T-cell responses in COVID-19 convalescent donors and vaccinees. Sci Immunol. 2021;6(59).

113. Marot S, Malet I, Leducq V, Abdi B, Teyssou E, Soulie C, et al. Neutralization heterogeneity of United Kingdom and South-African SARS-CoV-2 variants in BNT162b2-vaccinated or convalescent COVID-19 healthcare workers. Clin Infect Dis. 2021.

114. Planas D, Bruel T, Grzelak L, Guivel-Benhassine F, Staropoli I, Porrot F, et al. Sensitivity of infectious SARS-CoV-2 B.1.1.7 and B.1.351 variants to neutralizing antibodies. Nat Med. 2021;27(5):917-24.

115. Shen X, Tang H, McDanal C, Wagh K, Fischer W, Theiler J, et al. SARS-CoV-2 variant B.1.1.7 is susceptible to neutralizing antibodies elicited by ancestral spike vaccines. Cell Host Microbe. 2021.

116. Skelly D, Harding A, Gilbert-Jaramillo J, et al. Two doses of SARS-CoV-2 vaccination induce robust immune responses to emerging SARS-CoV-2 variants of concern. Nature Communications. 2021;12(5061):1-12.

117. Stamatatos L, Czartoski J, Wan YH, Homad LJ, Rubin V, Glantz H, et al. mRNA vaccination boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection. Science. 2021.

118. Supasa P, Zhou D, Dejnirattisai W, Liu C, Mentzer AJ, Ginn HM, et al. Reduced neutralization of SARS-CoV-2 B.1.1.7 variant by convalescent and vaccine sera. Cell. 2021.

119. Earle KA, Ambrosino DM, Fiore-Gartland A, Goldblatt D, Gilbert PB, Siber GR, et al. Evidence for antibody as a protective correlate for COVID-19 vaccines. Vaccine. 2021;39(32):4423-8.

120. Khoury DS, Cromer D, Reynaldi A, Schlub TE, Wheatley AK, Juno JA, et al. Neutralizing antibody levels are highly predictive of immune protection from symptomatic SARS-CoV-2 infection. Nat Med. 2021;27(7):1205-11.

121. Gallagher KME, Leick MB, Larson RC, Berger TR, Katsis K, Yam JY, et al. SARS -CoV-2 T-cell immunity to variants of concern following vaccination. bioRxiv. 2021.

122. Lilleri D, Vassaniti I, Bergami F, et al. SARS-CoV-2 mRNA vaccine BNT162b2 elicited a robust humoral and cellular response against SARS-CoV-2 variants. Research Square. 2021;https://www.researchsquare.com/article/rs-396284/v1 .

123. Neidleman J, Luo X, McGregor M, et al. mRNA vaccine-induced SARS-CoV-2-specific T cells recognize B.1.1.7 and B.1.351 variants but differ in longevity and homing properties depending on prior infection status. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.05.12.443888v2 .

124. Stankov MV, Cossmann A, Bonifacius A, Dopfer-Jablonka A, Ramos GM, Godecke N, et al. Humoral and cellular immune responses against SARS-CoV-2 variants and human coronaviruses after single BNT162b2 vaccination. Clin Infect Dis. 2021:1-9.

125. Tarke A, Sidney J, Methot N, et al. Impact of SARS-CoV-2 variants on the total CD4+ and CD8+ T cell reactivity in infected or vaccinated individuals. Cell Reports Medicine. 2021;2(7):1-12.

126. Woldemeskel BA, Garliss CC, Blankson JN. SARS-CoV-2 mRNA vaccines induce broad CD4+ T cell responses that recognize SARS-CoV-2 variants and HCoV-NL63. J Clin Invest. 2021;131(10).

127. Motozono C, Toyoda M, Zahradnik J, et al. An emerging SARS-CoV-2 mutant evading cellular immunity and increasing viral infectivity. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.04.02.438288v1 .

128. Pretti MAM, Galvani RG, Farias AS, et al. New SARS-CoV-2 lineages could evade CD8+ T-cells response. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.03.09.434584v2 .

129. Reynolds CJ, Pade C, Gibbons JM, Butler DK, Otter AD, Menacho K, et al. Prior SARS-CoV-2 infection rescues B and T cell responses to variants after first vaccine dose. Science. 2021.

130. Dolton G, Rius C, Hasan MS, et al. Emergence of immune escape at dominant SARS-CoV-2 killer T-cell epitope. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.06.21.21259010v2 .

131. Agerer B, Koblischke M, Gudipati V, Montano-Gutierrez LF, Smyth M, Popa A, et al. SARS-CoV-2 mutations in MHC-I-restricted epitopes evade CD8(+) T cell responses. Sci Immunol. 2021;6(57).

132. Buckley PR, Lee CH, Pinho MP, et al. HLA-dependent variation in SARS-CoV-2 CD8+ T cell cross-reactivity with human coronaviruses. bioRxiv. 2021;https://www.biorxiv.org/content/10.1101/2021.07.17.452778v1 .

133. Aran D. Estimating real-world COVID-19 vaccine effectiveness in Israel using aggregated counts. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.02.05.21251139v3 .

134. Gomes D, Beyerlein A, Katz K, et al. Is the BioNTech-Pfizer COVID-19 vaccination effective in elderly populations? Results from population data from Bavaria, Germany. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.19.21262266v1 .

135. Mason T, Whitston M, Hodgson J, et al. Effects of BNT162b2 mRNA vaccine on Covid-19 infection and hospitalisation among older people: matched case control study for England. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.04.19.21255461v1 .

136. Cavanaugh AM, Fortier S, Lewis P, Arora V, Johnson M, George K, et al. COVID-19 Outbreak Associated with a SARS-CoV-2 R.1 Lineage Variant in a Skilled Nursing Facility After Vaccination Program – Kentucky, March 2021. MMWR Morb Mortal Wkly Rep. 2021;70(17):639-43.

137. Emborg H, Valentiner-Branth P, Schelde AB, et al. Vaccine effectiveness of the BNT162b2 mRNA COVID-19 vaccine against RT-PCR confirmed SARS-CoV-2 infections, hospitalisations and mortality in prioritised risk groups. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.27.21257583v1 .

138. Moustsen-Helms I, Emborg HD, Nielsen J, et al. Vaccine effectiveness after 1st and 2nd dose of the BNT162b2 mRNA Covid-19 Vaccine in long-term care facility residents and healthcare workers – a Danish cohort study medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.08.21252200v1(March 24, 2021).

139. Collier DA, Ferreira I, Kotagiri P, Datir RP, Lim EY, Touizer E, et al. Age-related immune response heterogeneity to SARS-CoV-2 vaccine BNT162b2. Nature. 2021;596(7872):417-22.

140. Abe KT, Hu Q, Mozafarihashjin M, et al. Neutralizing antibody responses to SARS-CoV-2 variants in vaccinated Ontario long-term care home residents and workers. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.06.21261721v1.full.pdf .

141. Pannus P, Neven, K.Y., De Craeye, S., et al. Poor antibody response to BioNTech/Pfizer COVID-19 vaccination in SARS-CoV-2 naïve residents of nursing homes. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.06.08.21258366v1 .

142. Canaday DH, Oyebanji OA, Keresztesy D, et al. Significant reduction in humoral immunity among healthcare workers and nursing home residents 6 months after COVID-19 BNT162b2 mRNA vaccination. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.15.21262067v1.full.pdf .

143. Doria-Rose N, Suthar MS, Makowski M, O'Connell S, McDermott AB, Flach B, et al. Antibody Persistence through 6 Months after the Second Dose of mRNA-1273 Vaccine for Covid-19. N Engl J Med. 2021;384(23):2259-61.

144. Tada T, Zhou H, Samanovic M, et al. Comparison of Neutralizing Antibody Titers Elicited by mRNA and Adenoviral Vector Vaccine against SARS-CoV-2 Variants. bioRxiv. 2021;https://doi.org/10.1101/2021.07.19.452771

145. Naranbhai V, Garcia-Beltran, W.F., Berrios Mairena, C., et al. . Immunogenicity of mRNA-1273, BNT162b2 and Ad26.COV2.S COVID-19 vaccines. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.18.21260732v1 .

146. Pegu A, O'Connell S, Schmidt SD, O'Dell S, Talana CA, Lai L, et al. Durability of mRNA-1273 vaccine-induced antibodies against SARS-CoV-2 variants. Science. 2021.

147. Wu K, Choi A, Koch M, et al. Preliminary Analysis of Safety and Immunogenicity of a SARS-CoV-2 Variant Vaccine Booster. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.05.21256716v1 .

148. Cromer D, Steain M, Reynaldi A, et al. SARS-CoV-2 variants: levels of neutralisation required for protective immunity. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.11.21261876v1 .

149. Thomas SJ, Moreira ED, Kitchin N, et al. Six Month Safety and Efficacy of the BNT162b2 mRNA COVID-19 Vaccine. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.28.21261159v1 .

150. Nanduri S, Pilishvili T, Derado G, et al. Effectiveness of Pfizer-BioNTech and Moderna Vaccines in Preventing SARS-CoV-2 Infection Among Nursing Home Residents Before and During Widespread Circulation of the SARS-CoV-2 B.1.617.2 (Delta) Variant — National Healthcare Safety Network, March 1–August 1, 2021. MMWR Morb Mortal Wkly Rep. 2021;ePub: 18 August 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7034e3 .

151. Rosenberg ES, Holtgrave DR, Dorabawila V, et al. New COVID-19 Cases and Hospitalizations Among Adults, by Vaccination Status — New York, May 3–July 25, 2021. MMWR Morb Mortal Wkly Rep. 2021;ePub: 18 August 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7034e1 .

152. Puranik A, Lenehan PJ, Silvert E, et al. Comparison of two highly-effective mRNA vaccines for COVID-19 during periods of Alpha and Delta variant prevalence. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.06.21261707v3 .

153. Pouwels KB, Pritchard E, Matthews PC, et al. Impact of Delta on viral burden and vaccine effectiveness against new SARS-CoV-2 infections in the UK. 2021;https://www.ndm.ox.ac.uk/files/coronavirus/covid-19-infection-survey/finalfinalcombinedve20210816.pdf .

154. Tendforde MW, Self WH, Naioti EA, et al. Sustained Effectiveness of Pfizer-BioNTech and Moderna Vaccines Against COVID-19 Associated Hospitalizations Among Adults — United States, March–July 2021. MMWR Morb Mortal Wkly Rep. 2021;ePub: 18 August 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7034e2 .

155. Mizrahi B, Lotan R, Kalkstein N, et al. Correlation of SARS-CoV-2 Breakthrough Infections to Time-from-vaccine; Preliminary Study. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.29.21261317v1.full .

156. Israel A, Merzon E, Schäffer AA, et al. Elapsed time since BNT162b2 vaccine and risk of SARS-CoV-2 infection in a large cohort. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.03.21261496v1 .

157. Thompson MG, Burgess JL, Naleway AL, Tyner H, Yoon SK, Meece J, et al. Prevention and Attenuation of Covid-19 with the BNT162b2 and mRNA-1273 Vaccines. N Engl J Med. 2021;385(4):320-9.

158. Bergwerk M, Gonen T, Lustig Y, Amit S, Lipsitch M, Cohen C, et al. Covid-19 Breakthrough Infections in Vaccinated Health Care Workers. N Engl J Med. 2021.

159. Muller L, Andree M, Ostermann PN, et al. SARS-CoV-2 infection in fully vaccinated individuals of old age strongly boosters the humoral immune response. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.19.21260563v1 .

160. Centers for Disease Control and Prevention. COVID-19 Vaccine Breakthrough Infections Reported to CDC — United States, January 1–April 30, 2021 [Available from: https://www.cdc.gov/mmwr/volumes/70/wr/mm7021e3.htm?s_cid=mm7021e3_w.

161. Kustin T, Harel N, Finkel U, Perchik S, Harari S, Tahor M, et al. Evidence for increased breakthrough rates of SARS-CoV-2 variants of concern in BNT162b2-mRNA-vaccinated individuals. Nat Med. 2021.

162. Feder KA, Patel A, Vepachedu VR, et al. Association of E484K and L452R spike protein mutations with SARS-CoV-2 infection in vaccinated persons—Maryland, January – May 2021. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.29.21261006v2 .

163. Musser JM, Christensen PA, Olsen RJ, et al. Delta variants of SARS-CoV-2 cause significantly increased vaccine breakthrough COVID-19 cases in Houston, Texas. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.19.21260808v2 .

164. Brown CM, Vostok J, Johnson H, Burns M, Gharpure R, Sami S, et al. Outbreak of SARS-CoV-2 Infections, Including COVID-19 Vaccine Breakthrough Infections, Associated with Large Public Gatherings – Barnstable County, Massachusetts, July 2021. MMWR Morb Mortal Wkly Rep. 2021;70(31):1059-62.

165. Jones NK, Rivett L, Seaman S, Samworth RJ, Warne B, Workman C, et al. Single-dose BNT162b2 vaccine protects against asymptomatic SARS-CoV-2 infection. Elife. 2021;10.

166. Levine-Tiefenbrun M, Yelin I, Katz R, Herzel E, Golan Z, Schreiber L, et al. Initial report of decreased SARS-CoV-2 viral load after inoculation with the BNT162b2 vaccine. Nat Med. 2021;27(5):790-2.

167. McEllistrem MC, Clancy CJ, Buehrle DJ, Lucas A, Decker BK. Single dose of a mRNA SARS-CoV-2 vaccine is associated with lower nasopharyngeal viral load among nursing home residents with asymptomatic COVID-19. Clin Infect Dis. 2021.

168. Petter E, Mor O, Zuckerman N, et al. Initial real world evidence for lower viral load of individuals who have been vaccinated by BNT162b2. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.02.08.21251329v1 .

169. Abu-Raddad LJ, Chemaitelly H., Ayoub H.H., et al. Effect of vaccination and of prior infection on infectiousness of vaccine breakthrough infections and reinfections. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.28.21261086v1 .

170. Marks M, Millat-Martinez P, Ouchi D, Roberts CH, Alemany A, Corbacho-Monne M, et al. Transmission of COVID-19 in 282 clusters in Catalonia, Spain: a cohort study. Lancet Infect Dis. 2021.

171. de Gier B, Andeweg S, Joosten R, Ter Schegget R, Smorenburg N, van de Kassteele J, et al. Vaccine effectiveness against SARS-CoV-2 transmission and infections among household and other close contacts of confirmed cases, the Netherlands, February to May 2021. Euro Surveill. 2021;26(31).

172. Harris RJ, Hall JA, Zaidi A, Andrews NJ, Dunbar JK, Dabrera G. Effect of Vaccination on Household Transmission of SARS-CoV-2 in England. N Engl J Med. 2021;385(8):759-60.

173. Layan M, Gilboa M, Gonen T. Impact of BNT162b2 vaccination and isolation on SARS-CoV-2 transmission in Israeli households: an observational study. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.12.21260377v1 .

174. Prunas O, Warren JL, Crawford FW, et al. Vaccination with BNT162b2 reduces transmission of SARS-CoV-2 to household contacts in Israel. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.13.21260393v1 .

175. Salo J, Hagg M, Kortelainen M, et al. The indirect effect of mRNA-based Covid-19 vaccination on unvaccinated household members. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.05.27.21257896v2 .

176. Shah A, Gribben C, Bishop J, et al. Effect of vaccination on transmission of COVID-19: an observational study in healthcare workers and their households. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.03.11.21253275v1 .

177. Chia PY, Ong SWX, Chiew C, et al. Virological and serological kinetics of SARS-CoV-2 Delta variant vaccine-breakthrough infections: a multi-center cohort study. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.28.21261295v1 .

178. Griffin JB, Haddix M, Danza P, et al. SARS-CoV-2 Infections and Hospitalizations Among Persons Aged ≥16 Years, by Vaccination Status — Los Angeles County, California, May 1–July 25, 2021. MMWR Morb Mortal Wkly Rep. 2021;ePub: 24 August 2021. DOI: http://dx.doi.org/10.15585/mmwr.mm7034e5 .

179. Riemersma KK, Grogan BE, Kita-Yarbro A, et al. Shedding of Infectious SARS-CoV-2 Despite Vaccination when the Delta Variant is Prevalent – Wisconsin, July 2021. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.07.31.21261387v4 .

180. Shamier MC, Tostmann A, Bogers S. Virological characteristics of SARS-CoV-2 vaccine breakthrough infections in health care workers. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.20.21262158v1 .

181. Kang M, Xin H, Yuan J. Transmission dynamics and epidemiological characteristics of Delta variant infections in China. medRxiv. 2021;https://www.medrxiv.org/content/10.1101/2021.08.12.21261991v1 .

182. Ong SWX, Chiew CJ, Ang LW, et al. Clinical and Virological Features of SARS-CoV-2 Variants of Concern: A Retrospective Cohort Study Comparing B.1.1.7 (Alpha), B.1.315 (Beta), and B.1.617.2 (Delta). Preprints with The Lancet. 2021;https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3861566 .

Previous Updates

As of May 27, 2021

- Data were added from studies published since the last update that further demonstrate currently authorized COVID-19 vaccines are effective against SARS-CoV-2 infection, symptomatic and severe disease, and hospitalization with COVID-19.
- Data were added suggesting that currently authorized mRNA vaccines provide protection against variants of concern, including the B.1.1.7 strain that is predominant in the United States.
- Data were added from studies published since the last update that further demonstrate people who are fully vaccinated with a currently authorized mRNA vaccine are protected against asymptomatic infection and, if infected, have a lower viral load than unvaccinated people.

---

Last Updated Sept. 15, 2021

# EXHIBIT 19

Press release

# Biden-Harris Administration to Expand Vaccination Requirements for Health Care Settings

Sep 09, 2021 Policy

The Biden-Harris Administration will require COVID-19 vaccination of staff within all Medicare and Medicaid-certified facilities to protect both them and patients from the virus and its more contagious Delta variant. Facilities across the country should make efforts now to get health care staff vaccinated to make sure they are in compliance when the rule takes effect.

The Centers for Medicare & Medicaid Services (CMS), in collaboration with the Centers for Disease Control and Prevention (CDC), announced today that emergency regulations requiring vaccinations for nursing home workers will be expanded to include hospitals, dialysis facilities, ambulatory surgical settings, and home health agencies, among others, as a condition for participating in the Medicare and Medicaid programs. The decision was based on the continued and growing spread of the virus in health care settings, especially in parts of the U.S. with higher incidence of COVID-19.

"There is no higher priority for us than patient health and safety. As the Delta variant strengthens, the Biden-Harris Administration is committed to doing everything we can to keep patients, and those who care for them, safe," said U.S. Department of Health and Human Services (HHS) Secretary Xavier Becerra. "There is no question that staff, across any health care setting, who remain unvaccinated pose both direct and indirect threats to patient safety and population health. Ensuring safety and access to all patients, regardless of their entry point into the health care system, is essential."

Nursing homes with an overall staff vaccination rate of 75% or lower experience higher rates of preventable COVID infection. In CMS's review of available data, the agency is seeing lower staff vaccination rates among hospital and End Stage Renal Disease (ESRD) facilities. To combat this issue, CMS is using its authority to establish vaccine requirements for all providers and suppliers that participate in the Medicare and Medicaid programs. Vaccinations have proven to reduce the risk of severe illness and death from COVID-19 and are effective against the Delta variant. CMS will continue to work closely with all Medicare and Medicaid certified facilities to ensure these new requirements are met.

"We know that those working in health care want to do what is best for their patients in order to keep them safe," said CMS Administrator Chiquita Brooks-LaSure. "As the Delta variant continues to spread, we know the best defense against it lies with the COVID-19 vaccine. Data show that the higher the level of vaccination rates among providers and staff, the lower the infection rate is among patients who are dependent upon them for care. Now is the time to act. I'm urging everyone, but especially those fighting this virus on the front lines, to get vaccinated and protect themselves, their families, and their patients from COVID-19."

CMS is developing an Interim Final Rule with Comment Period that will be issued in October. CMS expects certified Medicare and Medicaid facilities to act in the best interest of patients and staff by complying with new COVID-19 vaccination requirements. Health care workers employed in these facilities who are not currently vaccinated are urged to begin the process immediately. Facilities are urged to use all available resources to support employee vaccinations, including employee education and clinics, as they work to meet new federal requirements.

###

A federal government website managed and paid for by the U.S. Centers for Medicare & Medicaid Services.

7500 Security Boulevard, Baltimore, MD 21244

# EXHIBIT 20

Morbidity and Mortality Weekly Report (*MMWR*)

# Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status — 13 U.S. Jurisdictions, April 4–July 17, 2021

*Weekly* / September 17, 2021 / 70(37);1284–1290
*On September 10, 2021, this report was posted online as an* MMWR *Early Release.*

## Summary

**What is already known about this topic?**

The incidence of SARS-CoV-2 infection, hospitalization, and death is higher in unvaccinated than vaccinated persons, and the incidence rate ratios are related to vaccine effectiveness.

**What is added by this report?**

Across 13 U.S. jurisdictions, incidence rate ratios for hospitalization and death changed relatively little after the SARS-CoV-2 B.1.617.2 (Delta) variant reached predominance, suggesting high, continued vaccine effectiveness against severe COVID-19. Case IRRs decreased, suggesting reduced vaccine effectiveness for prevention of SARS-CoV-2 infections.

**What are the implications for public health practice?**

Getting vaccinated protects against severe illness from COVID-19, including the Delta variant. Monitoring COVID-19 incidence by vaccination status might provide early signals of potential changes in vaccine effectiveness that can be confirmed through robust controlled studies.

Related Materials

PDF [484K]

Heather M. Scobie, PhD[1]; Amelia G. Johnson, DrPH[1]; Amitabh B. Suthar, PharmD[2]; Rachel Severson, MS[3]; Nisha B. Alden, MPH[3]; Sharon Balter, MD[4]; Daniel Bertolino, MPH[5]; David Blythe, MD[6]; Shane Brady, MPH[7]; Betsy Cadwell, MSPH[1]; Iris Cheng, MS[5]; Sherri Davidson, PhD[8]; Janelle Delgadillo[9]; Katelynn Devinney, MPH[5]; Jeff Duchin, MD[10]; Monique Duwell, MD[6]; Rebecca Fisher, MPH[4]; Aaron Fleischauer, PhD[11]; Ashley Grant, MPH[12]; Jennifer Griffin, PhD[4]; Meredith Haddix, MPH[4]; Julie Hand, MSPH[12]; Matt Hanson, MD[10]; Eric Hawkins, MS[13]; Rachel K. Herlihy, MD[3]; Liam Hicks, MPH[7]; Corinne Holtzman, MPH[14]; Mikhail Hoskins, MPH[11]; Judie Hyun, MHS[6]; Ramandeep Kaur, PhD[8]; Meagan Kay, DVM[10]; Holly Kidrowski, MPH[14]; Curi Kim, MSPH[6]; Kenneth Komatsu, MPH[7]; Kiersten Kugeler, PhD[1]; Melissa Lewis, MPH[1]; B. Casey Lyons, MPH[2]; Shelby Lyons, MPH[12]; Ruth Lynfield, MD[14]; Keegan McCaffrey[7]; Chelsea McMullen, MS[15]; Lauren Milroy, MPH[13]; Stephanie Meyer, MPH[14]; Leisha Nolen, MD[9]; Monita R. Patel, PhD[1]; Sargis Pogosjans, MPH[10]; Heather E. Reese, PhD[1]; Amy Saupe, MPH[14];

Jessica Sell, MPH[5]; Theresa Sokol, MPH[12]; Daniel Sosin, MD[15]; Emma Stanislawski, MPH[15]; Kelly Stevens, MS[8]; Hailey Vest, MPH[13]; Kelly White, MPH[13]; Erica Wilson, MD[11]; Adam MacNeil, PhD[1]; Matthew D. Ritchey[2]; Benjamin J. Silk, PhD[1] (VIEW AUTHOR AFFILIATIONS)

View suggested citation




View Larger

COVID-19 vaccine breakthrough infection surveillance helps monitor trends in disease incidence and severe outcomes in fully vaccinated persons, including the impact of the highly transmissible B.1.617.2 (Delta) variant of SARS-CoV-2, the virus that causes COVID-19. Reported COVID-19 cases, hospitalizations, and deaths occurring among persons aged ≥18 years during April 4–July 17, 2021, were analyzed by vaccination status across 13 U.S. jurisdictions that routinely linked case surveillance and immunization registry data. Averaged weekly, age-standardized incidence rate ratios (IRRs) for cases among persons who were not fully vaccinated compared with those among fully vaccinated persons decreased from 11.1 (95% confidence interval [CI] = 7.8–15.8) to 4.6 (95% CI = 2.5–8.5) between two periods when prevalence of the Delta variant was lower (<50% of sequenced isolates; April 4–June 19) and higher (≥50%; June 20–July 17), and IRRs for hospitalizations and deaths decreased between the same two periods, from 13.3 (95% CI = 11.3–15.6) to 10.4 (95% CI = 8.1–13.3) and from 16.6 (95% CI = 13.5–20.4) to 11.3 (95% CI = 9.1–13.9). Findings were consistent with a potential decline in vaccine protection against confirmed SARS-CoV-2 infection and continued strong protection against COVID-19–associated hospitalization and death. Getting vaccinated protects against severe illness from COVID-19, including the Delta variant, and monitoring COVID-19 incidence by vaccination status might provide early signals of changes in vaccine-related protection that can be confirmed through well-controlled vaccine effectiveness (VE) studies.

Two surveillance indicators that potentially can be used to monitor and describe vaccine breakthrough COVID-19 cases and severe outcomes are the percentage of vaccinated persons among cases (PVC) and an IRR between unvaccinated and vaccinated patients. PVC increases with increasing vaccination coverage or decreasing VE (*1,2*), complicating interpretation of this metric. IRRs are more stable, directly related to VE, and easier to communicate publicly in terms of vaccine impact (*2*). Most jurisdictions focus on assessing COVID-19 outcomes in fully vaccinated persons (≥14 days after completion of all recommended doses of an FDA-authorized COVID-19 vaccine) and have readily implemented comparisons to not fully vaccinated persons, including persons who are partially vaccinated (<14 days since completing the primary series or did not complete the series) or unvaccinated (did not receive any COVID-19 vaccine); some jurisdictions also monitor trends in partially vaccinated persons.

Aggregate weekly numbers of COVID-19 cases and COVID-19–associated hospitalizations and deaths among persons aged ≥18 years with specimen collection dates during April 4–July 17, 2021, were analyzed by age group (18–49, 50–64, and ≥65 years) and vaccination status across 13 public health jurisdictions.* All participating jurisdictions had established processes for linking case surveillance and vaccination data from state/local immunization registries; this method usually assumes that cases among persons not matched to the registry are among unvaccinated persons. Eleven jurisdictions provided hospitalization data, and all submitted mortality data. Standard definitions were used for 1) COVID-19 cases,† 2) COVID-19 cases in fully vaccinated or not fully vaccinated persons,§ 3) COVID-19–associated hospitalizations,¶ and 4) COVID-19–associated deaths,** with specimen collection dates used as time points.

Two analysis periods, April 4–June 19 and June 20–July 17, were designated, based on weeks with <50% or ≥50% weighted prevalence of the SARS-CoV-2 Delta variant for the 13 jurisdictions.[††] The percentages of total cases, hospitalizations, and deaths by vaccination status were calculated for each period and age group. The expected PVC was assessed using the formula: PVC = [PPV–(PPV*VE)]/[1–(PPV*VE)], where PPV is the proportion of the population vaccinated, or vaccination coverage (*1*). PVC was calculated using VE estimates of 80%, 90%, and 95%. Vaccination coverage was estimated by age group using the sum of fully vaccinated persons divided by the 2019 U.S. intercensal population estimates.[§§] Weekly age-specific incidences by vaccination status were calculated as the number of cases, hospitalizations, or deaths divided by the number of persons either fully vaccinated or not fully vaccinated (obtained by subtracting the number of fully vaccinated persons from total population estimates). Average weekly incidence in each period was age standardized using the 2000 U.S. Census standard population.[¶¶] IRRs were calculated by dividing the incidence among persons not fully vaccinated by that among fully vaccinated persons; 95% CIs were calculated to account for variation in weekly rates. To aid interpretation of changes in IRRs, age-standardized crude VE was estimated as (1 – [incidence in vaccinated/incidence in unvaccinated]). A sensitivity analysis examined the impact of excluding partially vaccinated persons from IRRs using data available from nine jurisdictions. SAS (version 9.4; SAS Institute) and R (version 4.0.3; R Foundation) were used to conduct all analyses. This activity was reviewed by CDC and was conducted consistent with applicable federal law and CDC policy.[***]

During April 4–July 17, a total of 569,142 (92%) COVID-19 cases, 34,972 (92%) hospitalizations, and 6,132 (91%) COVID-19–associated deaths were reported among persons not fully vaccinated, and 46,312 (8%) cases, 2,976 (8%) hospitalizations, and 616 (9%) deaths were reported among fully vaccinated persons in the 13 jurisdictions (Table). The weekly prevalence of the SARS-CoV-2 Delta variant increased from <1% to 90% during April 4–July 17. Full vaccination coverage increased from 19% to 54%; in the final week, coverage ranged by age group from 45% (in persons aged 18–49 years) to 73% (≥65 years).

During April 4–June 19, fully vaccinated persons accounted for 5% of cases, 7% of hospitalizations, and 8% of deaths overall; these percentages were higher during June 20–July 17 (18%, 14%, and 16%, respectively). Using the reported 37% vaccination coverage for the 13 jurisdictions during April 4–June 19 and an assumption of 90% VE, vaccinated persons would have been expected to account for 6% of cases (close to the 5% observed). With 53% coverage reported during June 20–July 17, vaccinated persons were expected to account for 10% of cases at a constant VE of 90%; the observed 18% would have been expected at a lower VE of 80%.

Averaged weekly, age-standardized rates (events per 100,000 persons) were higher among persons not fully vaccinated than among fully vaccinated persons for reported cases (112.3 versus 10.1), hospitalizations (9.1 versus 0.7), and deaths (1.6 versus 0.1) during April 4–June 19, as well as during June 20–July 17 (89.1 versus 19.4; 7.0 versus 0.7; 1.1 versus 0.1, respectively). Higher hospitalization and death rates were observed in older age groups, regardless of vaccination status, resulting in a larger impact of age-standardization on overall incidence for these outcomes.

Within each age group, the percentage of vaccinated persons among cases, hospitalizations, and deaths increased with increasing vaccination coverage (Figure 1). As the prevalence of SARS-CoV-2 Delta variant surpassed 50%, the percentage of vaccinated persons among cases in each age group increased at rates corresponding to benchmarks for lower VE (i.e., from approximately 90% to <80%). Increases in the percentages of vaccinated persons aged ≥65 years among COVID-19–associated hospitalizations and deaths also appeared higher than expected. During June 20–July 17, age-standardized rates of cases, hospitalizations, and deaths among persons not fully vaccinated increased weekly; among fully vaccinated persons, case rates increased, but rates of hospitalizations and deaths remained largely unchanged (Figure 2).

Age-standardized IRRs for cases in persons not fully vaccinated versus fully vaccinated decreased from 11.1 (95% CI = 7.8–15.8) during April 4–June 19 to 4.6 (95% CI = 2.5–8.5) during June 20–July 17, while IRRs decreased slightly from 13.3 (95% CI = 11.3–15.6) to 10.4 (95% CI = 8.1–13.3) for hospitalizations and from 16.6 (95% CI = 13.5–20.4) to 11.3 (95% CI = 9.1–13.9) for deaths during the same two periods. Persons aged ≥65 years had larger declines in IRRs for hospitalization and death than did younger age groups (Table). The change in age-standardized IRRs for cases between the April 4–June 19 and June 20–July 17 periods represented potential changes in crude VE from 91% to 78% for infection, from 92% to 90% for hospitalization, and from 94% to 91% for death (Supplementary Figure 1, https://stacks.cdc.gov/view/cdc/109531). A sensitivity analysis excluding partially vaccinated persons in nine jurisdictions

yielded similar trends but higher IRRs and VE estimates for hospitalizations and deaths (Supplementary Table, https://stacks.cdc.gov/view/cdc/109533). Variability in IRRs was also observed among jurisdictions (Supplementary Figure 2, https://stacks.cdc.gov/view/cdc/109532).

Top

## Discussion

In 13 U.S. jurisdictions, rates of COVID-19 cases, hospitalizations, and deaths were substantially higher in persons not fully vaccinated compared with those in fully vaccinated persons, similar to findings in other reports (*2,3*). After the week of June 20, 2021, when the SARS-CoV-2 Delta variant became predominant, the percentage of fully vaccinated persons among cases increased more than expected for the given vaccination coverage and a constant VE. The IRR for cases among persons not fully vaccinated versus fully vaccinated decreased substantially; IRRs for hospitalizations and deaths changed less overall, but moderately among adults aged ≥65 years. Findings from this crude analysis of surveillance data are consistent with recent studies reporting decreased VE against confirmed infection but not hospitalization or death, during a period of Delta variant predominance and potential waning of vaccine-induced population immunity (*4–6*).[†††]

The findings in this report are subject to at least five limitations. First, combining unvaccinated and partially vaccinated persons resulted in lower IRR and VE estimates. Second, variable linkage of case surveillance, vaccination, hospitalization, and mortality data might have resulted in misclassifications that could influence IRR estimates; no substantial differences in ascertainment of outcomes by vaccination status were noted in jurisdictions that were able to assess this. Lags in reporting of deaths might have affected the second period differentially. Third, this was an ecological study in which IRRs lacked multivariable adjustments and causality could not be assessed (i.e., possible differences in testing or behaviors in vaccinated and unvaccinated persons). VE is being assessed through ongoing controlled studies. Fourth, the period when the SARS-CoV-2 Delta variant reached ≥50% overall prevalence was assumed to be the first week when most cases were infected with the Delta variant, but the week varied by jurisdiction. Finally, the data assessed from 13 jurisdictions accounted for 25% of the U.S. population, and therefore might not be generalizable.

Monitoring COVID-19 outcomes in populations over time by vaccination status is facilitated through reliable linkage of COVID-19 case surveillance and vaccination data. However, interpreting state-level variation by week might be challenging, especially for severe outcomes with small numbers. The framework used in this analysis allows for comparisons of observed IRRs and percentages of vaccinated cases, hospitalizations, and deaths to expected values. The data might be helpful in communicating the real-time impact of vaccines (e.g., persons not fully vaccinated having >10 times higher COVID-19 mortality risk) and guiding prevention strategies, such as vaccination and nonpharmacologic interventions.

Top

## Acknowledgments

Phoebe Danza, Prabhu Gounder, Mireille Ibrahim, Claire Jarashow, Tae Hee Koo, Rebecca Lee, Emmanuel Mendoza, Kelsey Oyong, Mirna Ponce-Jewell, Kathleen Poortinga, Heidi Sato, Elizabeth Traub, Dulmini Wilson, Los Angeles County Department of Public Health; Erica Bye, Kathy Como-Sabetti, Richard Danila, Kristen Ehresmann, Leslie Kollmann, Sydney Kuramoto, Luke Magnuson, Miriam Muscoplat, Erica Raphael, Elizabeth Schiffman, Minnesota Department of Health Case Intake Team; Elizabeth Davis, New Mexico Department of Health; Vasudha Reddy, Jennifer Baumgartner, Emily McGibbon, Corinne Thompson, Christina Hwang, Alexandra Ternier, Vassiliki Papadouka, Mohammed Almashhadani, Marcelle Layton, Jane Zucker, Don Weiss, Ellen Lee, Karen Alroy, Kathleen Reilly, Natasha McIntosh Beckles, Shama Ahuja, Robert Arciuolo, Alexander Davidson, Jyotsna Ramachandran, Amara Ross, New York City Department of Health and Mental Hygiene; Kylie Sage, Utah Department of Health; Allison DeSantis, Aron Hall, Jane Henley, Florence Lee, Lu (Mary) Meng, Molly Steele, Katherine Topf, CDC.

Top

Corresponding author: Heather Scobie, hscobie@cdc.gov.

Top

[1]Epidemiology Task Force, CDC COVID-19 Response Team; [2]Data Analytics and Visualization Task Force, CDC COVID-19 Response Team; [3]Colorado Department of Public Health and Environment; [4]Acute Communicable Disease Control Program, Los Angeles County Department of Public Health, California; [5]New York City Department of Health and Mental Hygiene, New York; [6]Maryland Department of Health; [7]Arizona Department of Health Services; [8]Alabama Department of Health;

[9]Utah Department of Health; [10]Public Health – Seattle & King County, Washington; [11]North Carolina Department of Health and Human Services; [12]Louisiana Department of Health; [13]Indiana State Department of Health; [14]Minnesota Department of Health; [15]New Mexico Department of Health.

Top

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Janelle Delgadillo reports grant support from the Utah Department of Health. Ruth Lynfield reports that she is president of the Council of State and Territorial Epidemiologists, Secretary of the National Foundation for Infectious Diseases, and Associate Editor of the American Academy of Pediatrics Red Book (the fee for which is donated to the Minnesota Department of Health). Rachel K. Herlihy reports funding from the Council of State and Territorial Epidemiologists for travel to meetings and conferences. No other potential conflicts of interest were disclosed.

Top

* Alabama, Arizona, Colorado, Indiana, Los Angeles County (California), Louisiana, Maryland, Minnesota, New Mexico, New York City (New York), North Carolina, Seattle/King County (Washington), and Utah. Portions of the population in Colorado (49%), Minnesota (55%), New Mexico (61%), and Utah (35%) and the whole population of Maryland are included as part of the COVID-19–Associated Hospitalization Surveillance Network (COVID-NET). https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covid-net/purpose-methods.html

† A COVID-19 case (confirmed or probable) was defined as the detection of SARS-CoV-2 RNA or antigen in a respiratory specimen collected from a person aged ≥18 years per the Council of State and Territorial Epidemiologists' update to the standardized surveillance case definition and national notification for 2019 novel coronavirus disease (COVID-19) (21-ID-01): https://cdn.ymaws.com/www.cste.org/resource/resmgr/ps/ps2021/21-ID-01_COVID-19.pdf. Known cases of SARS-CoV-2 reinfection were excluded.

§ A COVID-19 case in a fully vaccinated person (i.e., a breakthrough infection) occurred ≥14 days after completion of the primary series of a COVID-19 vaccine with Food and Drug Administration emergency use authorization per CDC's definition of a fully vaccinated person (https://www.cdc.gov/coronavirus/2019-ncov/vaccines/fully-vaccinated-guidance.html). Fully vaccinated persons were those who received a Pfizer-BioNTech or Moderna mRNA vaccine (92%) or the Janssen (Johnson & Johnson) vaccine (8%). A COVID-19 case in a person who was not fully vaccinated occurred when the person did not receive an FDA-authorized COVID-19 vaccine or received less than a complete primary series or if <14 days had elapsed since completing a primary series of an FDA-authorized vaccine before the specimen collection date. This analysis represents the combined impact of the Pfizer-BioNTech, Moderna, and Janssen vaccines, which had different clinical efficacies against confirmed infection (95%, 94%, and 67%, respectively). Information on different FDA-authorized and approved COVID-19 vaccine products, including clinical efficacy is available at https://www.cdc.gov/coronavirus/2019-ncov/vaccines/different-vaccines.html.

¶ A COVID-19–associated hospitalization was a COVID-19 case in a person hospitalized within 14 days of a SARS-CoV-2 positive specimen collection ordered by a health care professional. To ascertain COVID-19–associated hospitalization status, two jurisdictions relied upon case investigations, seven relied upon hospital records, two relied upon both case investigations and hospital records, and two did not submit hospitalization data. Four jurisdictions reported hospitalizations only when COVID-19 was the cause, and seven reported COVID-19 cases in persons hospitalized for any cause.

** A COVID-19–associated death occurred in a person with a documented COVID-19 diagnosis who died, and whose death local health authorities reviewed to make a determination using vital records, public health investigation, or other data sources. To ascertain COVID-19–associated death status, eight jurisdictions relied upon vital records, and five relied upon a combination of vital records and provider reporting (two), case investigations and vital records (two), and provider reporting, case investigations, and vital records (one). Eleven jurisdictions provided deaths with COVID-19 as a cause, one provided all deaths that occurred within 30 days of attaining case status (without confirming cause), and one provided deaths confirmed with COVID-19 as a cause or within 60 days of a positive specimen collection.

†† SARS-CoV-2 variant weighted prevalence estimates are based on whole-genome sequencing results submitted to or performed by CDC (https://covid.cdc.gov/covid-data-tracker/#variant-proportions). By jurisdiction, the SARS-CoV-2 Delta variant surpassed ≥50% prevalence, using unweighted estimates, in the weeks ending June 12, 2021 (one); June 19, 2021 (one); June 26, 2021 (two); and July 3, 2021 (nine).

§§ https://www.census.gov/programs-surveys/popest/data/tables.2019.html

¶¶ To improve comparability of age-standardized rates across data systems, in 1998, the Secretary of the U.S. Department of Health and Human Services (HHS) issued a policy directing all HHS agencies to use the 2000 Standard Population to age standardize death rates. https://www.cdc.gov/nchs/data/statnt/statnt20.pdf

*** 45 C.F.R. part 46.102(l)(2), 21 C.F.R. part 56; 42 U.S.C. Sect.241(d); 5 U.S.C.0 Sect.552a; 44 U.S.C. Sect. 3501 et seq.

††† https://www.medrxiv.org/content/10.1101/2021.08.11.21261885v1 ; https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3909743 ; https://www.medrxiv.org/content/10.1101/2021.08.06.21261707v3

Top

## References


1. World Health Organization. Guidance on conducting vaccine effectiveness evaluations in the setting of new SARS-CoV-2 variants: interim guidance, 22 July 2021. Geneva, Switzerland: World Health Organization; 2021. https://www.who.int/publications/i/item/WHO-2019-nCoV-vaccine_effectiveness-variants-2021.1
2. Havers FP, Pham H, Taylor CA, et al. COVID-19–associated hospitalizations among vaccinated and unvaccinated adults ≥18 years—COVID-NET, 13 states, January 1–July 24, 2021. medRxiv [Preprint posted online August 29, 2021]. https://www.medrxiv.org/content/10.1101/2021.08.27.21262356v1
3. Griffin JB, Haddix M, Danza P, et al. SARS-CoV-2 infections and hospitalizations among persons aged ≥16 years, by vaccination status—Los Angeles County, California, May 1–July 25, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1170–6. https://doi.org/10.15585/mmwr.mm7034e5 PMID:34437525
4. Fowlkes A, Gaglani M, Groover K, Thiese MS, Tyner H, Ellingson K; HEROES-RECOVER Cohorts. Effectiveness of COVID-19 vaccines in preventing SARS-CoV-2 infection among frontline workers before and during B.1.617.2 (Delta) variant predominance—eight U.S. locations, December 2020–August 2021. MMWR Morb Mortal Wkly Rep 2021;70:1167–9. https://doi.org/10.15585/mmwr.mm7034e4 PMID:34437521
5. Rosenberg ES, Holtgrave DR, Dorabawila V, et al. New COVID-19 cases and hospitalizations among adults, by vaccination status—New York, May 3–July 25, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1150–5. https://doi.org/10.15585/mmwr.mm7034e1 PMID:34437517
6. Tenforde MW, Self WH, Naioti EA, et al.; IVY Network Investigators; IVY Network. Sustained effectiveness of Pfizer-BioNTech and Moderna vaccines against COVID-19 associated hospitalizations among adults—United States, March–July 2021. MMWR Morb Mortal Wkly Rep 2021;70:1156–62. https://doi.org/10.15585/mmwr.mm7034e2 PMID:34437524


Top

**TABLE. Numbers, percentages, incidence rates, and incidence rate ratios * (in not fully vaccinated versus fully vaccinated persons) of COVID-19 cases, hospitalizations,† and deaths,§ by age group and vaccination status¶ — 13 U.S. jurisdictions,** April 4–June 19 and June 20–July 17, 2021††** Return

| | Cases | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|
| Age group, yrs | Not fully vaccinated | Fully vaccinated | Not fully vaccinated | Fully vaccinated | Not fully vaccinated | Fully vaccinated |
| **Totals** | **569,142 (92)** | **46,312 (8)** | **34,972 (92)** | **2,976 (8)** | **6,132 (91)** | **616 (9)** |
| **April 4–June 19** | | | | | | |
| **Total no. (% of total)** | | | | | | |
| 18–49 | 331,151 (97) | 10,346 (3) | 10,526 (97) | 295 (3) | 609 (99) | 7 (1) |
| 50–64 | 93,474 (94) | 5,850 (6) | 9,158 (95) | 444 (5) | 1,380 (96) | 58 (4) |
| ≥65 | 42,884 (85) | 7,307 (15) | 9,199 (88) | 1,286 (12) | 3,137 (90) | 363 (10) |

| | Cases | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|
| Age group, yrs | Not fully vaccinated | Fully vaccinated | Not fully vaccinated | Fully vaccinated | Not fully vaccinated | Fully vaccinated |
| All ages | 467,509 (95) | 23,503 (5) | 28,883 (93) | 2,025 (7) | 5,126 (92) | 428 (8) |
| **Average weekly incidence (events per 100,000 population)** | | | | | | |
| 18–49 | 122.4 | 10.9 | 4.6 | 0.3 | 0.2 | 0.0 |
| 50–64 | 98.3 | 9.1 | 11.4 | 0.8 | 1.5 | 0.1 |
| ≥65 | 91.6 | 8.5 | 22.8 | 1.8 | 6.7 | 0.4 |
| All ages (crude) | 113.4 | 9.6 | 8.3 | 1.0 | 1.2 | 0.2 |
| All ages (age standardized) | 112.3 | 10.1 | 9.1 | 0.7 | 1.6 | 0.1 |
| **Average weekly IRR (95% CI)** | | | | | | |
| 18–49 | 11.3 (6.7–18.8) | | 13.4 (9.5–18.8) | | 30.7 (11.5–81.5) | |
| 50–64 | 10.8 (7.4–15.7) | | 14.0 (11.2–17.6) | | 16.0 (11.2–22.8) | |
| ≥65 | 10.7 (8.3–13.9) | | 12.8 (10.0–16.4) | | 15.8 (12.2–20.4) | |
| All ages (crude) | 11.8 (8.1–17.2) | | 8.7 (6.4–11.8) | | 7.1 (4.9–10.2) | |
| All ages (age standardized) | 11.1 (7.8–15.8) | | 13.3 (11.3–15.6) | | 16.6 (13.5–20.4) | |
| **June 20–July 17** | | | | | | |
| **Total no. (% of total)** | | | | | | |
| 18–49 | 76,237 (85) | 13,030 (15) | 2,666 (95) | 146 (5) | 155 (96) | 7 (4) |
| 50–64 | 17,303 (77) | 5,027 (23) | 1,755 (88) | 234 (12) | 290 (93) | 23 (7) |
| ≥65 | 8,093 (63) | 4,752 (37) | 1,668 (74) | 571 (26) | 561 (78) | 158 (22) |
| All ages | 101,633 (82) | 22,809 (18) | 6,089 (86) | 951 (14) | 1,006 (84) | 188 (16) |
| **Average weekly incidence (per 100,000 population)** | | | | | | |
| 18–49 | 101.9 | 22.4 | 4.3 | 0.3 | 0.2 | 0.0 |
| 50–64 | 72.4 | 14.8 | 8.7 | 0.8 | 1.2 | 0.1 |
| ≥65 | 61.8 | 13.6 | 14.7 | 1.9 | 4.3 | 0.5 |
| All ages (crude) | 90.9 | 17.9 | 6.5 | 0.9 | 0.9 | 0.1 |

| | Cases | | Hospitalizations | | Deaths | |
|---|---|---|---|---|---|---|
| Age group, yrs | Not fully vaccinated | Fully vaccinated | Not fully vaccinated | Fully vaccinated | Not fully vaccinated | Fully vaccinated |
| All ages (age standardized) | 89.1 | 19.4 | 7.0 | 0.7 | 1.1 | 0.1 |
| **Average weekly IRR (95% CI)** | | | | | | |
| 18–49 | 4.5 (2.0–10.4) | | 15.2 (10.7–21.6) | | 17.2 (9.4–31.7) | |
| 50–64 | 4.9 (2.4–10.1) | | 10.9 (6.9–17.2) | | 17.9 (10.6–30.3) | |
| ≥65 | 4.6 (2.4–8.7) | | 7.6 (5.2–9.6) | | 9.6 (7.4–10.8) | |
| All ages (crude) | 5.1 (2.3–11.1) | | 7.6 (5.1–11.3) | | 6.1 (4.7–8.0) | |
| All ages (age standardized) | 4.6 (2.5–8.5) | | 10.4 (8.1–13.3) | | 11.3 (9.1–13.9) | |

**Abbreviations:** CI = confidence interval; FDA = Food and Drug Administration; IRR = incidence rate ratio.

* Average weekly incidence rates and rate ratios are provided by age group and overall, including crude values and values standardized by age, according to the enumerated 2000 U.S. Census age distribution.

† To ascertain COVID-19–associated hospitalizations, two jurisdictions relied upon case investigations; seven jurisdictions relied upon hospital records; two jurisdictions relied upon both case investigations and hospital records; and two did not submit hospitalization data. Four jurisdictions reported hospitalizations only when COVID-19 was the cause, and seven reported COVID-19 cases in persons hospitalized for any cause.

§ To ascertain COVID-19–associated deaths, eight jurisdictions relied upon vital records; and five jurisdictions relied upon a combination of vital records and provider reporting (two), case investigations and vital records (two), and provider reporting, case investigations, and vital records (one). Eleven jurisdictions provided deaths with COVID-19 as a cause; one provided all deaths that occurred within 30 days of becoming a case (without confirming cause); and one provided deaths confirmed with COVID-19 as a cause or within 60 days of positive specimen collection.

¶ Fully vaccinated persons are those who are ≥14 days postcompletion of the primary series of an FDA-authorized COVID-19 vaccine. Not fully vaccinated persons are those who did not receive an FDA-authorized COVID-19 vaccine or who received vaccine but are not yet considered fully vaccinated.

** Alabama, Arizona, Colorado, Indiana, Los Angeles County (California), Louisiana, Maryland, Minnesota, New Mexico, New York City (New York), North Carolina, Seattle/King County (Washington), and Utah.

†† Two analysis periods, April 4–June 19 and June 20–July 17, were designated based on the threshold week when the weighted percentage of lineages from whole-genome sequencing results submitted to or performed by CDC reached 50% for the SARS-CoV-2 B.1.617.2 (Delta) variant across the 13 jurisdictions.

Top

**FIGURE 1. Observed versus expected percentage of fully vaccinated persons among COVID-19 cases, hospitalizations, and deaths based on population vaccination coverage* and assumed 80%–95% vaccine effectiveness,† by week§ and age group — 13 U.S. jurisdictions,¶ April 4–July 17, 2021** Return




**Abbreviations:** PVC = percentage of vaccinated persons occurring among outcomes; PPV = proportion of the population that is vaccinated; VE = vaccine effectiveness.

* Vaccination coverage was estimated using the sum of fully vaccinated persons (submitted by the jurisdictions) divided by the combined 2019 U.S. intercensal population estimates by age group.

† The expected PVC, represented by the light gray lines, was assessed using the formula: PVC = [PPV-(PPV*VE)]/1-(PPV*VE), where benchmarks are added at different VE values (80%, 90%, and 95%). Observed values that approach or go above the 80% VE line indicate decreased VE.

§ Two analysis periods, April 4–June 19 and June 20–July 17, were designated based on the threshold week when the weighted percentage of lineages from whole-genome sequencing results submitted to or performed by CDC reached 50% for the SARS-CoV-2 B.1.617.2 (Delta) variant across the 13 jurisdictions. Weekly values are plotted, with the two analysis periods and most recent week for the analysis period shown.

¶ Alabama, Arizona, Colorado, Indiana, Los Angeles County (California), Louisiana, Maryland, Minnesota, New Mexico, New York City (New York), North Carolina, Seattle/King County (Washington), and Utah.

Top

**FIGURE 2. Weekly trends in age-standardized incidence* of COVID-19 cases, hospitalizations,† and deaths,§ by vaccination status¶ — 13 U.S. jurisdictions,** April 4–July 17, 2021**

Return




* Rates are standardized by age, according to the enumerated 2000 U.S. Census age distribution. Blue vertical lines indicate when the B.1.617.2 (Delta) variant reached a threshold of >50%, using weighted estimates for 13 jurisdictions combined.

† To ascertain COVID-19–associated hospitalizations, two jurisdictions relied upon case investigations; seven jurisdictions relied upon hospital records; two jurisdictions relied upon both case investigations and hospital records; and two did not submit hospitalization data. Four jurisdictions reported hospitalizations only where COVID-19 was the cause, and seven reported COVID-19 cases in persons hospitalized for any cause.

§ To ascertain COVID-19–associated deaths, eight jurisdictions relied upon vital records, and five jurisdictions relied upon a combination of vital records and provider reporting (two), case investigations and vital records (two), and provider reporting, case investigations, and vital records (one). Eleven jurisdictions provided deaths with COVID-19 as a cause; one provided all deaths that occurred within 30 days of becoming a case (without confirming cause); and one provided deaths confirmed with COVID-19 as a cause or within 60 days of positive specimen collection.

¶ Fully vaccinated persons are those who are ≥14 days postcompletion of the primary series of a COVID-19 vaccine with Food and Drug Administration emergency use authorization. Not fully vaccinated persons are those who did not receive a COVID-19 vaccine with Food and Drug Administration emergency use authorization or who received a COVID-19 vaccine but are not yet considered fully vaccinated.

** Alabama, Arizona, Colorado, Indiana, Los Angeles County (California), Louisiana, Maryland, Minnesota, New Mexico, New York City (New York), North Carolina, Seattle/King County (Washington), and Utah.

Top

**Suggested citation for this article:** Scobie HM, Johnson AG, Suthar AB, et al. Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status — 13 U.S. Jurisdictions, April 4–July 17, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1284–1290. DOI: http://dx.doi.org/10.15585/mmwr.mm7037e1.

*MMWR* and *Morbidity and Mortality Weekly Report* are service marks of the U.S. Department of Health and Human Services.

Use of trade names and commercial sources is for identification only and does not imply endorsement by the U.S. Department of Health and Human Services.

References to non-CDC sites on the Internet are provided as a service to *MMWR* readers and do not constitute or imply endorsement of these organizations or their programs by CDC or the U.S. Department of Health and Human Services. CDC is not responsible for the content of pages found at these sites. URL addresses listed in *MMWR* were current as of the date of publication.

All HTML versions of *MMWR* articles are generated from final proofs through an automated process. This conversion might result in character translation or format errors in the HTML version. Users are referred to the electronic PDF version (https://www.cdc.gov/mmwr) and/or the original *MMWR* paper copy for printable versions of official text, figures, and tables.

Questions or messages regarding errors in formatting should be addressed to mmwrq@cdc.gov.

## Article Metrics

Altmetric:

7337

- News (411)
- Blogs (27)
- Policy documents (11)
- X (5957)
- Facebook (13)
- Wikipedia (3)
- Reddit (5)
- QnA (1)
- Video (1)
- Mendeley (195)

Citations: 224

Views: 14,819

*Views equals page views plus PDF downloads*

Metric Details

Last Reviewed: September 16, 2021

# EXHIBIT 21




Scobie HM, Johnson AG, Suthar AB, et al. Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status — 13 U.S. Jurisdictions, April 4–July 17, 2021. MMWR Morb Mortal Wkly Rep 2021;70:1284–1290.
DOI: http://dx.doi.org/10.15585/mmwr.mm7037e1

# EXHIBIT 22

The Wayback Machine - https://web.archive.org/web/20210823231708/https://www.cdc.gov/coronavirus/2019-ncov/vaccines/pr...

CDC Centers for Disease Control and Prevention

COVID-19

# Preparing for Your COVID-19 Vaccination

Updated Aug. 19, 2021

**NOTICE:** FDA has granted full approval for COMIRNATY/Pfizer-BioNTech's COVID-19 Vaccine. CDC's Advisory Committee on Immunization Practices is meeting on Monday, August 30, 2021, to discuss its updated recommendation for this vaccine.




COVID-19 vaccines are effective at protecting you from getting sick even after you have had COVID-19. Vaccination is an important tool to help us get back to normal. This information will help you prepare for your COVID-19 vaccination.

Learn more about the different types of COVID-19 vaccines and how they work.

- Pfizer-BioNTech COVID-19 Vaccine
- Moderna COVID-19 Vaccine
- Johnson & Johnson's Janssen COVID-19 Vaccine

Learn more about the benefits of getting a COVID-19 vaccination.

**Find a COVID-19 Vaccine:** Search vaccines.gov, text your ZIP code to 438829, or call 1-800-232-0233 to find locations near you.

## Plan and Prepare for Your COVID-19 Vaccination

- Find out how to get a COVID-19 vaccine
- Get vaccinated regardless of whether you already had COVID-19.
- Get a COVID-19 vaccine or other vaccines at the same visit or without waiting 14 days between vaccines.
- Learn more about routine medical procedures and screenings and COVID-19 vaccination.
- If you are getting a COVID-19 vaccine that requires two doses, be sure to schedule an appointment for your second shot.
- People with moderately to severely compromised immune systems should receive an additional dose of mRNA COVID-19 vaccine after the initial 2 doses.

**Watch Video:** What to Expect at Your COVID-19 Vaccination Appointment [00:00:48]

## Get Vaccinated Even If You Have Had COVID-19




[JPG - 2 MB]

Get vaccinated to protect against serious illness.

You should get a COVID-19 vaccine, even if you have already had COVID-19 because:

- Research has not yet shown how long you are protected from getting COVID-19 again after you recover from COVID-19.
- Vaccination helps protect you even if you've already had COVID-19.

Evidence is emerging that people **get better protection by being fully vaccinated** compared with having had COVID-19. One study showed that unvaccinated people who already had COVID-19 are more than 2 times as likely than fully vaccinated people to get COVID-19 again. Learn more about why getting vaccinated is a safer way to build protection than getting infected.

If you were treated for COVID-19 with monoclonal antibodies or convalescent plasma, you should wait 90 days before getting a COVID-19 vaccine. Talk to your healthcare professional if you are unsure what treatments you received or if you have more questions about getting a COVID-19 vaccine.

If you or your child have a history of multisystem inflammatory syndrome in adults or children (MIS-A or MIS-C), consider delaying vaccination until you have recovered from being sick and for 90 days after the date of diagnosis of MIS-A or MIS-C. Learn more about the clinical considerations people with a history of MIS-A or MIS-C.

Experts are still learning more about how long vaccines protect against COVID-19 in real-world conditions. CDC will keep the public informed as new evidence becomes available.

# Considerations for Taking Medication before Getting Vaccinated

For most people, it is not recommended to avoid, discontinue, or delay medications for underlying medical conditions around the time of COVID-19 vaccination. However, your healthcare provider should talk to you about what is currently known and not known about the effectiveness of getting a COVID-19 vaccine when taking medications that suppress the immune system.

**It is not recommended you take over-the-counter medicine – such as ibuprofen, aspirin, or acetaminophen – before vaccination for the purpose of trying to prevent vaccine-related side effects.** It is not known how these medications might affect how well the vaccine works. However, if you take these medications regularly for other reasons, you should keep taking them before you get vaccinated. It is also not recommended to take antihistamines before getting a COVID-19 vaccine to try to prevent allergic reactions.

If you have questions about medications that you are taking, talk to your healthcare professional or your vaccination provider.

Learn more about medications to relieve post-vaccination side effects.

Last Updated Aug. 19, 2021

# EXHIBIT 23

# Reduced Risk of Reinfection with SARS-CoV-2 After COVID-19 Vaccination — Kentucky, May–June 2021

Alyson M. Cavanaugh, DPT, PhD[1,2]; Kevin B. Spicer, MD, PhD[2,3]; Douglas Thoroughman, PhD[2,4]; Connor Glick, MS[2]; Kathleen Winter, PhD[2,5]

*On August 6, 2021, this report was posted as an* MMWR *Early Release on the* MMWR *website (https://www.cdc.gov/mmwr).*

Although laboratory evidence suggests that antibody responses following COVID-19 vaccination provide better neutralization of some circulating variants than does natural infection (*1,2*), few real-world epidemiologic studies exist to support the benefit of vaccination for previously infected persons. This report details the findings of a case-control evaluation of the association between vaccination and SARS-CoV-2 reinfection in Kentucky during May–June 2021 among persons previously infected with SARS-CoV-2 in 2020. Kentucky residents who were not vaccinated had 2.34 times the odds of reinfection compared with those who were fully vaccinated (odds ratio [OR] = 2.34; 95% confidence interval [CI] = 1.58–3.47). These findings suggest that among persons with previous SARS-CoV-2 infection, full vaccination provides additional protection against reinfection. To reduce their risk of infection, all eligible persons should be offered vaccination, even if they have been previously infected with SARS-CoV-2.*

Kentucky residents aged ≥18 years with SARS-CoV-2 infection confirmed by positive nucleic acid amplification test (NAAT) or antigen test results† reported in Kentucky's National Electronic Disease Surveillance System (NEDSS) during March–December 2020 were eligible for inclusion. NEDSS data for all Kentucky COVID-19 cases were imported into a REDCap database that contains laboratory test results and case investigation data, including dates of death for deceased patients reported to public health authorities (*3*). The REDCap database was queried to identify previously infected persons, excluding COVID-19 cases resulting in death before May 1, 2021. A case-patient was defined as a Kentucky resident with laboratory-confirmed SARS-CoV-2 infection in 2020 and a subsequent positive NAAT or antigen test result during May 1–June 30, 2021. May and June were selected because of vaccine supply and eligibility requirement considerations; this period was more likely to reflect resident choice to be vaccinated, rather than eligibility to receive vaccine.§ Control participants were Kentucky residents with laboratory-confirmed SARS-CoV-2 infection in 2020 who were not reinfected through June 30, 2021. Case-patients and controls were matched on a 1:2 ratio based on sex, age (within 3 years), and date of initial positive SARS-CoV-2 test (within 1 week). Date of initial positive test result refers to the specimen collection date, if available. The report date in NEDSS was used if specimen collection date was missing. Random matching was performed to select controls when multiple possible controls were available to match per case (*4*).

Vaccination status was determined using data from the Kentucky Immunization Registry (KYIR). Case-patients and controls were matched to the KYIR database using first name, last name, and date of birth. Case-patients were considered fully vaccinated if a single dose of Janssen (Johnson & Johnson) or a second dose of an mRNA vaccine (Pfizer-BioNTech or Moderna) was received ≥14 days before the reinfection date. For controls, the same definition was applied, using the reinfection date of the matched case-patient. Partial vaccination was defined as receipt of ≥1 dose of vaccine, but either the vaccination series was not completed or the final dose was received <14 days before the case-patient's reinfection date. Using conditional logistic regression, ORs and CIs were used to compare no vaccination and partial vaccination with full vaccination among case-patients and controls. SAS (version 9.4; SAS Institute) was used for matching and statistical analyses. This activity was reviewed by CDC and was conducted consistent with applicable federal law and CDC policy.¶

Overall, 246 case-patients met eligibility requirements and were successfully matched by age, sex, and date of initial infection with 492 controls. Among the population included in the analysis, 60.6% were female, and 204 (82.9%) case-patients were initially infected during October–December 2020

* https://www.cdc.gov/vaccines/covid-19/clinical-considerations/covid-19-vaccines-us.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fvaccines%2Fcovid-19%2Finfo-by-product%2Fclinical-considerations.html#CoV-19-vaccination

† https://www.cdc.gov/coronavirus/2019-ncov/hcp/testing-overview.html

§ May and June were selected for two primary reasons. First, when vaccination supplies were low, some previously infected persons were deferring vaccination for 90 days to allow never-infected persons priority for available vaccine; however, by May 2021, deferral for 90 days was no longer a reason for those infected in 2020 to remain unvaccinated. Second, although vaccination eligibility was initially restricted based on age, comorbidities, and occupation, by April 5, 2021, all Kentucky residents aged ≥16 years became eligible for vaccination (https://chfs.ky.gov/agencies/dph/covid19/Cv19VaccineFAskedQ.pdf). Thus, vaccination status in May or June 2021 might more accurately reflect choice rather than eligibility to be vaccinated.

¶ 45 C.F.R. part 46.102(l)(2), 21 C.F.R. part 56; 42 U.S.C. Sect. 241(d); 5 U.S.C. Sect. 552a; 44 U.S.C. Sect. 3501 et seq.



BHS002908

**Summary**

What is already known about this topic?

Reinfection with human coronaviruses, including SARS-CoV-2, the virus that causes COVID-19, has been documented. Currently, limited evidence concerning the protection afforded by vaccination against reinfection with SARS-CoV-2 is available.

What is added by this report?

Among Kentucky residents infected with SARS-CoV-2 in 2020, vaccination status of those reinfected during May–June 2021 was compared with that of residents who were not reinfected. In this case-control study, being unvaccinated was associated with 2.34 times the odds of reinfection compared with being fully vaccinated.

What are the implications for public health practice?

To reduce their likelihood for future infection, all eligible persons should be offered COVID-19 vaccine, even those with previous SARS-CoV-2 infection.

(Table 1). Among case-patients, 20.3% were fully vaccinated compared with 34.3% of controls (Table 2). Kentucky residents with previous infections who were unvaccinated had 2.34 times the odds of reinfection (OR = 2.34; 95% CI = 1.58–3.47) compared with those who were fully vaccinated; partial vaccination was not significantly associated with reinfection (OR = 1.56; 95% CI = 0.81–3.01).

## Discussion

This study found that among Kentucky residents who were previously infected with SARS-CoV-2 in 2020, those who were unvaccinated against COVID-19 had significantly higher likelihood of reinfection during May and June 2021. This finding supports the CDC recommendation that all eligible persons be offered COVID-19 vaccination, regardless of previous SARS-CoV-2 infection status.

Reinfection with SARS-CoV-2 has been documented, but the scientific understanding of natural infection-derived immunity is still emerging (*5*). The duration of immunity resulting from natural infection, although not well understood, is suspected to persist for ≥90 days in most persons.** The emergence of new variants might affect the duration of infection-acquired immunity, and laboratory studies have shown that sera from previously infected persons might offer weak or inconsistent responses against several variants of concern (*2,6*). For example, a recent laboratory study found that sera collected from previously infected persons before they were vaccinated provided a relatively weaker, and in some cases absent, neutralization response to the B.1.351 (Beta) variant when compared with the original Wuhan-Hu-1 strain (*1*). Sera from the same persons after vaccination showed a heightened neutralization response to the Beta variant, suggesting that vaccination enhances the immune response even to a variant to which the infected person had not been previously exposed. Although such laboratory evidence continues to suggest that vaccination provides improved neutralization of SARS-CoV-2 variants, limited evidence in real-world settings to date corroborates the findings that vaccination can provide improved protection for previously infected persons. The findings from this study suggest that among previously infected persons, full vaccination is associated with reduced likelihood of reinfection, and, conversely, being unvaccinated is associated with higher likelihood of being reinfected.

The lack of a significant association with partial versus full vaccination should be interpreted with caution given the small numbers of partially vaccinated persons included in the analysis (6.9% of case-patients and 7.9% of controls), which limited statistical power. The lower odds of reinfection among the partially vaccinated group compared with the unvaccinated group is suggestive of a protective effect and consistent with findings from previous studies indicating higher titers after the first mRNA vaccine dose in persons who were previously infected (*7,8*).

The findings in this report are subject to at least five limitations. First, reinfection was not confirmed through whole genome sequencing, which would be necessary to definitively prove that the reinfection was caused from a distinct virus relative to the first infection. Although in some cases the repeat positive test could be indicative of prolonged viral shedding or failure to clear the initial viral infection (*9*), given the time between initial and subsequent positive molecular tests among participants in this study, reinfection is the most likely explanation. Second, persons who have been vaccinated are possibly less likely to get tested. Therefore, the association of reinfection and lack of vaccination might be overestimated. Third, vaccine doses administered at federal or out-of-state sites are not typically entered in KYIR, so vaccination data are possibly missing for some persons in these analyses. In addition, inconsistencies in name and date of birth between KYIR and NEDSS might limit ability to match the two databases. Because case investigations include questions regarding vaccination, and KYIR might be updated during the case investigation process, vaccination data might be more likely to be missing for controls. Thus, the OR might be even more favorable for vaccination. Fourth, although case-patients and controls were matched based on age, sex, and date of initial infection, other unknown confounders might be present. Finally, this is a retrospective study design using data from a single state during a 2-month period; therefore, these findings cannot be used to infer causation. Additional prospective studies with larger populations are warranted to support these findings.

** https://www.cdc.gov/coronavirus/2019-ncov/hcp/duration-isolation.html

**TABLE 1. Demographic characteristics of COVID-19 patients with reinfection (case-patients) and COVID-19 patients who were not reinfected (control participants) — Kentucky, May–June 2021**

| Characteristic | No. (%) Case-patients* (n = 246) | Control participants† (n = 492) |
|---|---|---|
| **Age group, yrs** | | |
| 18–29 | 46 (18.7) | 89 (18.1) |
| 30–39 | 37 (15.0) | 83 (16.9) |
| 40–49 | 43 (17.5) | 80 (16.3) |
| 50–59 | 44 (17.9) | 88 (17.9) |
| 60–69 | 27 (11.0) | 51 (10.4) |
| 70–79 | 28 (11.4) | 58 (11.8) |
| ≥80 | 21 (8.5) | 43 (8.7) |
| **Sex** | | |
| Female | 149 (60.6) | 298 (60.6) |
| **Month of initial infection in 2020** | | |
| March | 0 (0) | 3 (0.6) |
| April | 7 (2.8) | 11 (2.2) |
| May | 2 (0.8) | 2 (0.4) |
| June | 4 (1.6) | 11 (2.2) |
| July | 8 (3.3) | 17 (3.5) |
| August | 8 (3.3) | 13 (2.6) |
| September | 13 (5.3) | 22 (4.5) |
| October | 36 (14.6) | 78 (15.9) |
| November | 72 (29.3) | 141 (28.7) |
| December | 96 (39.0) | 194 (39.4) |

* Case-patients were eligible for inclusion if initial infection occurred during March–December 2020, and a subsequent positive nucleic acid amplification or antigen test result was received during May–June 2021 (using date of specimen collection). Cases for analyses were restricted to persons aged ≥18 years at time of reinfection.

† Controls were matched by sex, age (within 3 years), and time of initial infection diagnosis (within 7 days).

These findings suggest that among persons with previous SARS-CoV-2 infection, full vaccination provides additional protection against reinfection. Among previously infected Kentucky residents, those who were not vaccinated were more than twice as likely to be reinfected compared with those with full vaccination. All eligible persons should be offered vaccination, including those with previous SARS-CoV-2 infection, to reduce their risk for future infection.


## Acknowledgments

Kentucky's local health departments, disease investigators, and regional epidemiologists; Kentucky Department for Public Health immunization and data team members; Suzanne Beavers, CDC.



Corresponding author: Alyson M. Cavanaugh, qds1@cdc.gov.

[1]Epidemic Intelligence Service, CDC; [2]Kentucky Department for Public Health; [3]Division of Healthcare Quality Promotion, National Center for Emerging and Zoonotic Infectious Diseases, CDC; [4]Division of State and Local Readiness, Center for Preparedness and Response, CDC; [5]College of Public Health, University of Kentucky, Lexington, Kentucky.


All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. No potential conflicts of interest were disclosed.

**TABLE 2. Association of SARS-CoV-2 reinfection* with COVID-19 vaccination status — Kentucky, May–June 2021**

| Vaccination status | No. (%) Case-patients | Control participants | OR (95% CI)† |
|---|---|---|---|
| Not vaccinated | 179 (72.8) | 284 (57.7) | 2.34 (1.58–3.47) |
| Partially vaccinated¶ | 17 (6.9) | 39 (7.9) | 1.56 (0.81–3.01) |
| Fully vaccinated§ | 50 (20.3) | 169 (34.3) | Ref |
| **Total** | **246 (100)** | **492 (100)** | — |

**Abbreviations:** CI = confidence interval; NAAT = nucleic acid amplification test; OR = odds ratio; Ref = referent group.

* All case-patients (reinfected) and control participants (not reinfected) had previous SARS-CoV-2 infection documented by positive NAAT or antigen test results during March–December 2020. Reinfection was defined as receipt of positive NAAT or antigen test results during May 1–June 30, 2021.

† Estimated based on conditional logistic regression.

§ Case-patients were considered partially vaccinated if ≥1 dose of vaccine was received, but the vaccination series was either not completed or the final dose was received <14 days before their reinfection date. For control participants, the same criteria were applied, using the matched case-patient's reinfection date.

¶ Case-patients and control participants were considered fully vaccinated if a complete COVID-19 vaccine series was received ≥14 days before the case-patient's reinfection date.

## References


1. Stamatatos L, Czartoski J, Wan YH, et al. mRNA vaccination boosts cross-variant neutralizing antibodies elicited by SARS-CoV-2 infection. Science 2021. Epub March 27, 2021. PMID:33766944 https://doi.org/10.1126/science.abg9175
2. Deng X, Garcia-Knight MA, Khalid MM, et al. Transmission, infectivity, and neutralization of a spike L452R SARS-CoV-2 variant. medRxiv [Preprint posted online March 9, 2021] https://www.medrxiv.org/content/10.1101/2021.03.07.21252647v1
3. Harris PA, Taylor R, Thielke R, Payne J, Gonzalez N, Conde JG. Research electronic data capture (REDCap)—a metadata-driven methodology and workflow process for providing translational research informatics support. J Biomed Inform 2009;42:377–81. PMID:18929686 https://doi.org/10.1016/j.jbi.2008.08.010
4. Mounib EL, Satchi T. Automating the selection of controls in case-control studies. Cary, NC: SAS Institute; 2000. https://support.sas.com/resources/papers/proceedings/proceedings/sugi25/25/po/25p230.pdf
5. Sui Y, Bekele Y, Berzofsky JA. Potential SARS-CoV-2 immune correlates of protection in infection and vaccine immunization. Pathogens 2021;10:138. PMID:33573221 https://doi.org/10.3390/pathogens10020138
6. Wang P, Nair MS, Liu L, et al. Increased resistance of SARS-CoV-2 variants B.1.351 and B.1.1.7 to antibody neutralization. bioRxiv [Preprint posted online February 4, 2021]. https://www.biorxiv.org/content/10.1101/2021.01.25.428137v2
7. Saadat S, Rikhtegaran Tehrani Z, Logue J, et al. Binding and neutralization antibody titers after a single vaccine dose in health care workers previously infected with SARS-CoV-2. JAMA 2021;325:1467–9. PMID:33646292 https://doi.org/10.1001/jama.2021.3341
8. Manisty C, Otter AD, Treibel TA, et al. Antibody response to first BNT162b2 dose in previously SARS-CoV-2-infected individuals. Lancet 2021;397:1057–8. PMID:33640038 https://doi.org/10.1016/S0140-6736(21)00501-8
9. Cevik M, Tate M, Lloyd O, Maraolo AE, Schafers J, Ho A. SARS-CoV-2, SARS-CoV, and MERS-CoV viral load dynamics, duration of viral shedding, and infectiousness: a systematic review and meta-analysis. Lancet Microbe 2021;2:e13–22. PMID:33521734 https://doi.org/10.1016/S2666-5247(20)30172-5

# EXHIBIT 24

CENTERS FOR DISEASE CONTROL AND PREVENTION

## CDC Archive

**This page is archived for historical purposes and is no longer being updated.**

This is archived content from the CDC website. The information here may be outdated and links may no longer function. Go to CDC Home for all other recent information.

View in CDC Archive

Go to CDC Archive Home Page

# New CDC Study: Vaccination Offers Higher Protection than Previous COVID-19 Infection

**Media Statement**

Embargoed Until: Friday, August 6, 2021, 1:00 p.m. ET
**Contact:** Media Relations
(404) 639-3286

In today's MMWR, a study of COVID-19 infections in Kentucky among people who were previously infected with SAR-CoV-2 shows that unvaccinated individuals are more than twice as likely to be reinfected with COVID-19 than those who were fully vaccinated after initially contracting the virus. These data further indicate that COVID-19 vaccines offer better protection than natural immunity alone and that vaccines, even after prior infection, help prevent reinfections.

"If you have had COVID-19 before, please still get vaccinated," said CDC Director Dr. Rochelle Walensky. "This study shows you are twice as likely to get infected again if you are unvaccinated. Getting the vaccine is the best way to protect yourself and others around you, especially as the more contagious Delta variant spreads around the country."

The study of hundreds of Kentucky residents with previous infections through June 2021 found that those who were unvaccinated had 2.34 times the odds of reinfection compared with those who were fully vaccinated. The findings suggest that among people who have had COVID-19 previously, getting fully vaccinated provides additional protection against reinfection.

Additionally, a second publication from MMWR shows vaccines prevented COVID-19 related hospitalizations among the highest risk age groups. As cases, hospitalizations, and deaths rise, the data in today's MMWR reinforce that COVID-19 vaccines are the best way to prevent COVID-19.

COVID-19 vaccines remain safe and effective. They prevent severe illness, hospitalization, and death. Additionally, even among the uncommon cases of COVID-19 among the fully or partially vaccinated vaccines make people more likely to have a milder and shorter illness compared to those who are unvaccinated. CDC continues to recommend everyone 12 and older get vaccinated against COVID-19.

###

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

*CDC works 24/7 protecting America's health, safety and security. Whether disease start at home or abroad, are curable or preventable, chronic or acute, or from human activity or deliberate attack, CDC responds to America's most pressing health threats. CDC is headquartered in Atlanta and has experts located throughout the United States and the world.*

Last Reviewed: August 6, 2021

# EXHIBIT 25

The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Public Health
250 Washington Street, Boston, MA 02108-4619

CHARLES D. BAKER
Governor

KARYN E. POLITO
Lieutenant Governor

MARYLOU SUDDERS
Secretary

MARGRET R. COOKE
Acting Commissioner

Tel: 617-624-6000
www.mass.gov/dph

**Memorandum**

| | |
|---|---|
| **TO:** | Nursing Home Administrators |
| **FROM:** | Elizabeth Daake Kelley, MPH, MBA, Director<br>Bureau of Health Care Safety and Quality |
| **SUBJECT:** | COVID-19 Personnel Vaccination Requirement |
| **DATE:** | August 16, 2021 |

The Massachusetts Department of Public Health (DPH) continues to work with state, federal and local partners to address the Coronavirus Disease 2019 (COVID-19) pandemic. DPH understands the important role that long-term care facilities serve in caring for Massachusetts residents.

The purpose of this guidance is to inform nursing homes about how to ensure all personnel are fully vaccinated, report vaccination data for their facility and explain the enforcement action for facilities who do not comply pursuant to the amendments to 105 CMR 150.000, *Standards for Long-Term Care Facilities*.

**Overview:**

All nursing homes must ensure that all personnel are fully vaccinated against COVID-19 by October 10, 2021, unless such administration is medically contraindicated, which means administration of COVID-19 vaccine is likely to be detrimental to the individual's health; provided, that the individual provides supporting documentation, or the individual objects to vaccination on the basis of a sincerely held religious belief and the individual is able to perform their essential job functions with a reasonable accommodation that is not an undue burden on the nursing home. Personnel may not otherwise decline the vaccine. As of October 10, 2021, nursing homes shall ensure that all new personnel are fully vaccinated or qualify for an exemption from the requirement as described herein prior to being hired or otherwise affiliated with the facility. In order to meet this requirement, nursing homes should ensure that all personnel have received at least the first dose of COVID-19 vaccine, if they are receiving a two-dose series by September 1, 2021.

**Facility Documentation:**

Nursing homes shall require and maintain for each individual proof of current vaccination against COVID-19 or the individual's declination statement, and a central system to track the vaccination status

of all personnel. The proof of current vaccination and central system must be made available to DPH upon request. Individual proof of current vaccination may include but is not limited to:

- Copy of CDC Vaccination Card
- Copy of MA Immunization Information System (MIIS) Vaccination Record
- Copy of vaccination from their electronic health record

Declination statements from personnel must include but are not limited to each individual who declines vaccination due to medical contraindication or a sincerely held religious belief signing a statement certifying he or she received information about the risks and benefits of COVID-19 vaccine.

**Reporting:**

Nursing homes must use the Centers for Disease Control and Prevention (CDC) National Healthcare Safety Network (NHSN) to report cumulative weekly COVID-19 vaccination for residents and personnel through the Long-Term Care Facility Component. DPH will use data submitted through the weekly COVID-19 vaccination modules to provide consistent reporting and comparable data across facilities. NHSN data can be used to monitor COVID-19 vaccination trends over time, identify facilities with lower resident and/or personnel vaccination rates, and inform planning and implementation decisions regarding vaccine supply and distribution.

Training, data collection forms, and instructions can be found on the following NHSN website under 'HCP & Resident COVID-19 Vaccination': https://www.cdc.gov/nhsn/ltc/weekly-covid-vac/index.html

Facilities can access the COVID-19 vaccination modules by logging into NHSN (via Secure Access Management Service) as they would for any of the other NHSN reporting (cdc.gov). On the NHSN Home page, select the 'COVID-19'option on the left-hand navigation bar. Personnel and resident data should be entered by selecting 'COVID-19 Vaccination-HCW' and 'COVID-19 Vaccination-Residents' respectively. This reporting is separate from the 'Daily Entry' where facilities enter weekly case counts and supply data. For reference, please see the image below:



Nursing homes must complete the two vaccination modules each week, no later than Sunday at 11:59 PM, in alignment with the CMS weekly deadline. Beginning Sunday, October 10, 2021, DPH will use submitted information to identify if all personnel are fully vaccinated, unless otherwise exempt, at each facility to assess compliance with the amendments to 105 CMR 150.000.

**Enforcement Action:**

This guidance serves as notice that if a facility fails to comply with the amendments to 105 CMR 150.000, including the reporting requirements set forth in this or subsequent guidance, it will be subject to the following penalties pursuant to G.L. c. 111, § 73 and 105 CMR 153.024(C)[1]:

- DPH will impose a penalty of $50 for a failure to report by October 10, 2021;
- DPH will impose a penalty of $50 per day for each member of the facility's personnel who is not fully vaccinated against COVID-19.
- If a facility fails to ensure that 75% of personnel or more are vaccinated as of October 10, 2021 then DPH shall have the authority to issue an Admissions Freeze. The Admissions Freeze will not be lifted until facility demonstrates to the Department that the rate of fully vaccinated personnel is 75% or higher.

The Bureau may revise, change, update, or rescind this memorandum at any time.

DPH strongly encourages all health care facilities in Massachusetts to monitor the Centers for Medicare & Medicaid Services (CMS) website and the Centers for Disease Control and Prevention (CDC) website for up-to-date information and resources:

- CMS website: https://www.cms.gov/About-CMS/Agency-Information/Emergency/EPRO/Current-Emergencies/Current-Emergencies-page
- CDC website: https://www.cdc.gov/coronavirus/2019-ncov/hcp/facility-planning-operations.html
    - For reference, since first responders are part of the COVID-19 response, the CDC healthcare personnel exposure guidance may be found here: https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html

Additionally, please visit DPH's website that provides up-to-date information on COVID-19 in Massachusetts: https://www.mass.gov/2019coronavirus.

[1] If a Nursing Home has reason to dispute the penalty, they may request Administrative Review.

# EXHIBIT 26

# The Commonwealth of Massachusetts
Executive Office of Health and Human Services
Department of Public Health
250 Washington Street, Boston, MA 02108-4619

CHARLES D. BAKER
Governor

KARYN E. POLITO
Lieutenant Governor

MARYLOU SUDDERS
Secretary

MARGRET R. COOKE
Acting Commissioner

Tel: 617-624-6000
www.mass.gov/dph


**Memorandum**

| | |
|---|---|
| **TO:** | Nursing Home Administrators |
| **FROM:** | Elizabeth Daake Kelley, MPH, MBA, Director<br>Bureau of Health Care Safety and Quality |
| **SUBJECT:** | COVID-19 Personnel Vaccination Requirement |
| **DATE:** | September 24, 2021 |

The Massachusetts Department of Public Health (DPH) continues to work with state, federal and local partners to address the Coronavirus Disease 2019 (COVID-19) pandemic. DPH understands the important role that long-term care facilities serve in caring for Massachusetts residents.

The purpose of this guidance is to inform nursing homes about how to ensure all personnel are fully vaccinated, report vaccination data for their facility and explain the enforcement action for facilities who do not comply pursuant to the amendments to 105 CMR 150.000, *Standards for Long-Term Care Facilities.* This guidance replaces the memorandum released on August 16, 2021 and provides updates on facility documentation requirements.

**Overview:**

All nursing homes must ensure that all personnel are fully vaccinated against COVID-19 by October 10, 2021, unless such administration is medically contraindicated, which means administration of COVID-19 vaccine is likely to be detrimental to the individual's health; provided, that the individual provides supporting documentation, or the individual objects to vaccination on the basis of a sincerely held religious belief and the individual is able to perform their essential job functions with a reasonable accommodation that is not an undue burden on the nursing home. Personnel may not otherwise decline the vaccine. As of October 10, 2021, nursing homes shall ensure that all new personnel are fully vaccinated or qualify for an exemption from the requirement as described herein prior to being hired or otherwise affiliated with the facility. In order to meet this requirement, nursing homes should ensure that all personnel have received at least the first dose of COVID-19 vaccine, if they are receiving a two-dose series by September 1, 2021.

**Facility Documentation:**

Nursing homes shall require and maintain for each individual proof of current vaccination against COVID-19 or the individual's declination statement, and a central system to track the vaccination status

of all personnel. The proof of current vaccination and central system must be made available to DPH upon request. Individual proof of current vaccination may include but is not limited to:

- Copy of CDC Vaccination Card
- Copy of MA Immunization Information System (MIIS) Vaccination Record
- Copy of vaccination from their electronic health record

Declination statements from personnel must include but are not limited to each individual who declines vaccination due to medical contraindication or a sincerely held religious belief signing a statement certifying he or she received information about the risks and benefits of COVID-19 vaccine. Appropriate documentation of a medical exemption must be issued by a licensed independent practitioner who has a practitioner/patient relationship with the individual and the documentation must support the finding that the COVID-19 vaccine is medically contraindicated, which means that the vaccine would likely be detrimental to the person's health.

For every individual who has submitted a request for exemption, the nursing home must document that it has engaged in an appropriate individualized determination that the exemption is valid and that the nursing home has determined that the individual is able to perform their essential job functions with a reasonable accommodation that is not an undue burden on the employer. DPH recommends that facilities work with their legal counsel to ensure they conduct an appropriate process. As part of this individualized determination nursing homes should incorporate clinical considerations beyond standard infection control requirements (e.g. testing frequency). For example:

- requiring additional testing that goes above currently required DPH surveillance or outbreak testing guidance; and
- avoiding direct care for residents who are confirmed or suspected to be infected with COVID-19, are immunocompromised or are not fully vaccinated; and
- refraining from working after a close contact or exposure.

DPH supports staff using personal protective equipment as outlined in the Comprehensive PPE Guidance and does not endorse clinical considerations that deviate from this guidance. For example, while N95 respirators should be worn when caring for a patient with confirmed or suspected COVID-19, the available evidence does not support using N95 respirators as daily PPE as a substitute for direct care staff being vaccinated against COVID-19.

**Reporting:**

Nursing homes must use the Centers for Disease Control and Prevention (CDC) National Healthcare Safety Network (NHSN) to report cumulative weekly COVID-19 vaccination for residents and personnel through the Long-Term Care Facility Component. DPH will use data submitted through the weekly COVID-19 vaccination modules to provide consistent reporting and comparable data across facilities. NHSN data can be used to monitor COVID-19 vaccination trends over time, identify facilities with lower resident and/or personnel vaccination rates, and inform planning and implementation decisions regarding vaccine supply and distribution.

Training, data collection forms, and instructions can be found on the following NHSN website under 'HCP & Resident COVID-19 Vaccination': https://www.cdc.gov/nhsn/ltc/weekly-covid-vac/index.html

Facilities can access the COVID-19 vaccination modules by logging into NHSN (via Secure Access Management Service) as they would for any of the other NHSN reporting (cdc.gov). On the NHSN Home page, select the 'COVID-19'option on the left-hand navigation bar. Personnel and resident data should be entered by selecting 'COVID-19 Vaccination-HCW' and 'COVID-19 Vaccination-Residents' respectively. This reporting is separate from the 'Daily Entry' where facilities enter weekly case counts and supply data. For reference, please see the image below:




Nursing homes must complete the two vaccination modules each week, no later than Sunday at 11:59 PM, in alignment with the CMS weekly deadline. Beginning Sunday, October 10, 2021, DPH will use submitted information to identify if all personnel are fully vaccinated, unless otherwise exempt, at each facility to assess compliance with the amendments to 105 CMR 150.000.

**Enforcement Action:**

This guidance serves as notice that if a facility fails to comply with the amendments to 105 CMR 150.000, including the reporting requirements set forth in this or subsequent guidance, it will be subject to the following penalties pursuant to G.L. c. 111, § 73 and 105 CMR 153.024(C)[1]:

- DPH will impose a penalty of $50 for a failure to report by October 10, 2021;

- DPH will impose a penalty of $50 per day for each member of the facility's personnel who is not fully vaccinated against COVID-19.

- If a facility fails to ensure that 75% of personnel or more are vaccinated as of October 10, 2021 then DPH shall have the authority to issue an Admissions Freeze. The Admissions Freeze will not be lifted until facility demonstrates to the Department that the rate of fully vaccinated personnel is 75% or higher.

The Bureau may revise, change, update, or rescind this memorandum at any time.

---

[1] If a Nursing Home has reason to dispute the penalty, they may request Administrative Review.

DPH strongly encourages all health care facilities in Massachusetts to monitor the Centers for Medicare & Medicaid Services (CMS) website and the Centers for Disease Control and Prevention (CDC) website for up-to-date information and resources:

- CMS website: https://www.cms.gov/About-CMS/Agency-Information/Emergency/EPRO/Current-Emergencies/Current-Emergencies-page
- CDC website: https://www.cdc.gov/coronavirus/2019-ncov/hcp/facility-planning-operations.html
    - For reference, since first responders are part of the COVID-19 response, the CDC healthcare personnel exposure guidance may be found here: https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-risk-assesment-hcp.html

Additionally, please visit DPH's website that provides up-to-date information on COVID-19 in Massachusetts: https://www.mass.gov/2019coronavirus.

# EXHIBIT 27

# Massachusetts Department of Public Health | SARS-CoV-2 Wastewater Surveillance
## Trends in SARS-CoV-2 Concentration

Last updated on:
October 19, 2023

Introduction

Trends

Maps

Resources & FAQs

Average* SARS-CoV-2 concentration for Pittsfield WWTP, All time




Select at least one sampling location and the time period that you would like to see data for to display on the graph. If you would like to highlight one specific location on the graph, click its name in the Graph Legend. The map to the right shows to the area that is represented by the selected location as well as the towns that intersect the area. Hover your mouse over the map to see more.

Select at least one sampling location
Pittsfield WWTP

Select a time period*
All time

*Wastewater surveillance was started in different areas at different times; data are shown to the extent available.

Graph legend
Pittsfield WWTP

Estimated area of Pittsfield WWTP
Approximate sewer areas are represented in orange overlaying town boundaries in blue.




Source: Samples are analyzed by Biobot Analytics, a wastewater epidemiology company based in Cambridge, MA: https://biobot.io/data/
Maps and sewer area information provided by: Massachusetts Department of Environment Protection, please see the resources page for more information. All data are preliminary and are subject to change. Created by: Division of Surveillance, Analytics and Informatics, Massachusetts Department of Public Health.
*Average of all samples within the past 7 days, starting on the listed date. Dates where SARS-CoV-2 was not detected are counted in the average as zero. The denominator for the average is the number of samples collected during the past 7 days at the specified site.

# EXHIBIT 28

Message

**From**: COVID Command Center [COVIDCommandCenter@bhs1.org]
**Sent**: 12/3/2021 8:01:16 PM
**To**: AllBMC [AllBMC@bhs1.org]; AllBMS [AllBMS@bhs1.org]; AllFVH [AllFVH@bhs1.org]; Medical Staff [MedicalStaff@bhs1.org]; FV Medical Staff [FVMedicalStaff@bhs1.org]
**Subject**: COVID Command Center Update: December 3, 2021

Dear Colleagues,

As our community positivity rates multiply and the challenges continue to mount across our healthcare system, we can't thank you enough. Your perseverance, determination, and compassion for our patients has continued throughout our pandemic battle for nearly **two years,** and we know everyone is tired, frayed, and pushed to the limit.

COVID-19 has been relentless and is now trending dramatically upward in our community, following the Thanksgiving holidays and the return of cold weather.

Since last month:

- The number of inpatients at BMC has nearly tripled.
- We have increased our testing capabilities and are now testing about 650-700 people per day. The number of positive cases identified has grown by more than 70%.
- Berkshire County now has the highest incidence rate of COVID cases per 100,000 residents in the entire state.
- Our 7-day positivity rate is now over 10%, a level that we never seen before.

**However, the news is not all bad. Thanks to the effectiveness of vaccinations, COVID cases may be UP, but severe illness, hospitalizations, and deaths are DOWN.**

- Before this month, our highest 7-day incidence rate was 8.1% on December 30, followed shortly thereafter by our highest inpatient COVID census of 60 on January 7.
- Though our general incidence rate is currently more than **30% higher** that it was at its 2020 peak (10.6% vs. 8.1%), the number of COVID positive patients requiring hospital care is nearly **70% lower** than it was last January (20 now vs. 60 in January 2021).
- Our COVID inpatients are less acutely sick than they were during the winter surge last year. Their length of stay is significantly shorter (4-5 days), and none need ventilators at this time.

Still, we know you are experiencing the impact of these changes in the work you do every day—in volumes, in acuity of illness, and in the fears and frustrations of patients. We are actively responding to this situation and wanted to share some key updates with you (below).

Each and every member of our staff plays an important role in helping our organization meet the needs of our community. You have fought heroically since Day 1 of the pandemic, and we want you to know that the entire BHS leadership team is profoundly grateful for you. We realize your sacrifices, we see your struggles, and we won't stop working until we can find a way to overcome these challenges, together.

Best,

The COVID Command Center Leadership Team

# COVID Data as of December 3, 2021

| ***INPATIENTS*** | **October 1, 2021** | **November 1, 2021** | **December 3, 2021** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| *BMC Inpatients* | 10 | 7 | 20 |
| *FVH Swing* | 0 | 0 | 0 |
| *TOTAL* | 10 | 7 | 20 |

| ***TESTING*** | **In Last 7 days** | **In Last 7 days** | **In Last 7 days** |
|---|---|---|---|
| *Tests* | 4,172 | 3,993 | 4,825 |
| *Unique Patients Tested* | 3,865 | 3,682 | 4,374 |
| *Unique Patients with New Positive Tests* | 131 | 271 | 464 |
| *Positivity Rate* | 3.4% | 7.4% | 10.6% |

## STAFFING

We have returned to full, pre-COVID patient volumes at all of our facilities, while simultaneously we continue to experience the effects staffing shortages that are impacting hospitals and health systems nationwide. Combined, these factors create significant capacity concerns that require action to assure our staff are appropriately supported and are able to provide safe, effective patient care. Hospitals across the State are facing similar situations, which prompted the Commissioner of Public Health to issue an order on November 23 requiring all hospitals in the Commonwealth to maintain a minimum level of bed availability and reduce non-essential, non-urgent scheduled procedures as necessary to maintain bed availability.

**To assure essential and necessary emergency and inpatient service needs are met, BMC will suspend non-essential and non-urgent scheduled inpatient and outpatient procedures requiring use of a nursing unit bed, effective Friday, December 3, 2021.**

Please note, we are not suspending elective outpatient same day procedures which can be managed and discharged from recovery/post-op.

Our hospital operations leaders are currently identifying additional solutions for rebalancing the load of caring for inpatients among departments and facilities including:

- Carefully reviewing the criteria for observation stays to optimize admissions
- Expediting discharges, where appropriate, by coordinating follow-up telehealth monitoring
- Collaborating with local organizations to assist in transporting patients to their homes after discharge
- Exploring possible incentives for travelers to attract support during the coming holidays
- Coordinating with local organization to identify local housing opportunities to accommodate travelers

## VACCINATIONS and VARIANTS

As of November 23, 71% of eligible Berkshire County residents (ages 5+) are fully vaccinated. Vaccination remains the most effective way to prevent serious illness and death as a result of COVID-19 infection. Though we are seeing some vaccinated inpatients at BMC, they typically are older, have multiple comorbidities, and are less sick overall than patients with similar profiles one year ago. More severe COVID cases are now occurring among younger, unvaccinated people in their 40s and 50s.

The CDC now recommends that EVERYONE 18+ receive a booster shot. Learn more.

The recent emergence of the Omicron variant only further emphasizes the need for vaccination, boosters, and general prevention strategies. Dr. Lederer explains that much about the Omicron variant still remains unknown. We do not have any details about whether or not the variant is resistant to vaccination, its level of severity, or its level of transmissibility. Therefore, vaccination is still highly recommended as an effective way of protecting yourself and your loved ones.

Berkshire Health Systems continues to provide COVID-19 vaccines to the public, including first, second, and booster doses, at its testing centers in Pittsfield and North Adams, and at Fairview Hospital. Appointments are required and can be made through the Berkshire Patient Portal or by calling 855-BMC-LINK (855-262-5465).

Our BHS team is collaborating with local public health officials to develop a **large-scale public booster clinic** later this month. The vaccine team will expand hours as necessary to accommodate demand.

**When:** Saturday, December 18, 2021
**Time:** 9am-2pm
**Where:** Berkshire Community College (BCC) Paterson Field House, 1350 West St. Pittsfield MA 01201
Click Here to Register or learn more at www.GetVaccinatedBerkshires.org.

Employees can receive COVID boosters at the Employee Health Office on the 3rd Floor of the Warriner Building in Pittsfield.

- December 7th, 8th, 9th, 13th, and 14th
- 630am-3pm
- No Appointment Needed
-

Questions? Call Occupational Health at 447-2684.

## MONOCLONAL ANTIBODY TREATMENT

Berkshire Health Systems continues to lead the state in administering monoclonal antibody treatment for high-risk patients who have been exposed to or who test positive for COVID-19. Our teams at the SEF, BMC, and Fairview are working seamlessly with our testing centers and scheduling offices to identify eligible patients and bring them in for treatment as soon as possible.

With the increase in local positive cases, our clinicians are requesting additional support from the Massachusetts DPH to help deliver even more monoclonal treatments.

As of November 21, we have administered a total of 1,459 doses of monoclonal therapy.

## REMINDERS

### *Talkspace*

This week we launched a new program called Talkspace, which will give all employees and their dependents access to free, convenient online therapy. We hope that all staff will take advantage of this opportunity to reflect, recharge, and make regularly scheduled time to care for our mental health.

Learn more about Talkspace.

### *General Prevention Strategies*

It's more important than ever that we continue masking, social distancing, and washing our hands. Please remain vigilant in taking these precautions to stop the spread of COVID-19.

### *Testing*

**In addition to masking, distancing, and hand-washing, testing is one of the key tools that we can use to stop transmission of the virus.** The timing of when to get tested is important—learn more. Anyone showing any COVID symptoms—even mild symptoms-- should not delay testing. Early testing not only helps stop the spread of the virus, but it also ensures that we can deliver treatments (like monoclonal antibodies) early in the course of the disease when they are most effective.

For the Public: Testing is available every day of the week at our Pittsfield and North Adams sites daily between 8:30am and 4:00pm, and at the Great Barrington testing center (475 Main Street) daily from 8:00am-12:00pm.
To schedule a COVID-19 test, please use the Berkshire Patient Portal or call 855-BMC-LINK (855-262-5465).

For Employees: Testing for employees with COVID symptoms is continually available in the Emergency Departments at the SEF, BMC, and Fairview.